IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a USA TODAY,** 7950 Jones Branch Drive McLean, VA 22107 | ) ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **U.S. DEPARTMENT OF JUSTICE,** 950 Pennsylvania Ave NW Washington, D.C. 20530 | ) ) ) ) |
| **Defendant.** | ) ) |

## COMPLAINT

1. Plaintiff GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a/ USA TODAY brings this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF JUSTICE to produce records regarding mortalities in correctional institutions, which are information that States are required to provide to Bureau of Justice Statistics. In violation of FOIA, Defendant refused to release non-exempt information under Exemption 3, claiming that the records are exempt because they are furnished under Title 34, Subtitle I, Chapter 101, when in fact they are furnished under 34 U.S.C. § 60105 (Title 34, Subtitle IV, Chapter 601), to which no prohibition on release applies.

## PARTIES

2. Plaintiff GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a USA TODAY (hereinafter "USA TODAY") is a member of the media and made the FOIA request at issue in this case.

3. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## APRIL 9, 2021, FOIA REQUEST

6. On April 9, 2021, USA TODAY submitted a FOIA request to the Office of Justice Programs ("OJP"), a component of DOJ, for 1) "all information submitted to Bureau of Justice Statistics under the Mortality in Correctional Institutions program," including "information contained in submissions of BJS forms CJ-9 and CJ-10 and any other data elements States are required to provide under 34 U.S.C. § 60105, from 2010 through the date" that the request is processed; and 2) "a copy of any data dictionary, record layout or other documentation that describes elements contained in the electronic database requested above." Ex. 1. Only Part 1 of the request is at issue in this case.

7. On April 13, 2021, DOJ acknowledged receipt of the request and assigned reference number 21-FOIA-00156 to the matter. Ex. 2.

8. DOJ denied the request in its entirety by citing Exemption 3 and 34 U.S.C. § 10231. *Id.*

9. On or around April 14, 2021, USA TODAY appealed the denial. In its appeal, USA TODAY reiterated that the request sought records collected under 34 U.S.C. § 60105, which is part of Title 34, Subtitle IV, Chapter 601. Ex. 3.

10. On April 17, 2021, DOJ acknowledged receipt of the appeal and assigned reference number A-2021-01557 to the appeal. Ex. 4.

11. On December 3, 2021, DOJ affirmed the denial on appeal. Ex. 5.

12. 34 U.S.C. § 10231 states, "No officer or employee of the Federal Government, and no recipient of assistance under the provisions of this chapter shall use or reveal any research or statistical information *furnished under this chapter* by any person and identifiable to any specific private person for any purpose other than the purpose for which it was obtained in accordance with this chapter." (Emphasis added).

13. The records USA TODAY requested are furnished under 34 U.S.C. § 60105 (Title 34, Subtitle IV, Chapter 601) and not furnished under 34 U.S.C. § 10231 (Title 34, Subtitle I, Chapter 101).

14. DOJ has not demonstrated that the records are exempt under Exemption 3 and 34 U.S.C. § 10231.

15. As of the date of this filing, DOJ has not complied with FOIA and has produced no records responsive to the request.

### COUNT I – APRIL 9, 2021 FOIA REQUEST, DOJ'S FOIA VIOLATION

16. The above paragraphs are incorporated herein.

17. The request seeks disclosure of agency records and were properly made.

18. DOJ is a federal agency and subject to FOIA.

19. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

20. DOJ has failed to produce non-exempt records responsive to the request.

**WHEREFORE**, USA TODAY asks the Court to:

    i. declare that DOJ has violated FOIA;

    ii. order DOJ to promptly produce all records responsive to the request;

    iii. enjoin DOJ from withholding non-exempt public records under FOIA;

    iv.    award Plaintiff attorneys' fees and costs; and

    v.    award such other relief the Court considers appropriate.

Dated: February 23, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorney for Plaintiff
GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a/ USA TODAY

Matthew Topic, D.C. Bar No. IL 0037
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com