AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Gannett Satellite Information Network, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00475 |
| US Department of Justice | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Gannett Satellite Information Network, LLC d/b/a USA Today.

Date:   02/23/2022

/s/ Matthew V. Topic
*Attorney's signature*

Matthew V. Topic, Bar No. IL0037
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

matt@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*