**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a USA TODAY, ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE ) ) Defendant. ) | Case No. 22-cv-475 |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Pro. 7.1 and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel hereby certifies that Plaintiff Gannett Satellite Information Network, LLC d/b/a USA Today, is a privately held company. Gannett Satellite is an indirect wholly owned subsidiary of Gannett Co., Inc., which is a publicly traded company. Gannett Satellite has no other parent or subsidiary which is publicly traded.

DATED: February 23, 2022

Respectfully Submitted,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff

Matthew Topic
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037