AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Gannett Satellite Information Network ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 22-cv-475-BAH |
| U.S. Department of Justice ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant                                                                                                            .

Date:    04/08/2022                                              /s/ Cormac Early
                                                                    *Attorney's signature*

                                                       Cormac Early, DC Bar No. 1033835
                                                         *Printed name and bar number*

                                                                  1100 L St. NW
                                                              Washington, DC 20005

                                                                       *Address*

                                                            cormac.a.early@usdoj.gov
                                                                   *E-mail address*

                                                                  (202) 616-7420
                                                                 *Telephone number*

                                                                    *FAX number*