## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>            *Plaintiff*,<br><br><br>      v.<br><br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>            *Defendant*. | Case No. 22-cv-475-BAH |

## <u>DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT</u>

Defendant, the U.S. Department of Justice ("Defendant" or "DOJ"), hereby answers the numbered paragraphs of the Complaint of Gannett Satellite Information Network ("Plaintiff"), ECF No. 1, in the above-captioned action, as follows:

1.      The allegations in this paragraph consist of Plaintiff's characterization of this action, to which no response is required.

2.      Defendant admits that Plaintiff made the FOIA request at issue in this case, and otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

3.      Admitted.

4.      The allegations in this paragraph consist of legal conclusions, to which no response is required.

5.      The allegations in this paragraph consist of legal conclusions, to which no response is required.

6.      Defendant admits that it received a FOIA request from Plaintiff dated April 9, 2021. Defendant respectfully refers the Court to that request for a full and accurate statement of its contents.

7.      Admitted.

8.      Admitted that Defendant denied Plaintiff's FOIA request. Defendant respectfully refers the Court to its response to Plaintiff for a full and accurate statement of its contents.

9.      Defendant admits that on or around April 14, 2021, Plaintiff appealed the denial of its request. Defendant respectfully refers the Court to that appeal for a full and accurate statement of its contents.

10.     Admitted.

11.     Admitted.

12.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

13.     The allegations in this paragraph consist of legal conclusions, to which no answer is required.

14.     The allegations in this paragraph consist of legal conclusions, to which no answer is required.

15.     Defendant admits that it has produced no records responsive to Plaintiff's request. The remaining allegations in this paragraph consist of legal conclusions, to which no response is required.

16.     Defendant re-alleges its responses to paragraphs 1-15 of the Complaint.

17.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

18.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

19.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

20.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

The remaining allegations in the Complaint constitute a prayer for relief to which no response is required.  To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested, or to any relief whatsoever.  Defendant hereby denies all allegations in Plaintiff's Complaint not expressly admitted or denied.

## **DEFENSES**

1.     Plaintiff is not entitled to information that is exempt from disclosure by one or more exemptions enumerated in the FOIA.


Dated: April 8, 2022                    Respectfully submitted,


                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        MARCIA BERMAN
                                        Assistant Branch Director

                                        */s/ Cormac A. Early*
                                        CORMAC A. EARLY
                                        D.C. Bar. No. 1033835
                                        Trial Attorney, U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, N.W.
                                        Washington, D.C. 20005
                                        Tel.: (202) 616-7420
                                        cormac.a.early@usdoj.gov

*Counsel for Defendants*