IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, )<br><br>    Plaintiff, )<br><br>v. )<br><br>U.S. DEPARTMENT OF JUSTICE, )<br><br>    Defendant. ) | Case No. 22-cv-00475-BAH |

### RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff's counsel apologizes for failing to file the initial status report as required by the Court's standing order. The failure was caused by an administrative error. More specifically, Plaintiff's counsel did not have an adequate process in place to ensure that the person responsible for calendaring status report deadlines was aware that a Defendant's answer had been filed, as required to determine the date of the initial status report under the Court's standing order. Plaintiff's counsel has made changes to its processes to remedy this gap.

Because Defendant has not been prejudiced and because the failure was the result of an administrative error, Plaintiff respectfully requests that the Court not dismiss this case. Plaintiff's counsel has contacted Defendant's counsel to initiate status report discussions, and respectfully requests that the Court grant the parties until May 20, 2022, to file the initial status report.

Dated: May 12, 2022

RESPECTFULLY SUBMITTED,

*/s/ Josh Loevy*
Josh Loevy, D.C. Bar No. IL 0105
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com