UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>   *Plaintiff*,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>   *Defendant*. | Case No. 22-cv-475-BAH |

**JOINT STATUS REPORT**

  Pursuant to the Court's Minute Order of May 13, 2022, the parties, having conferred, jointly submit the following proposed schedule for dispositive motions in this case.

  This case concerns a Freedom of Information Act ("FOIA") request seeking information submitted to the Bureau of Justice Statistics, a component of Defendant the U.S. Department of Justice ("DOJ"), under the Mortality in Correctional Institutions program, as required by 34 U.S.C. § 60105. DOJ conducted a search and located 236,568 pages of potentially responsive records, *see* ECF 1-1 at 2, but determined that the records were exempt from disclosure in their entirety pursuant to FOIA Exemption 3, 5 U.S.C. § 552(b)(3), and 34 U.S.C. § 10231. DOJ has not yet processed the potentially responsive records to determine whether any other exemptions may apply.

  The parties agree that it would be most efficient to resolve the application of Exemption 3 at the outset, and to reserve determination of the applicability of any other exemptions should Plaintiff prevail on that issue. *See Maydak v. U.S. Dep't of Justice*, 218 F.3d 760, 764 (D.C. Cir.

2000) ("as a general rule, [the government] must assert all exemptions at the same time"); *see also, e.g.*, *Shapiro v. U.S. Dep't of Justice*, No. 13-cv-555-RDM, 2016 WL 3023980 (D.D.C. May 25, 2016), at *5 ("there may be times an agency is justified in asserting only a single categorical exemption (e.g., 'All of the records were withheld under Exemption 3') and reserving the use of more targeted exemptions in the event the court rejects that exemption").

Accordingly, the parties respectfully propose the following deadlines for cross-motions for summary judgment limited to the applicability of Exemption 3:

| **June 24, 2022** | Defendant's motion for summary judgment, limited to Exemption 3 |
|---|---|
| **July 22, 2022** | Plaintiff's combined opposition to Defendant's motion for summary judgment and cross-motion for partial summary judgment, limited to Exemption 3 |
| **August 12, 2022** | Defendant's combined opposition and reply |
| **August 26, 2022** | Plaintiff's reply |

The parties agree that by moving for summary judgment on Exemption 3 only, Defendant does not waive the opportunity subsequently to rely on other exemptions as applicable, and request that the Court enter an order permitting Defendant to reserve those exemptions pursuant to the parties' agreement.

Dated: May 20, 2022                                         Respectfully submitted,

                                                            BRIAN M. BOYNTON
                                                            Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar. No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*

*/s/ Josh Loevy*
Josh Loevy, Bar No. IL0105
LOEVY &amp; LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*