UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Case No. 22-cv-475-BAH |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant respectfully moves for a brief extension of time to file its motion for summary judgment, from June 24, 2022, to June 30, 2022, and for a corresponding one-week extension of each of the remaining deadlines in the Court's Minute Order of May 31, 2022—to July 29, 2022, for Plaintiff's combined opposition and cross-motion for partial summary judgment; to August 19, 2022, for Defendant's combined opposition and reply; and to September 2, 2022, for Plaintiff's cross-motion reply.  Defendant seeks this extension because undersigned counsel has been ill with the flu since Wednesday of last week, June 15, 2022, and accordingly has been delayed in preparing the motion.  Neither party has previously sought an extension of any deadline set in the Court's May 31, 2022 Minute Order.  Defendant would have filed this motion four days prior to the deadline, as required by Rule 7.b of the Standing Order, ECF 4 at 4, but for the recognition of the Juneteenth holiday on June 20, 2022.  Counsel for Plaintiff has indicated that Plaintiff does not oppose this motion.

Dated: June 21, 2022                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar. No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*