IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>    *Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Case No. 22-cv-475-BAH |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant United States Department of Justice respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7. The reasons for this motion are set forth in the attached Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment, Statement of Material Facts as to Which There is No Genuine Issue, and Declaration of Chauntonya Eason. A proposed order is also attached.

Dated: June 30, 2022

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    MARCIA BERMAN
    Assistant Branch Director

    */s/ Cormac A. Early*
    CORMAC A. EARLY
    D.C. Bar No. 1033835
    Trial Attorney, U.S. Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, N.W.
    Washington, D.C. 20005
    Tel.: (202) 616-7420

cormac.a.early@usdoj.gov

*Counsel for Defendants*