## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, | |
| *Plaintiff,* | Case No. 22-cv-475-BAH |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, | |
| *Defendant.* | |

## **DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Civil Rule 7(h)(1), Defendant United States Department of Justice respectfully submits the following statement of material facts as to which there is no genuine issue:

1. On April 9, 2021, Plaintiff submitted a FOIA request to the Department of Justice's Office of Justice Programs ("OJP"), seeking:

   > "1. all information submitted to BJS under the Mortality in Correctional Institutions Program. This includes information contained in submissions of BJS forms CJ-9 and CJ-10 and any other data elements states are required to provide under 34 USC 60105, from 2010 through the date on which my request is processed. If this information is stored in a tabular database format, please provide a copy to me in tabular, sortable form sch as comma-separated values (CSV). If the information exists ONLY as a paper or PDF form submission, please provide PDF copies. To be clear, I am requesting data on the deaths of individual inmates, not the summaries of inmate deaths published on the BJS website.
   >
   > 2. a copy of any data dictionary, record layout or other documentation that describes elements contained in the electronic database requested above."

   Declaration of Chauntonya Eason ("Eason Decl.") ¶ 6.

2. BJS personnel searched the Mortality in Correctional Institutions databases, including the databases for the CJ-9 (Death Report on Inmates Under Jail Jurisdiction), CJ-10 (Death Report on Inmates in Private and Multi-Jurisdictional Jails), and NPS-4A (State

Prison Inmate Death Report) forms, and excluding the annual summaries of mortality in state prisons and local jails published on the BJS website.  BJS searched all databases that contain information submitted to the Mortality in Correctional Institutions program, and there are no other locations reasonably likely to contain responsive records.  BJS located 236,568 pages of potentially responsive records.  Eason Decl. ¶ 8.

3. BJS and OJP determined that the records located in response to Plaintiff's FOIA request contain research or statistical information identifiable to specific persons.  Eason Decl. ¶¶ 8, 9.

4. On April 13, 2021, OJP acknowledged receipt of the request, and informed Plaintiff that all of the records located by BJS in response to the FOIA request were subject to FOIA Exemption 3, 5 U.S.C. § 552(b)(3), under 34 U.S.C. § 10231, pertaining to research or statistical information collected by BJS that is required to be kept confidential.  Eason Decl. ¶ 10; *see also* ECF 1-1 at 2.

5. Plaintiff appealed OJP's withholding decision to the Department of Justice's Office of Information Policy ("OIP") on April 14, 2021.  Eason Decl. ¶ 11.

6. On December 3, 2021, OIP made its final determination on Plaintiff's FOIA request. OIP released 71 pages in full, responsive to part 2 of Plaintiff's request, and otherwise affirmed OJP's withholding of records pursuant to FOIA Exemption 3.  Eason Decl. ¶ 13.

Dated: June 30, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*