IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>   *Plaintiff*,<br> v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>   *Defendant*. | Case No. 22-cv-475-BAH |

## [PROPOSED] ORDER

Upon consideration of Defendant's June 30, 2022, motion for summary judgment, it is hereby **ORDERED** that the motion be **GRANTED**.

**SO ORDERED**

Date: _____, 2022

                   _____
                   BERYL A. HOWELL
                   Chief United States District Judge