# IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

GANNETT SATELLITE                       )
INFORMATION NETWORK,                    )
                                        )        Civ. A. No. 22-cv-475
    Plaintiff,                      )
                                        )
    v.                              )
                                        )
U.S. DEPARTMENT OF JUSTICE,             )
                                        )
    Defendant.                      )

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff Gannett Satellite Information Network moves for summary judgment pursuant to

Federal Rule of Civil Procedure 56 on its Freedom of Information Act claim against Defendant

U.S. Department of Justice.  The Court should grant Plaintiff's motion for the reasons set forth in

the accompanying Memorandum.

Dated:  July 29, 2022

                                    RESPECTFULLY SUBMITTED,

                                      /s/ *Matthew V. Topic*

                                      _____

                                      Attorneys for Plaintiff

Matthew Topic, DC Bar No. IL0037
Josh Loevy, DC Bar No. IL0105
Merrick Wayne, DC Bar No. IL0058
Shelley Geiszler, DC Bar No. IL0087
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902