IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, | ) ) ) |
| Plaintiff, | ) Civ. A. No. 22-cv-475 ) ) |
| v. | ) ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

**A.    Plaintiff's FOIA request and Defendant's Exemption 3 withholding.**

1.    On April 9, 2021, Plaintiff submitted a FOIA request to the Office of Justice Programs (OJP) within the Department of Justice (DOJ) asking for records submitted to the Mortality in Correctional Institutions (MCI) program under the Death in Custody Reporting Act of 2013, 34 U.S.C. § 60105.  The request asked OJP to provide:

> 1. all information submitted to BJS under the Mortality in Correctional Institutions program. This includes information contained in submissions of BJS Forms CJ-9 and CJ-10 and any other data elements states are required to provide under 34 USC 60105, from 2010 through the date on which my request is processed. If this information is stored in a tabular database format, please provide a copy to me in tabular, sortable form such as comma-separated values (CSV). If the information exists ONLY as a paper or PDF form submission, please provide PDF copies. To be clear, I am requesting data on the deaths of individual inmates, not the summaries of inmate deaths published on the BJS website.
>
> 2. a copy of any data dictionary, record layout or other documentation that describes elements contained in the electronic database requested above.

Compl. Ex. 1; *see also* Def.'s SMF (ECF No. 12-3) ¶ 1.

- 2 -

2. On April 13, 2021, OJP notified Plaintiff that it located 236,568 pages responsive to Plaintiff's FOIA request, and that OJP determined that all pages were exempt from disclosure pursuant to Exemption 3 of the FOIA, 5 U.S.C. § 552(b)(3). Compl. Ex. 2; *see also* Def.'s SMF ¶¶ 2, 4. OJP's assertion of Exemption 3 was based on the confidentiality provision in Title I of the Crime Control Act, 34 U.S.C. § 10231. Compl. Ex. 2; *see also* Def.'s SMF ¶ 4.

3. On April 14, 2021, Plaintiff appealed OJP's determination to the Office of Information Policy (OIP) within the DOJ. Compl. Ex. 3; *see also* Def.'s SMF ¶ 5.

4. On December 3, 2021, OIP affirmed OJP's withholdings pursuant to Exemption 3. Compl. Ex. 5; *see also* Def.'s SMF ¶ 6.

**B.     The Mortality in Correctional Institutions (MCI) program.**

5. OJP oversees six program offices, including the Bureau of Justice Statistics (BJS). OJP, *About Us*, DOJ, https://www.ojp.gov/about (last visited July 23, 2022).

6. The MCI program (formerly named the Deaths in Custody Reporting Program (DCRP)) was created in response to the Death in Custody Reporting Act of 2000. BJS, Mortality in Correctional Institutions (MCI), DOJ OFFICE OF JUSTICE PROGRAMS (May 15, 2009), https://bjs.ojp.gov/data-collection/mortality-correctional-institutions-mci-formerly-deaths-custody-reporting-program#methodology-0 (last visited July 21, 2022).

7. The MCI program's purpose is to collect data reported pursuant to the Death in Custody Reporting Act of 2000 and the Death in Custody Reporting Act of 2013. *Id*.

8. BJS oversees the MCI program. *Id*.

- 3 -

Dated: July 29, 2022

                                  RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

_____

Attorneys for Plaintiff

Matthew Topic, DC Bar No. IL0037
Josh Loevy, DC Bar No. IL0105
Merrick Wayne, DC Bar No. IL0058
Shelley Geiszler, DC Bar No. IL0087
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902