# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | Civ. A. No. 22-cv-475 |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

## [PROPOSED] ORDER

Upon consideration of the parties' cross-motions for summary judgment, it is hereby ORDERED that Plaintiff's motion is GRANTED; and it is FURTHER ORDERED that Defendant's motion is DENIED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE