IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, | ) ) ) |
| Plaintiff, | ) Civ. A. No. 22-cv-475 ) ) |
| v. | ) ) ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS

1. Undisputed.

2. Disputed; Plaintiff disputes both sentences to the extent they suggest that the adequacy of Defendant's search is material to the instant motions. The parties agreed, and the Court ordered, that the motions be "limited to the applicability of Exemption 3[.]" Minute Order (June 21, 2022); Joint Status Report (ECF No. 10) at 2. Plaintiff disputes the second sentence to the extent its assertion that "there are no other locations reasonably likely to contain responsive records" represents a legal conclusion.

3. Undisputed.

4. Disputed; Plaintiff disputes that records are "subject to FOIA Exemption 3" and "required to be kept confidential" to the extent those assertions represent legal conclusions.

5. Undisputed.

6. Undisputed.

- 2 -

Dated:  July 29, 2022

                                                      RESPECTFULLY SUBMITTED,

                                                      /s/ *Matthew V. Topic*

                                                      _____

                                                      Attorneys for Plaintiff

Matthew Topic, DC Bar No. IL0037
Josh Loevy, DC Bar No. IL0105
Merrick Wayne, DC Bar No. IL0058
Shelley Geiszler, DC Bar No. IL0087
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902