IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civ. A. No. 22-cv-475 |

**[PROPOSED] ORDER**

Upon consideration of the parties' cross-motions for summary judgment, it is hereby ORDERED that Plaintiff's motion is GRANTED; and it is FURTHER ORDERED that Defendant's motion is DENIED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE