IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>　　　　*Plaintiff*,<br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　*Defendant*. | Case No. 22-cv-475-BAH |

## NOTICE OF APPEARANCE

　　Please take notice that Brian C. Rosen-Shaud hereby enters his appearance as counsel of record for the Defendant. Undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that he is personally familiar with the Local Rules of this Court.

Dated: August 15, 2022

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　MARCIA BERMAN
　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　*/s/ Brian Rosen-Shaud*
　　　　　　　　　　　　　　　　　　BRIAN C. ROSEN-SHAUD
　　　　　　　　　　　　　　　　　　ME Bar No. 006018
　　　　　　　　　　　　　　　　　　Trial Attorney, U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　Tel.: (202) 305-7667
　　　　　　　　　　　　　　　　　　brian.c.rosen-shaud@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendant*