IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>    *Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Case No. 22-cv-475-BAH |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

1. Undisputed to the extent that restates Plaintiff's FOIA request of April 9, 2021. Disputed to the extent that Plaintiff characterizes records submitted to the Mortality in Correctional Institutions (MCI) program as being under the Death in Custody Reporting Act of 2013.

2. Undisputed.

3. Undisputed.

4. Undisputed, to the extent that Plaintiff appealed OJP's determination by a letter dated April 14, 2021, which was received by the Office of Information Policy (OIP) on April 16, 2021.

5. Undisputed.

6. Undisputed.

7. Undisputed, to the extent that the MCI program collected data related to the Death in Custody Reporting Act of 2000 and the Death in Custody Reporting Act of 2013 through the reporting period of calendar year 2019. The Bureau of Justice Statistics (BJS) closed the MCI collection on March 31, 2021.

8. Undisputed, to the extent that BJS oversaw the MCI program through its final reporting period of calendar year 2019 and formally closed the MCI collection on March 31, 2021.

| | |
|---|---|
| Dated: August 26, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>*/s/ Brian Rosen-Shaud*<br>BRIAN C. ROSEN-SHAUD<br>ME Bar No. 006018<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 305-7667<br>brian.c.rosen-shaud@usdoj.gov<br><br>*Counsel for Defendant* |