UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GANNETT SATELLITE INFORMATION
NETWORK, LLC,

           Plaintiff,

           v.

U.S. DEPARTMENT OF JUSTICE,

           Defendant.

Civil Action No. 22-cv-475 (BAH)

Judge Beryl A. Howell

**ORDER**

    Upon consideration of defendant U.S. Department of Justice's Motion for Summary Judgment, ECF No. 12, and plaintiff Gannett Satellite Information Network's Cross-Motion for Summary Judgment, ECF No. 13, regarding whether defendant's withholding pursuant to Exemption 3 of the Freedom of Information Act is improper, the related legal memoranda in support and in opposition, the exhibits and declarations attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

    **ORDERED** that, plaintiff's Cross-Motion for Summary Judgment, ECF No. 13, is GRANTED as to defendant's withholding, pursuant to Exemption 3 of the Freedom of Information Act, 5 U.S.C. § 552(b)(3), which withholding is improper; it is further

    **ORDERED** that defendant's Motion for Summary Judgment, ECF No. 12, is DENIED; and it is further

    **ORDERED** that, by April 12, 2023, the parties shall submit a joint status report advising the Court whether any disputes remain between the parties, and, if so, proposing a schedule to govern further proceedings.

**SO ORDERED.**

Date: March 29, 2023

                                                                                                                      _____

                                                                                                                      BERYL A. HOWELL
                                                                                                                      District Judge