## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GANNETT SATELLITE INFORMATION NETWORK,

                    *Plaintiff*,

            v.

U.S. DEPARTMENT OF JUSTICE,

                    *Defendant*.

Case No. 22-cv-475-BAH

### <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Order of March 29, 2023, ECF 20, the parties, having conferred, jointly submit the following update on the status of this matter.

Per the parties' agreement in their initial scheduling proposal, *see* ECF 10, and the Court's subsequent Minute Order approving that proposal, *see* Minute Order, May 31, 2022, Defendant "d[id] not waive the opportunity to subsequently rely on other exemptions as applicable" when it moved for summary judgment on Exemption 3, ECF 10 at 2.

Defendant is continuing to evaluate its options in light of the Court's Order, including to seek reconsideration or to appeal. Defendant and Plaintiff have exchanged proposals for, in the absence of a motion seeking such relief, how Defendant will begin processing the potentially responsive records for application of exemptions other than Exemption 3. The parties will continue to confer regarding the method of processing potentially responsive records and request that they submit a further joint status report detailing this process. In the interim, the parties will

also work together to determine whether they can reach agreement on any remaining potential redactions without further litigation.

Accordingly, the parties respectfully request that they be allowed to submit a further joint status report on or before May 12, 2023.

Dated: April 12, 2023                                      Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar. No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*