# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Case No. 22-cv-475-BAH |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 16, 2023, the parties, having conferred, jointly submit the following update on the status of this matter.

The parties are continuing to work together to determine the method for processing potentially responsive records, and to determine whether they can reach agreement on any remaining potential redactions without further litigation. Defendant is also continuing to evaluate its options in light of the Court's Order of March 29, 2023, ECF 20, including to seek reconsideration.

Accordingly, the parties respectfully request that they be allowed to submit a further joint status report on or before July 14, 2023.

Dated: June 12, 2023                                           Respectfully submitted,

                                                                           BRIAN M. BOYNTON
                                                                           Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar. No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

2