UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Case No. 22-cv-475-BAH |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of June 14, 2023, the parties, having conferred, jointly submit the following update on the status of this matter.

Defendant is reviewing the potentially responsive records to determine which database columns must be withheld in full pursuant to applicable FOIA exemptions other than Exemption 3, which columns require further review on an entry-by-entry basis, and a reasonable processing rate for conducting that review. Defendant expects to have made that determination within the next two weeks, and will continue to work with Plaintiff to determine whether the parties can reach agreement on any remaining potential redactions without further litigation. While Plaintiff agrees to the two-week timeline, if Defendant does not make this determination prior to the next joint status report, then Plaintiff intends to ask the Court to set a status conference.

Defendant is also continuing to evaluate its options, including to seek reconsideration, in light of the Court's Order of March 29, 2023, ECF 20, granting Plaintiff's Cross-Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment.

Accordingly, the parties respectfully request that they be allowed to submit a further joint status report on or before July 28, 2023.

Dated: July 14, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar. No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*