**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GANNETT SATELLITE INFORMATION
NETWORK,

        *Plaintiff*,

    v.

U.S. DEPARTMENT OF JUSTICE,

        *Defendant*.

Case No. 22-cv-475-BAH

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's Minute Order of July 18, 2023, the parties, having conferred, jointly submit the following update on the status of this matter.

As discussed in the previous joint status report, on April 4, 2023, the parties began conferring about the processing of records.  The parties agree that Defendant will complete processing and production of responsive records by October 26, 2023 (i.e. 90 days).  While the parties have been unable to reach an agreement on the scope of exemptions, the parties agree to address those disputes through cross-motions for summary judgment after Defendant completes production

Accordingly, the parties respectfully request that the parties be allowed to submit a further joint status report on or before November 9, 2023, setting forth a briefing schedule on any disputed exemptions.

Dated: July 28, 2023                   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar. No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*