IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>　　　　　*Plaintiff*,<br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　*Defendant*. | Case No. 22-cv-475-BAH |

**[PROPOSED] ORDER**

Upon consideration of Defendant's September 29, 2023, motion for a partial stay of its obligation to produce records responsive to Plaintiff's Freedom of Information Act request, it is hereby **ORDERED** that the motion be **GRANTED**; it is further

**ORDERED** that Defendant be excused from any obligation to produce records subject to Defendant's Motion for Reconsideration, namely any records submitted to Defendant under the Mortality in Correctional Institutions Program (i) from any source before October 1, 2015; and (ii) from local, rather than State, agencies at any time, pending a decision on the Motion for Reconsideration.

**SO ORDERED**

Date: _____, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge