IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>    *Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Case No. 22-cv-475-BAH |

**[PROPOSED] ORDER**

Upon consideration of Defendant's September 29, 2023, motion for partial reconsideration of the Court's Order granting partial summary judgment to Plaintiff with respect to Exemption 3 of the Freedom of Information Act, ECF 20, it is hereby **ORDERED** that the motion be **GRANTED**; it is further

**ORDERED** that Defendant's Motion for Summary Judgment, ECF 12, be **GRANTED** with respect to the application of Exemption 3 to any records submitted to Defendant under the Mortality in Correctional Institutions Program (i) from any source before October 1, 2015; and (ii) from local, rather than State, agencies at any time.

**SO ORDERED**

Date: _____, 2023

_____
BERYL A. HOWELL
United States District Judge