UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Case No. 22-cv-475-BAH |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 31, 2023, the parties, having conferred, jointly submit the following update on the status of this matter.

As previously reported in the Joint Status Report of July 28, 2023, ECF 26, and subject to the partial stay this Court issued in its Minute Order of October 3, 2023, Defendant on October 26, 2023, produced records submitted by state agencies to the Bureau of Justice Statistics ("BJS") under the Mortality in Correctional Institutions Program between October 1, 2015, and December 31, 2019, subject to redactions pursuant to FOIA Exemptions 6 and 7(C).

Plaintiff has reviewed that production, and has raised issues with the production. The parties are engaging in ongoing discussions with respect to next steps and scheduling in this matter. Accordingly, the parties respectfully request that they be allowed to submit a further joint status report on or before December 1, 2023, setting forth their views on further proceedings in this case.

Dated: November 9, 2023                                         Respectfully submitted,

                                                          BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar. No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*