UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Case No. 22-cv-475-BAH |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of December 1, 2023, the parties, having conferred, jointly submit the following update on the status of this matter.

As previously reported in the Joint Status Report of July 28, 2023, ECF 26, and subject to the partial stay this Court issued in its Minute Order of October 3, 2023, Defendant on October 26, 2023, produced records submitted by state agencies to the Bureau of Justice Statistics ("BJS") under the Mortality in Correctional Institutions Program between October 1, 2015, and December 31, 2019, subject to redactions pursuant to FOIA Exemptions 6 and 7(C). Defendant produced additional records, also subject to redaction under FOIA Exemptions 6 and 7(C), on January 31, 2024.

The parties, having met and conferred, agree that cross-motions for summary judgment on Defendant's application of Exemptions 6 and 7(C) to the records produced to date would be sufficient to resolve the remaining substantive issues in this case, because Defendant would

invoke Exemptions 6 and 7(C) in the same manner for all remaining records if the Court were to deny Defendant's pending motion for partial reconsideration.

Accordingly, the parties respectfully propose the following schedule for cross-motions for summary judgment to resolve Defendant's invocation of FOIA Exemptions 6 and 7(C):

- Defendant's motion for summary judgment due March 15, 2024
- Plaintiff's combined opposition to Defendant's motion for summary judgment and cross-motion for summary judgment due April 21, 2024
- Defendant's combined opposition and reply due May 28, 2024
- Plaintiff's reply due June 18, 2024

The parties have agreed to ask the Court for leave to dispense with LCvR 7(h)(1) and not file statements of facts given the nature of this case.

Dated: February 7, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY
D.C. Bar. No. 1033835
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-7420
cormac.a.early@usdoj.gov

*Counsel for Defendants*

*/s/ Merrick Wayne*

Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*