UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:22-cv-00475<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF ELIZABETH ANN CARSON**

I, Elizabeth Ann Carson, declare the following to be true and correct:

1. I am currently the branch chief of preparedness statistics at the Office of Homeland Security Statistics, U.S Department of Homeland Security. From January 30, 2011, to October 7, 2023, I was employed as a statistician at the Bureau of Justice Statistics (BJS), Office of Justice Programs (OJP), U.S. Department of Justice. In this role, I managed multiple BJS corrections statistics collections, including the Mortality in Correctional Institutions (MCI) collection from 2019 to 2023.

2. The statements I make in this declaration are based on my personal knowledge, information provided to me in the course of my official duties, and my review of documents and data kept by BJS in the ordinary course of business.

3. I am familiar with BJS's handling of the Freedom of Information Act (FOIA) request submitted by the Plaintiff, Gannett Satellite Information Network.  This declaration provides information concerning BJS's searches in response to the FOIA request and subsequent appeal.

4. Plaintiff submitted a FOIA request on April 9, 2021, which sought records responsive to two items:

> (1) "all information submitted to BJS under the Mortality in Correctional Institutions program. This includes information contained in submissions of BJS Forms CJ-9 and CJ-10 and any other data elements states are required to provide under 34 USC 60105, from 2010 through the date on which my request is processed. If this information is stored in a tabular database format, please provide a copy to me in tabular, sortable form such as comma-separated values (CSV). If the information exists ONLY as a paper or PDF form submission, please provide PDF copies. To be clear, I am requesting data on the deaths of individual inmates, not the summaries of inmate deaths published on the BJS website."
>
> (2) "a copy of any data dictionary, record layout or other documentation that describes elements contained in the electronic database requested above."

5. On April 9, 2021, OJP's FOIA office requested that BJS identify and provide records responsive to the Plaintiff's FOIA request for processing by OJP's FOIA office.

6. In response to the FOIA request, I searched all databases that contained information submitted to the MCI program, including the databases for the CJ-9 (Death Report on Inmates Under Jail Jurisdiction), CJ-10 (Death Report on Inmates in Private and Multi-Jurisdictional Jails), and NPS-4A (State Prison Inmate Death Report) forms. I also searched the personal folders of all MCI project managers and unit chiefs to determine whether they had retained any documents responsive to the FOIA request.

7. Based on my experience with BJS, my familiarity with the records maintained by BJS, discussions with knowledgeable staff, as well as my understanding of the scope of the Plaintiff's FOIA request, I determined that there were no other locations reasonably likely to contain responsive records.

8. The search terms I used were "2010-2019," "jail," "prison," and the individual form designations (e.g., "CJ-9," and "CJ-10," etc.).

9. Through this search, I identified 236,568 pages of records that were potentially

responsive to the FOIA request. These pages represented the records requested if BJS were required to produce PDF files of each death requested.

10. In accordance with standard BJS practice, I responded to OJP's FOIA Office describing the search process and the responsive records. I advised that, in BJS's view, because the records contain research or statistical information identifiable to specific persons, the release of these records would violate 34 U.S.C. § 10231.

11. On April 13, 2021, OJP responded to the Plaintiff's FOIA request via letter. The letter stated that all of the records located by BJS in response to the FOIA request were exempt from disclosure pursuant to FOIA exemption (b)(3), found at 5 U.S.C. § 552(b)(3).

12. On April 14, 2021, the Plaintiff appealed the withholding decision to the DOJ's Office of Information Policy (OIP).

13. In response to the appeal, OJP's FOIA Office asked that BJS conduct a further search for records pertaining to the second part of Plaintiff's FOIA request ("a copy of any data dictionary, record layout or other documentation that describes elements contained in the electronic database requested above"). These records were publicly available on the National Archive of Criminal Justice Data website (https://www.icpsr.umich.edu/web/NACJD/).  On October 4, 2021, I provided OJP's FOIA office with these records responsive to the second part of the Plaintiff's FOIA request.

14. In April 2023, OJP's FOIA Office contacted BJS and requested the responsive records that I had identified in 2021 in a "tabular database form," as requested by the Plaintiff in the FOIA request.

15. The search for records in April 2023 consisted of running a SAS program (statistical coding using the SAS statistical software package that was written to select only the deaths of interest from the entire dataset) on the entire MCI dataset for both prisons and jails, to generate

two Excel spreadsheets of all deaths in prisons and jails from 2010 to 2019. The spreadsheets contain in tabular database format all of the data collected from state departments of corrections and local jail administrators on the MCI forms, plus some additional metadata that was appended to the records upon their submission, including the date of submission, the number of total deaths reported for that state department of corrections or local jail during that year, and the name of the respondent.

16. I spent approximately 18 hours locating the responsive documents.

17. All of these documents (the spreadsheets and the forms and communications to state departments of corrects and local jail administrators) were placed on a secure server drive to which only I, my unit chief, the senior statistical advisor, the acting director of BJS, and the OJP FOIA office had access.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  5th   day of March, 2024.

_____
Elizabeth Ann Carson