IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 22-cv-475 (BAH) |

**PLAINTIFF'S SECOND CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Gannett Satellite Information Network moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 on its Freedom of Information Act claim against Defendant U.S. Department of Justice. The Court should grant Plaintiff's motion for the reasons set forth in the accompanying Memorandum.

Dated: April 19, 2024

Respectfully submitted,

*/s/ Stephen Stich Match*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
Tel. (520) 488-0486
match@loevy.com
foia@loevy.com

*Attorneys for Plaintiff*