**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, | Case No. 22-cv-475 (BAH) |
| Plaintiff, | |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

**DECLARATION OF GINA BARTON**

1.      My name is Gina Barton.

2.      I am over the age of 18 and competent to provide this declaration.

3.      The following statements are made on my personal and professional knowledge, and, if sworn as a witness, I can testify competently thereto.

4.      I am an investigative reporter at USA TODAY, which is owned by Plaintiff Gannett Satellite Information Network.  Throughout my career, I have been honored with many national journalism awards, including: the Robert F. Kennedy Criminal Justice Reform Prize, the Hillman Prize for Journalism, a National Edward R. Murrow Award, the George Polk Award, the Pulliam First Amendment Award, the John Jay College award for criminal justice reporting, the Al Nakkula Award for police reporting, the Casey Medal for reporting on children and families, an Investigative Reporters and Editors certificate, and a Heywood Broun Award, among others. I also was a recipient of the Ochberg Fellowship in Journalism and Trauma, where I learned to use my reporting to promote healing for people who have lived through traumatic events.

5.      I hold a bachelor's degree in journalism and a master's degree in liberal studies with a concentration in criminal justice. I have worked in journalism for 30 years, reporting throughout the United States and in post-war Rwanda and Bosnia. I spent 15 years as the criminal justice investigative reporter at the Milwaukee Journal Sentinel, where I exclusively covered issues related to crime, policing and incarceration. The impact of my reporting included a first-of-its-kind state law requiring outside investigation of deaths in police custody, the revision of a medical examiner's report that changed the manner of an in-custody death from natural to homicide and the indictment of a police officer for an on-duty rape. I have continued to specialize in investigative reporting since being hired by USA TODAY three years ago.

6.      Throughout my 30-year-career, I have contacted dozens of people whose loved ones died in jails and prisons. When I contacted them, I had no reason to believe that they would be more likely than the average person who has lost a loved one to speak with me. None of them complained that I was invading their privacy. Each of them was eager to speak with me about their loved ones' deaths. They all wanted the public to know the truth about what happened. They welcomed my help in accessing and publishing information about their loved ones' deaths, including their loved ones' names and age, cause of death, and what crimes they had been convicted of. They all hoped my reporting would help hold accountable those responsible for the deaths, and in many cases, it did.

7.      For example, I reported on the death of Jeremy Cunningham, discussed in more detail in Cynthia Telford's declaration.  Ms. Telford gave an on-the-record interview, which was featured in my story on Mr. Cunningham's death, https://www.jsonline.com/story/archives/2021/08/23/deaths-detention-inadequate-treatment-leads-death-sick-prisoners-milwaukee/1291637001/.

8.      BJS related that it used an algorithm, k-anonymity, to redact records so that no inmate could be personally identified. It chose the fields to redact apparently because that information could be used in conjunction with other information, like state or local press releases and news articles, to identify an inmate.  However, based on my experience as an investigative reporter, I believe this argument to be illogical. That is because a person equipped with a press release or news article will already know the information BJS is redacting, since state and local press releases and news articles often contain much or all of that information.

    a.   A true and correct copy an Alabama Department of Corrections press release regarding an inmate death is attached as Exhibit 1 and located at the following link: https://doc.alabama.gov/NewsRelease?article=ADOC+Investigates+Inmate%E2%80%99s+Death+at+Bullock+County+Correctional+Facility.

    b.   True and correct copies of Alaska Department of Corrections press releases regarding an inmate death  are attached as Exhibit 2 and located at the following links:   https://doc.alaska.gov/commish/pressreleases/Cook%2042323.pdf; https://dailydispatch.dps.alaska.gov/Home/Search?start=2023-04-24&end=2023-04-24&userText=.

    c.   A true and correct copy of an Arizona Department of Corrections Rehabilitation & Reentry press release regarding an inmate death is attached as Exhibit 3 and located at the following link:  tps://corrections.az.gov/news/death-notification-james-walker.

d.  A true and correct excerpt of an Arkansas Department of Corrections press release regarding an inmate death is attached as Exhibit 4 and located at the following link.  https://doc.arkansas.gov/media-advisories/.

e.  A true and correct copy of a California Department of Corrections and Rehabilitation press release regarding an inmate death is attached as Exhibit 5 and located at the following link: https://www.cdcr.ca.gov/news/2023/10/16/soledad-valley-state-prison-investigating-death-of-incarcerated-person-as-homicide/.

f.  True and correct copies of Larimer County, Colorado press releases regarding an inmate death are attached as Exhibit 6 and located at the following links. https://www.larimer.gov/spotlights/2023/12/11/update-inmate-jail-death-11252023;     https://www.larimer.gov/spotlights/2023/11/25/cirt-activated-inmate-death.

g.  A true and correct copy of a State of Connecticut Department of Correction press release regarding an inmate death is attached as Exhibit 7 and located at the following link:     https://portal.ct.gov/-/media/DOC/Pdf/PressRelease/pr20160125.pdf.

h.  A true and correct copy of a Delaware Department of Correction press release regarding an inmate death is attached as Exhibit 8 and located at the following link: https://doc.delaware.gov/assets/documents/newsroom/2024/24press0122-1.pdf.

i.  A true and correct copy of a Hillsborough County, Florida press release regarding an inmate death is attached as Exhibit 9 and located at the following

link:      https://teamhcso.com/News/PressRelease/37d632da-2b85-4a24-bab3-e73f82bfbf42/en-US.

j.  A true and correct copy of a Fulton County, Georgia Sheriff's Office press release regarding an inmate death is attached as Exhibit 10 and located at the following link: https://fcsoga.org/wp-content/uploads/2023/09/FCSO-News-Release-Fulton-County-Jail-Stabbings-Lead-to-One-Inmate-Death-9.1.23.pdf.

k.  A true and correct copy of an article reporting on a Hilo Community Correctional Center in Honolulu, Hawaii inmate death is attached as Exhibit 11 and located at the following link: https://www.hawaiinewsnow.com/2024/01/09/corrections-head-screenings-x-rays-failed-prevent-fatal-jail-overdose/.

l.  A true and correct copy of an article reporting on an Idaho State Correctional Center inmate death is attached as Exhibit 12 and located at the following link: https://www.ktvb.com/article/news/investigations/7-investigates/family-idaho-inmate-killed-prison-demands-answers-reform/277-9c890035-7430-449c-b032-358863dd63f2.

m.  A true and correct copy of an article reporting on a Cook County, Illinois Jail inmate death is attached as Exhibit 13 and located at the following link. https://cwbchicago.com/2023/03/another-jail-inmate-dies-the-second-in-two-days-but-cases-are-unrelated-and-no-foul-play-in-latest-death-officials-say.html.

n.  A true and correct copy of an article reporting on the death of an Adult Detention Center in Indianapolis, Indiana inmate death is attached as Exhibit

14 and located at the following link: https://fox59.com/news/police-investigating-death-of-marion-county-inmate/.

o. A true and correct copy of an article reporting on a Linn County, Iowa Jail inmate death is attached as Exhibit 15 and located at the following link. https://www.thegazette.com/crime-courts/cedar-rapids-woman-who-died-at-linn-county-jail-identified-by-sheriffs-office/

p. A true and correct copy of a Kansas Bureau of Investigation press release regarding an inmate death is attached as Exhibit 16 and located at the following link:

https://www.kansas.gov/kbi/docs/media%20releases/2023/Media%20Release%20-

%20Inmate%20death%20at%20Lansing%20Correctional%20Facility%20ruled%20homicide.pdf.

q. A true and correct copy of an article reporting on a Whitley County, Kentucky Detention Center inmate death is attached as Exhibit 17 and located at the following link: https://www.thetimestribune.com/kentucky/wcdc-inmates-death-under-investigation/article_eae979e4-6171-11ee-9574-536ecfc16eb0.html.

r. A true and correct copy of an article reporting on a Louisiana State Penitentiary inmate death is attached as Exhibit 18 and located at the following link: https://www.theadvocate.com/baton_rouge/news/angola-inmate-dies-in-forklift-accident/article_88aa84a4-abf4-11ed-bb68-f37c9cc49e2d.html.

s.   A true and correct copy of an article reporting on the death of an Aroostook County, Maine Jail inmate is attached as Exhibit 19 and located at the following link:   https://www.mainepublic.org/maine/2014-09-09/update-maine-inmate-death-ruled-suicide.

t.   A true and correct copy of a press release from the Maryland State Police regarding an inmate death is attached as Exhibit 20 and located at the following link:         https://news.maryland.gov/msp/2023/05/28/state-prison-inmate-homicide-under-investigation/.

u.   A true and correct copy of an article reporting on an inmate death at the Suffolk County, Massachusetts House of Corrections is attached as Exhibit 21 and located at the following link:  https://www.cbsnews.com/boston/news/suffolk-county-house-of-corrections-inmate-death/.

v.   A true and correct copy of the opening lines of an article reporting on an inmate death at the Alger Correctional Facility in Alger County, Michigan is attached as   Exhibit   22   and   located   at   the   following   link. https://www.fox2detroit.com/news/family-of-man-who-died-of-dehydration-in-michigan-prison-say-fight-for-justice-not-over.

w.   A true and correct copy of an article reporting on a Northwest Regional Correctional Center, Minnesota inmate is attached as Exhibit 23 and located at the                         following                         link: https://www.brainerddispatch.com/news/minnesota/northwest-regional-correction-center-inmate-death-determined-to-be-suicide.

x.  A true and correct copy of a Mississippi Department of Corrections press release regarding an inmate death is attached as Exhibit 24 and located at the following link. https://www.mdoc.ms.gov/sites/default/files/News_Articles/090823_MDOC %20inmate%20death%20follow%20up.pdf

y.  A true and correct copy of an article reporting on an Algoa Correctional Center, Missouri inmate death is attached as Exhibit 25 and located at the following link:  https://krcgtv.com/news/local/department-of-corrections-said-algoa-inmate-died-thursday-morning.

z.  A true and correct copy of a news article reporting on Montana Department of Corrections deaths is attached as Exhibit 26 and located at the following link: https://helenair.com/news/state-regional/crime-courts/montana-state-prison-inmate-death-undetermined/article_42bd3640-42c5-11ee-b268-874623e28187.html.

aa. A true and correct copy of a Nebraska Department of Correctional Services press release regarding an inmate death is attached as Exhibit 27 and located at the following link:  https://corrections.nebraska.gov/rtc-inmate-death-16.

bb. A true and correct copy of a Nevada Department of Corrections press release regarding an inmate death is attached as Exhibit 28 and located at the following link: https://doc.nv.gov/uploadedFiles/docnvgov/content/About/Press_Release/Deat h%20Jacobson%2014241.pdf.

cc. A true and correct copy of a New Hampshire Department of Corrections press release regarding an inmate death is attached as Exhibit 29 and located at the following link: https://www.corrections.nh.gov/news-and-media/update-untimely-death-nh-state-prison-men-0.

dd. A true and correct copy of an article reporting on an Atlantic County, New Jersey Justice Facility inmate death is attached as Exhibit 30 and located at the following link: https://www.nbcphiladelphia.com/news/local/prisoner-beats-another-inmate-to-death-inside-nj-jail-officials-say/3635266/.

ee. A true and correct copy of an article reporting on a Southern New Mexico Correctional Facility inmate death is attached as Exhibit 31 and located at the following link: https://www.ktsm.com/news/inmate-who-died-at-southern-nm-prison-has-been-identified/.

ff. A true and correct copy of an article reporting on a Rikers Island, New York inmate death is attached as Exhibit 32 and located at the following link: https://nypost.com/2022/05/08/rikers-island-inmate-with-mental-health-issues-dies-by-suicide/.

gg. A true and correct copy of a North Carolina Department of Adult Correction press release regarding an inmate death is attached as Exhibit 33 and located at the following link: https://www.dac.nc.gov/news/press-releases/2024/01/16/investigation-underway-after-offender-death-bertie-correctional.

hh. A true and correct copy of an article reporting on the death of a North Dakota state prison inmate is attached as Exhibit 34 and located at the following link:

https://www.corrections1.com/in-custody-death/articles/officials-north-dakota-murderer-kills-himself-in-prison-9NTRs4K9wc4AHuKX/.

ii. A true and correct copy of a Clermont County, Ohio Sheriff's Office press release regarding an inmate death is attached as Exhibit 35 and located at the following link: https://clermontsheriff.org/14556-2/.

jj. A true and correct copy of an article reporting on an Oklahoma County Jail inmate death is attached as Exhibit 36 and located at the following link: https://kfor.com/news/local/medical-examiner-oklahoma-county-inmate-died-of-fentanyl-overdose/.

kk. A true and correct copy of an article reporting on a Deschutes, Oregon County Jail inmate death is attached as Exhibit 37 and located at the following link: https://www.kptv.com/2024/02/22/oregon-jail-faces-federal-lawsuit-after-22-year-old-inmate-dies-during-opioid-withdrawal/.

ll. A true and correct copy of a Pennsylvania press release regarding an inmate death is attached as Exhibit 38 and located at the following link: https://www.media.pa.gov/Pages/corrections_details.aspx?newsid=645.

mm.   A true and correct copy of an article reporting on the death of a Cranston, Rhode Island Adult Correctional Institution inmate is attached as Exhibit 39 and located at the following link: https://www.abc6.com/vigil-and-rally-to-be-held-at-state-house-for-aci-inmates-death/.

nn. A true and correct copy of an article reporting on the death of a Bamberg County, South Carolina Detention Center inmate is attached as Exhibit 40 and

located at the following link:  https://www.wrdw.com/2024/01/25/i-team-how-did-inmate-waste-away-bamberg-county/.

oo. A true and correct copy of a South Dakota press release regarding an inmate death is attached as Exhibit 41 and located at the following link: https://news.sd.gov/news?id=news_kb_article_view&sysparm_article=KB0028446&sys_kb_id=1a879d881bd869506e4aa97ae54bcb7f&spa=1.

pp. A true and correct copy of an article reporting on the deaths of Rutherford County, Tennessee Adult Detention Center inmates is attached as Exhibit 42 and located at the following link: https://www.dnj.com/story/news/2022/02/07/tennessee-bureau-investigation-examines-2-rutherford-county-inmate-deaths-adult-detention-center/6691429001/.

qq. A true and correct copy of an article reporting on the death of a Gib Lewis Unit, Texas inmate is attached as Exhibit 43 and located at the following link: https://bluebonnetnews.com/2023/01/12/man-awaiting-murder-trial-in-liberty-county-killed-in-prison/.

rr. A true and correct copy of an article reporting on a Central Utah Correctional Facility inmate death is attached as Exhibit 44 and located at the following link: https://www.sltrib.com/news/2022/08/29/utah-prison-officials-believe-an/.

ss. A true and correct copy of an article reporting on a Vermont Southern State Correctional Facility inmate death is attached as Exhibit 45 and located at the following link: https://www.vermontpublic.org/local-news/2023-11-06/vermont-state-police-are-investigating-the-12th-prison-death-this-year.

tt.  A true and correct copy of a Prince County, Virginia press release regarding an inmate death is attached as Exhibit 46 and located at the following link: https://www.princegeorgecountyva.gov/news_detail_T6_R2317.php .

uu.  A true and correct copy of an article reporting on a Washington State Penitentiary inmate death is attached as Exhibit 47 and located at the following link: https://www.seattletimes.com/seattle-news/law-justice/investigation-finds-more-deadly-delays-in-cancer-diagnosis-and-treatment-at-washington-state-prisons/.

vv.  A true and correct copy of an article reporting on a Southern Regional Jail, West Virginia inmate death is attached as Exhibit 48 and located at the following link: https://www.wvnstv.com/news/local-news/new-allegations-emerge-on-quantez-burks-death-at-southern-regional-jail/.

ww.  A true and correct copy of an article reporting on the death of a Milwaukee, Wisconsin Secure Detention Facility inmate is attached as Exhibit 49 and located at the following link: https://www.jsonline.com/story/archives/2021/08/23/deaths-detention-inadequate-treatment-leads-death-sick-prisoners-milwaukee/1291637001/.

xx.  A true and correct copy of an article reporting on the death of a Wyoming Medium Correctional Institution inmate is attached as Exhibit 50 and located at the following link: https://www.sweetwaternow.com/inmate-dies-in-torrington-correctional-facility/.

9.  In addition to press releases, some states publish much of the very data the Bureau of Justice Statistics has withheld here.  For example:

a. Florida has an online inmate directory that lists many facts about deceased inmates, including their cause and manner of death. https://fdc.myflorida.com/pub/mortality/2023-2024.html

b. Illinois has released a dataset of inmate deaths, downloadable here, https://icjia.illinois.gov/researchhub/datasets/death-in-custody-reports/, that reproduces nearly all the data that the Bureau of Justice Statistics has redacted (albeit without names), apparently without applying any redaction technique like k-anonymity.  It has also released a dataset of every inmate discharged that indicates discharges based on death.  The 2021 database is downloadable here. https://idoc.illinois.gov/content/dam/soi/en/web/idoc/reportsandstatistics/documents/fy21-prison-exits.xls

c. A nonprofit, Incarceration Transparency, has created a database of inmate deaths in Louisiana and South Carolina.  The Louisiana database appears to link, in the "Documentation" column, to reporting forms submitted by states and localities to BJS under the MCI Program and is available here: https://www.incarcerationtransparency.org/la-prison-and-jail-deaths-all-parish-data/. The South Carolina "Documentation" column links to various forms, including some provided by state and local agencies, and is available here:   https://www.incarcerationtransparency.org/south-carolina-prison-and-jail-deaths-all-counties/.

d. The Missouri Justice Coalition filed Missouri public records requests and compiled a database of deaths occurring in Missouri correctional facilities, available                                                                      here:

https://docs.google.com/spreadsheets/d/16224YPhar5jPCIoBP1F1RXeP-0uaV6O6OoZNkYJyDvY/edit#gid=0.

e. The Montana Department of Corrections posts a list of each deceased inmate and their date and location of death. It further provides that cause of death may be obtained from the death certificate, "which are public records" under Montana law. The database is available here: https://cor.mt.gov/DataStatsContractsPoliciesProcedures/DataPages/DeathsIn Custody.

f. The Texas Attorney General's Office hosts a "Custodial Death Report" database. The main database lists the decedent's name and date of death. Clicking on the decedent's name then reveals substantial information about the decedent and their cause of death. The database is available here: https://oag.my.site.com/cdr/cdrreportdeaths.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 1⅞, 2024.

_Gina Barton_

Gina Barton

Alabama DOC    News    Employment▾    About ADOC▾    Inmate Info▾    Links▾    Contact Us▾    ACIFA▾

 Alabama Dept of Corrections

*Where Public Safety is an Everyday Commitment...*



## ADOC Investigates Inmate's Death at Bullock County Correctional Facility

UNION SPRINGS, Ala. – Law enforcement agents of the Alabama Department of Corrections Investigations and Intelligence Division are investigating the death of an inmate that occurred at the Bullock County Correctional Facility in Union Springs on October 6.

At 11:40 p.m. inmate, Marcus Green, 34, of Birmingham was pronounced dead by a physician in the health care unit.

During a routine check, a correctional officer found inmate Green lying in his bed on his back, and unresponsive. Green was immediately taken to the health care unit where life-saving measures were administered to no avail.

The cause of death is pending autopsy results as this is an ongoing investigation.

Inmate Green was serving a 20-year sentence out of Jefferson County for Rape I.

###

---

**Find Information...**

Employment with ADOC...

ADOC Facilities...

Alabama Correctional Industries...

Community Corrections...

Re-Entry and Pre-Release...

Statistical Reports...

Request Public Record

**Search...**

Search Inmates...

Search for Released Sex Offenders...

Search Inmates on Death Row...

Search Executions...

Search Escapes...

**Alabama.Gov Links...**

Alabama Directory

Media

Online Services - Alabama.gov

Statements / Policies

Alerts

Feeds

Governor

OpenAlabama.gov

**Contact the ADOC**

Alabama Department of Corrections
301 South Ripley Street
P.O. Box 301501
Montgomery, Alabama 36130-1501

webmaster@doc.alabama.gov

1-855-WE-R-ADOC
(Toll Free Number)

Copyright © 2024 Alabama Department of Corrections All rights reserved.

**Exhibit 1**



Jen Winkelman
*Acting Commissioner*

Department of
Corrections

www.DOC.Alaska.Gov

Anchorage, Alaska

## STATE OF ALASKA                    PRESS RELEASE

## Inmate Death: Mark Christopher Cook, Jr.

**April 24, 2023 (Anchorage):** On 4/23/2023, Mark Cook, 27, was pronounced dead at 1400.

Cook was most recently housed at Lemon Creek Correctional Center.

Cook was remanded to DOC on April 3, 2023 and was unsentenced charged with Assault 3, Violate Conditions of Release, Petition to Revoke Probation (Assault 3).

There is currently an investigation pending by the Alaska State Troopers. The cause of death is only determined by the State Medical Examiner. Due to privacy and security, Alaska DOC cannot release confidential personal information, or medical information due to HIPAA regulations.

<div align="center">###</div>

**Media Contact:** Betsy Holley, 907-269-5037, betsy.holley@alaska.gov

**Exhibit 2**



ALASKA · *Ade' ndadz dengit'a?* ◄))
(Deg Xinag) *"Hello, how are you?"*

myAlaska  Departments  State Employees

Alaska Department Of Public Safety, State Troopers
## PUBLIC INFORMATION OFFICE

Search

○ DPS  ● State of Alaska

Home | Divisions ▾ | Councils ▾ | Press Releases | Daily Dispatch | Resources ▾ | About Us

Home / Daily Dispatch

## Alaska State Troopers Press Release of Monday, April 24, 2023

Any charges reported in these press releases are merely accusations and the defendants are presumed innocent unless and until proven guilty.

### A Detachment

AK23039354

**Location:** Juneau
**Type:** Inmate Death Investigation
**Dispatch Text:**

On April 22, 2023, at 4:42 pm, the Alaska State Troopers were notified that an adult male inmate at Lemon Creek Correctional Center was found unresponsive in his cell. Troopers responded to the scene, and a preliminary investigation revealed that Correctional Officers located 27-year-old male Mark Cook hanging in his cell and immediately began life-saving efforts. EMS transported Cook to a Juneau area hospital for advanced medical treatment. Cook was declared deceased on April 23, 2023. There is no evidence of foul play at this time; however, Troopers are conducting a thorough investigation into the death. Next of kin has been notified. Cook's body will be sent to the State Medical Examiner's Office for autopsy.

Additional information can be found from the Alaska Department of Corrections at: https://doc.alaska.gov/commish/pressreleases/Cook42323.pdf

Posted on 4/24/2023 10:02:15 AM by DPSlajmcdaniel

> View

AK23039635

**Location:** Seward
**Type:** Domestic Violence
**Dispatch Text:**

On 04/23/2023, Troopers responded to the Bayview Trailer Park for a disturbance between a male and a female. Investigation revealed Michael Ramirez (32, Seward) assaulted his girlfriend. Michael was remanded at the Seward Jail without bail for Assault 3rd Degree (felony), Assault 4th (misdemeanor) and Violating Conditions of Release.

Posted on 4/24/2023 12:52:10 AM by DPS\eloncay

> View

AK23034537

**Location:** Seward
**Type:** MICS 2, MIW 2, Removal Identification Marks
**Dispatch Text:**

On 04/22/2023 at approximately 1057 hours, Seward AST executed a search warrant on a residence in Seward with the assistance of US Forest Services and Seward Police. The investigation revealed Daniel J. Hickey, 41 YOA of Seward, was in possession of suspected methamphetamine, heroin, and fentanyl with the intent to distribute. Additionally, the investigation revealed Daniel manufactured suspected methamphetamine, heroin, and fentanyl. Seward AST seized five firearms, $620 US currency, three ledgers, four digital scales, and packaging materials during the execution of the search warrant. Daniel was placed under arrest for four counts of misconduct involving controlled substances (MICS) in the second degree (Class A Felonies), two counts of MICS in the third degree (Class B Felonies), five counts of misconduct involving weapons (MIW) in the second degree (Class B Felonies), and removal of identification marks (Class C Felony). Daniel was remanded to the Seward City Jail without bail. The investigation is ongoing.

Posted on 4/24/2023 12:54:10 AM by DPS\jyavorsky

> View

AK23039652

**Location:** Seward
**Type:** Warrant Arrest, Hindering Prosecution, Misconduct Involving Controlled Substances

### User Links

- Daily Dispatch Home
- Log In

Dispatch Text:

On 04/23/2023, Seward Troopers located and arrested Darren Lackey (37, Seward) for a felony arrest warrant at the Bayview Trailer Park. During the course of the investigation Jordan Hairgreaves (27, Seward) rendered Darren assistance to hinder his apprehension. Jordan was also in possession of suspected methamphetamine and was remanded at the Seward Jail on the charges of Hindering Prosecution 1st Degree (felony), Misconduct Involving Controlled Substances 4th Degree (felony) and Violating Conditions of Release (misdemeanor).

Posted on 4/24/2023 1:03:57 AM by DPSwoncey

> View

## B Detachment
### AK23039623

**Location:** Sutton
**Type:** DUI/Refusal
**Dispatch Text:**

On 04/23/2023 at approximately 1733 hours, Alaska State Troopers stopped a Toyota pickup near mile 60 of the Glenn Highway after it nearly struck the trooper head on.  Investigation revealed the driver, Thomas Wilson III, age 41 of Sutton, was operating a motor vehicle while under the influence of alcohol.  Wilson was arrested and transported to Palmer Post for processing, where he refused to submit to a chemical test.  Wilson was charged with DUI and Refusal and remanded to Matsu Pretrial where he was held until sober and released on his own recognizance.

Posted on 4/24/2023 9:04:08 AM by DPSsansorman

> View

### AK23039124

**Location:** Palmer
**Type:** Death Investigation
**Dispatch Text:**

On 04/21/2023 at 2021 hours, Alaska State Troopers responded to the area of Hatcher Pass for the report of an entrapped skier. Investigation revealed William Snyder 35 YOA of Colorado was skiing in the area of Gold Cord trail and fell, sustaining life-threatening injuries. Life-saving measures were performed but ultimately were unsuccessful. Snyder's remains were able to be recovered from the mountain with the help of State Park Rangers and Palmer Fire & Rescue. Next of Kin was notified. Alcohol did not appear to be a factor, and no signs of foul play suspected.

*This release updated to identify the name of the trail.

Posted on 4/22/2023 9:28:30 AM by DPSmdsarela . Edited on 4/24/2023 9:54:54 AM by DPSajmcdaniel

> View

## C Detachment
### AK23037293

**Location:** Koyuk
**Type:** Violate Conditions
**Dispatch Text:**

On 4/17/23 at approximately 09:47 hours, Alaska State Troopers arrested 63 YOA Daniel Nassuk of Koyuk for Violating Conditions of his Release.

Posted on 4/24/2023 12:44:47 PM by DPDkjsmith2

> View

### AK23037382

**Location:** Koyuk
**Type:** Violate Conditions
**Dispatch Text:**

On 4/17/23 at approximately 13:35 hours, 25 YOA William Hoogendorn of Koyuk was arrested for Violating Conditions of his Release.

Posted on 4/24/2023 12:45:32 PM by DPSkjsmith3

> View

### AK23037507

**Location:** Unalakleet
**Type:** Drugs
**Dispatch Text:**

On 4/17/23 at approximately 18:08 hours, Alaska State Troopers received a report of Drugs. Closed by Investigation.

Posted on 4/24/2023 12:40:14 PM by DPSkjsmith3

> View

### AK23037566

**Location:** Akutan
**Type:** Assault - Non DV
**Dispatch Text:**

On 4/18/2023 at approximately 01:35 hours, Alaska State Troopers

received a report of an assault. Investigation revealed that 38 YOA
Richard Stepetin of Akutan being charged with Assault 4.

Posted on 4/24/2023 12:47:15 PM by DPSIcjsmith3

> View

---

AK23037873

**Location:** Kodiak
**Type:** Violate Conditions
**Dispatch Text:**

On 4/18/23 at approximately 17:53 hours, Alaska State Troopers arrested
45 YOA Sarrah Luna of Kodiak for Violating Conditions of her Release.

Posted on 4/24/2023 12:48:08 PM by DPSIcjsmith3

> View

---

AK23038197

**Location:** Saint Michael
**Type:** Violate Conditions
**Dispatch Text:**

On 4/19/23 at approximately 15:54 hours, Alaska State Troopers received
a report of a Disturbance. Investigation resulted in the arrest o 30 YOA
Afes Otten of Stebbins for Violating Conditions of his Release.

Posted on 4/24/2023 12:49:15 PM by DPSIcjsmith3

> View

---

## D Detachment

AK23039703

**Location:** Fairbanks
**Type:** DV-Assault 4th Degree
**Dispatch Text:**

On April 24,2023, at approximately 0223 hours, the Alaska State Troopers
in Fairbanks received a report of an assault at a residence near Lakeview
Terrace Road. Investigation revealed that Dylan Hailey 28 Y/O of Fairbanks,
assaulted a family member. Mr. Hailey was arrested and remanded to
Fairbanks Correctional Center on one count assault in the Fourth degree
for assaulting a family member.

Posted on 4/24/2023 7:18:16 AM by DPSIgetotromers

> View

---

AK23039830

**Location:** Dot Lake
**Type:** Traffic Violation / Failure to Stop at Direction of Peace Officer
**Dispatch Text:**

On 04/24/2023 at approximately 1120 hours, Alaska State Troopers were
patrolling in the area of Dot Lake. The driver of a maroon 1996 Chevy
pickup bearing AK plate LJL469 was driving without a seat belt. AST
initiated a traffic stop on the vehicle and the driver failed to stop at the
direction of a peace officer. The pursuit was discontinued due to public
safety concerns and the investigation is still ongoing.

Anyone with information about this crime can call the Alaska State
Troopers in Fairbanks at (907) 451-5100. If you would like to remain
anonymous you can submit tips through the AKTips smartphone app or
securely online at https://dps.alaska.gov/tips. You can also text the
keywork AKTips to 847411 followed by your anonymous tip.

Posted on 4/24/2023 10:51:46 PM by DPSIvaplotnikov

> View

---

AK23039994

**Location:** Tok
**Type:** Burg I / Vehicle Theft I
**Dispatch Text:**

On 04/24/2023 at approximately 1514 hours, Alaska State Trooper
received a report of a burglary in the Tok area. Investigation revealed
multiple items missing from the residence including a red 1998 Ford F150
bearing AK plate FL8938. Investigation is still ongoing.

Anyone with information about this crime can call the Alaska State
Troopers in Fairbanks at (907) 451-5100. If you would like to remain
anonymous you can submit tips through the AKTips smartphone app or
securely online at https://dps.alaska.gov/tips. You can also text the
keywork AKTips to 847411 followed by your anonymous tip.

Posted on 4/24/2023 10:52:50 PM by DPSIvaplotnikov

> View

---

AK23040011

**Location:** Fairbanks
**Type:** Disturbance
**Dispatch Text:**

On 04/24/2023 at approximately 1830 hours, Troopers were dispatched to
3706 Swenson about a disturbance. Trooper's investigation determined

assaulted the juvenile's dad, Leon Guerrero, Jerry. Charges will be
forwarded to DJJ and the District Attorney's office.

Posted on 4/24/2023 11:16:24 PM by DPSloamodestoOrdoneš

> View

E Detachment ...No news reported.

Headquarters ...No news reported.

AK Wildlife Troopers ...No news reported.

AK Bureau of Investigation

AK23038775

**Location:** Kodiak
**Type:** Misconduct Involving a Controlled Substance
**Dispatch Text:**

On 4/21/23, the Kodiak Statewide Drug Enforcement (SDEU) with the
assistance of the Kodiak Wildlife Troopers, Alaska State Troopers and
Coast Guard Investigative Service (CGIS), conducted an interdiction at the
Kodiak ferry terminal of a well-known individual suspected to be
trafficking controlled substances to Kodiak. The subsequent investigation
led to the detention of Mark Benton, 57 yoa of Kodiak.

During the contact, M. Benton attempted to flee on foot. M. Benton
was immediately pursued and made it a short distance before being
detained.

M. Benton was found to be in possession of a distribution amount of blue
"M30" imprinted fentanyl pills, cocaine and methamphetamine.

M. Benton was remanded to the Kodiak Jail for felony Misconduct
Involving a Controlled Substance in the 2nd and 3rd Degree, along with
Violations of Conditions of Release.

The Kodiak Statewide Drug Enforcement Unit is made up of members
from the Alaska State Troopers, United States Coast Guard Investigative
Service and Kodiak Police Department.

Posted on 4/24/2023 8:39:47 AM by DPSlgHost

> View

AK Bureau of Highway Patrol ...No news reported.

AK Bureau of Judicial Services ...No news reported.

AK Div of Fire and Life Safety ...No news reported.

> Home

State of Alaska Department of Public Safety
5700 East Tudor Road
Anchorage, AK 99507
Phone: (907) 269-5511

Accessibility

State of Alaska · myAlaska · Departments · State Employees

COPYRIGHT © STATE OF ALASKA · DEPARTMENT OF PUBLIC SAFETY · EMAIL THE WEBMASTER



**Arizona Department of Corrections Rehabilitation & Reentry**

Prisons & Visitation ∨     Public Resources ∨     Employment ∨     About ∨

Home / News / Death Notification – James Walker

# Death Notification – James Walker

*March 4, 2024*

🏷 Inmate Death Notification

TUCSON, AZ – James Walker, 44, (ADCRR #127828) died on March 02, 2024, from an apparent act of self-harm by hanging.

Prison staff discovered Walker unresponsive in his housing unit on March 02, 2024, and conducted life-saving measures until paramedics arrived onsite. Responding paramedics in consultation with medical staff pronounced Walker deceased.

Inmate Walker was admitted to ADCRR custody in 2018 after he was sentenced out of Maricopa County for Aggravated Assault, Armed Robbery, and a Dangerous Drug Violation.

His assigned housing location was Arizona State Prison Complex-Tucson.

All inmate deaths are investigated in consultation with the county medical examiner's office.

###

## Stay Informed

### ADCRR E-Newsletter

Join the list!

**ARIZONA**
Official Website of the State of Arizona

**Contact**

701 E. Jefferson St.
Phoenix, AZ 85034
**View in Google Maps**

(602) 542-5497

Statewide Policies     Website accessibility     Content disclaimer     Privacy policy     Security     Sitemap

**Exhibit 3**



The Official Website of the State of Arkansas

State Directory   All State Agencies   Elected Officials   Arkansas Code   State Employees   Help Center   Accessibility & Settings

SECRETARY'S OFFICE   CORRECTION   COMMUNITY CORRECTION   BOARDS & COMMISSIONS   SCHOOL DISTRICT   ACI   PUBLIC NOTICES

Secretary
Lindsay Wallace

# Providing Safety and Hope for Arkansans

Committed to public safety and providing professional management solutions and evidence-based rehabilitative initiatives for offenders

MEDIA ADVISORIES

DOC Home  /  **Media Advisories**

## Media Advisories

Sign up to receive media advisories

For additional information, please contact Communications Director Dina Tyler at Dina.Tyler@doc.arkansas.gov or at 501-683-5191.

**February 7 2024**

FOR IMMEDIATE RELEASE

An inmate at the Pine Bluff Unit is suspected of taking his life last night. Richard Ressler apparently used a cord to hang himself in the barracks shower. After being alerted by another inmate at 8:20 p.m., staff immediately began lifesaving measures, and an ambulance was called. The efforts were continued by emergency medical personnel. Ressler was pronounced dead at 9:09 p.m. in the emergency room at Jefferson Regional Medical Center. Ressler was serving a 30-year sentence for rape. He was convicted February 18, 2016, in Craighead County.

Arkansas State Police investigators were called to the scene last night, and their investigation is underway. The Department of Corrections is conducting an internal investigation of Ressler's death.

**December 15, 2023**

FOR IMMEDIATE RELEASE

Arkansas State Police are investigation an apparent overnight suicide at the Ouachita River Correctional Unit. Inmate Anthony Mosley, 27 was found at 2:25 by a correctional sergeant who making security rounds. Life-saving measures were initiated in the cell and an ambulance was called while the inmate was being taken to the unit's infirmary. When emergency medical personnel arrived and at 2:48 a.m. Mosley was serving a 10-year sentence for domestic battery and two counts of firearm possession by certain persons. He was sentenced June 5, 2019, in Mississippi County.

**August 31, 2023**

FOR IMMEDIATE RELEASE

The Arkansas Department of Corrections' status of escapee Samuel Hartman changed overnight from "temporarily absent" to "returned from escape" following his arrival in Arkansas. Hartman, who had been a fugitive from justice for more than a year, was flown from West Virginia by the Arkansas State Police and a Special Response Team Officer from the Department of Corrections. The two women who are believed to have assisted his escape were on the plane with him.

All three were questioned by State Police investigators then taken to secure housing. Hartman has been placed in one of Arkansas' most secure prisons where he is in a single-man cell. Those aiding and abetting in the escape remain in sheriff's custody pending adjudication of their pending charges.

Hartman, a convicted sex offender sentenced to life for rape, escaped August 12, 2022, from a work crew at the East Arkansas Regional Unit in Lee County. The escape involved vehicles, jet skis and weapons. He and his alleged accomplices were arrested August 29 at a motel in Lewisburg, West Virginia by the U.S. Marshals Service with local law enforcement assistance.

The Marshals Service's Fugitive Task Force, which includes members of the Department of Corrections' Special Response Team, developed information that led to the capture. These dedicated individuals collaborated with law enforcement officers across the United States to investigate hundreds of leads since Hartman's escape.

**August 29, 2023**

FOR IMMEDIATE RELEASE

**US Marshals arrest Arkansas escapee in West Virginia**
Samuel Hartman arrested, along with mother & wife in Lewisburg

**WASHINGTON** — The U.S. Marshals, along with West Virginia State Police, Lewisburg Police Department and Greenbrier County Sheriff's Office, this afternoon arrested at the Quality Inn in Lewisburg, West Virginia, a man who escaped from an Arkansas prison facility in 2022.

Samuel Paul Hartman, 39, an inmate at the East Arkansas Regional Unit, was sentenced to life in 2013 after being convicted of raping his 14-year-old stepdaughter, but he escaped on a work detail in a field near the detention facility.

Also taken into custody were Hartman's wife Misty Hartman, 39, his mother Linda Annette White, 61, and White's boyfriend Rodney Trent, 52, of Lester, West Virginia. Both women are alleged to have helped Hartman escape using a pickup truck and jet skis. Trent faces felony charges for allegedly harboring a sex offender and for assisting the trio while on the run.

While Hartman was on a work detail Aug. 12, 2022, a vehicle approached the work crew, and two women, later identified as Linda White and Misty Hartman, exited the vehicle and fired several shots toward the work crew as inmate Hartman ran to the awaiting vehicle. The vehicle then fled as DOC officers pursued. DOC pursued the vehicle to the area just short of

**Exhibit 4**

Today's capture was a combination of hard work and perseverance coupled with superb coordination of enforcement officers. Now that they have brought this dangerous fugitive to justice, all Arkansans can sleep safer at night," said Governor Sarah Huckabee Sanders.

"Today's capture was the result of deliberate and determined law enforcement work," said Joe Profiri, Secretary of the Arkansas Department of Corrections. "The United States Marshals Service, Arkansas State Police, and the Arkansas Department of Corrections have kept this case on the forefront and followed hundreds of leads over the course of the last year. We appreciate the support and assistance from all agencies involved, the Arkansas Governor's office, and the State of West Virginia in bringing this case to a successful conclusion."

"In my nearly 30 years of law enforcement, I cannot recall a task force that has the level of dedication to accomplishing the mission and making our communities safer than that of CUFFED (Cops United Felony Fugitive Enforcement Division Task Force)," said Michael Baylous, U.S. Marshal for the Southern District of West Virginia. "The apprehension of these dangerous fugitives demonstrates the close and outstanding relationship that CUFFED enjoys with our local and state partners, other USMS Districts, and the USMS Domestic Investigations Branch."

Additional information about the U.S. Marshals Service can be found at http://www.usmarshals.gov.



July 20, 2023

FOR IMMEDIATE RELEASE

**ARKANSAS DIVISION OF CORRECTION INMATE FOUND DEAD OF APPARENT SUICIDE AT THE EAST ARKANSAS REGIONAL UNIT**

The Arkansas State Police are investigating the early morning death of Stephen Keirsey, an inmate at the East Arkansas Regional Unit in Lee County. Keirsey, 53, was found dead this morning of what appeared to be a suicide. He was housed in a single-man cell.

Keirsey, 53, was serving a life sentence out of White County for First Degree Murder. He was sentenced in September of 2011.

In addition to the State Police investigation, the Department of Corrections is conducting an internal investigation into Keirsey's death.

July 17, 2023

FOR IMMEDIATE RELEASE

**ASP INVESTIGATING USE OF FORCE INCIDENT**

The Arkansas State Police is investigating a use of force this morning by officers with the Division of Community Correction. While serving felony warrants on a parole absconder at a motel on Bankhead Drive, the parolee pulled a handgun and shot at the officers. The officers returned fire, striking the parolee in the torso. He was taken by ambulance to a Little Rock hospital, where he is receiving treatment for his injuries. The parolee did fire at the officers with one of the shots clipping the officers' clothing. However, no officers were injured.

The parolee is a level 3 sex offender with warrants for theft of property, possession of narcotics, and possession of drug paraphernalia. He has had 16 felony convictions since 2009, including three counts of sexual assault and two counts of aggravated assault. His name is being withheld until next of kin has been notified.

July 7, 2023

FOR IMMEDIATE RELEASE

**COMMUNITY CORRECTION CENTER ESCAPE**

UPDATE: Joshua Harris is now in custody. Harris had run from the Northeast Arkansas Community Correction Center this afternoon while he was taking out the trash. He was apprehended a few miles from the center at a highway exit. Harris, 32, will be transferred to the Division of Correction for housing in a more secure unit. He is serving a five-year sentence for drug-related convictions. Now, he will face an escape charge.

Original Story:

OSCEOLA- A search is underway in Osceola after a resident of the Northeast Arkansas Community Correction Center ran from the facility about a half hour ago. Joshua Harris was taking out the trash when he ran. The search for him is centered in fields near the facility. Harris is a 32-year-old white male with sandy-colored hair and blue eyes. Harris is 6' and weighs 162 pounds. He has tattoos of a cross with "RIP Mona" on his left forearm, Tweety Bird on his right forearm, "Tiff" on his ring finger and "Tiffany" on his back. Harris also has a scar on the right side of his neck and jaw. He is serving a five-year sentence out of Independence County for four counts of drug possession.

The Northeast Community Correction Center houses offenders whose crimes are non-violent and non-sexual. Most of the residents are serving short sentences for drug crimes.



California Department of
Corrections and Rehabilitation

Visitation   Search Population   Find Facility   News

About ⌄   Family & Friends ⌄   Population ⌄   Victims ⌄   Careers ⌄

< Back to News Releases

**News Channels**

CDCR News Releases

Inside CDCR Employee News Blog

Week In Review

Public Meetings & Notices

CCHCS Newsroom ⌐

**Social Media**

Facebook ⌐

Twitter ⌐

YouTube ⌐

Instagram ⌐

CDCR Unlocked Podcast ⌐

News Releases

# Salinas Valley State Prison Investigating Death of Incarcerated Person as Homicide

OCTOBER 16, 2023

SOLEDAD – California Department of Corrections and Rehabilitation (CDCR) officials are investigating the death of an incarcerated person at Salinas Valley State Prison (SVSP) as a homicide.

At 3:19 p.m. on Oct. 15, three incarcerated people, Alberto T. Valades, Jose L. Valle, and Jimmy M. Martinez, allegedly attacked another incarcerated person, Cory J. Benton with an inmate-manufactured weapon.

Benton sustained multiple stab wounds and life-saving measures were performed. While enroute to an outside medical facility he was pronounced deceased at 4:25 p.m. No staff or additional incarcerated people were injured.

Suspects have been moved to restricted housing pending investigation into this case. Officials had limited population movement on the yard to facilitate the investigation being conducted by SVSP's Investigative Services Unit, the Monterey County District Attorney's Office and the Monterey County Coroner. The Office of the Inspector General was notified, and the Monterey County Coroner will determine Benton's official cause of death.

Benton, 40, was received from Santa Barbara County on Nov. 30, 2012, to serve 25 years for assault with a deadly weapon, assault with force likely to produce great bodily injury with enhancements of street gang act in commission of violent felony.

Valades, 54, was received from Los Angeles County on Dec. 10, 1997, to serve life with the possibility of parole for second-degree robbery as a third striker.

Valle, 33, was received from Kings County on March 27, 2013, to serve life with the possibility of parole for first-degree murder with enhancement of intentional discharge of firearm to cause great bodily injury.

Martinez, 32, was received from Los Angeles County on April 2, 2014, to serve life with the possibility of parole for first-degree murder and possession with enhancements of intentional discharge of firearm to cause great bodily injury.

SVSP opened in May 1996 in Monterey County. The institution provides long-term housing for 2,687 minimum- and maximum-custody incarcerated people and employs approximately 1,500 people.



CDC# F82454  Date: 10/05/2023

Cory J. Benton



CDC# J06971  Date: 12/19/2022

**Exhibit 5**



CDC# AN8455  Date: 11/17/2022

Jose L. Valle



CDC# AM3824  Date: 01/10/2019

Jimmy M. Martinez

**Contact:** CDCR Press Office: OPEC@cdcr.ca.gov

---

‹ PREVIOUS POST

Incarcerated Person Who Walked
Away from Francisquito Conservation
Camp Apprehended

NEXT POST ›

CDCR Seeking Incarcerated Man Who
Walked Away from Acton
Conservation Camp

---



**Gavin Newsom**
California Governor
Visit Governor's website



**Jeff Macomber**
CDCR Secretary
Visit Secretary's page

**ABOUT**
About CDCR
The California Model
COVID-19 Response Efforts
Contact CDCR
Health Care
CCJBH
Communications Office
News Channels
Regulations & Policy
Reports & Statistics
Three Judge Court
Doing Business with CDCR
Sustainability
Employee Resources
Reduction/Closure
Information

**FAMILY & FRIENDS**
Adult Visitation
Family & Friends Services
Send Money
Send Packages
Ombudsman
Contact an Inmate
Find a Facility

**POPULATION**
Rehabilitation
Become a Volunteer
Search Population (CIRIS)
Board of Parole Hearings
Credit Earning
Parole Operations
Female Programs
Parolee Resource Guide
Capital Punishment
Wanted Sex Offenders
Special Housing
Reentry Services
Juvenile Justice

**VICTIMS**
Victims & Survivors
Know Your Rights
Request Services
Contact Victim Services
Restitution Services
Parole Hearing Info

**CAREERS**
CDCR Careers
Correctional Careers
Join DAPO
Exams

CONTACT US

© Copyright 2024 California Department of Corrections & Rehabilitation

# CIRT activated for inmate death

The Eighth Judicial Critical Incident Response Team (CIRT) has been activated to investigate the death of an inmate at the Larimer County Jail.

Around 9:40 a.m. on November 24, 2023, an adult male was arrested by the Johnstown Police Department for felony drug charges. The Johnstown Police Department transported the man to a local hospital, where he was medically cleared for incarceration. He was brought to the Larimer County Jail; however, during the booking process, he began to show signs of a possible overdose and was transported back to an area hospital.

Just after 9 p.m., he was medically discharged from the hospital and booked into the Jail.

On November 25 around 1:30 p.m., a deputy conducting routine status checks found the inmate unresponsive in his cell. Deputies and medical staff immediately began performing lifesaving efforts, but the inmate did not survive.

The inmate was the only person assigned to the cell and was alone inside. The Larimer County Coroner's Office will determine the cause and manner of death and will release the man's identity at a later time.

Loveland Police Department will be leading the CIRT investigation, and Fort Collins Police Services will be providing any public information updates. No further information will be released at this time.

Update: Coroner's Information (Decedent's Name, Cause/Manner of Death)



**Published on:**
Saturday, November 25, 2023 - 6:10pm

**Contact Details:**
Public Information Officer
Larimer County Sheriff's Office
📞 (970)980-2501 | ✉ Email

**Department:**
Sheriff

Share:    EMAIL  FACEBOOK  TWITTER

**Exhibit 6**

Home » Spotlights » 2023 » 12 » 11 » **UPDATE** Inmate Jail Death – 11/25/2023

# **UPDATE** Inmate Jail Death – 11/25/2023

**Published on:**
Monday, December 11, 2023 - 12:32pm

**Department:**
Coroner



On November 25, 2023, the Larimer County Coroner's Office responded to the Larimer County Jail to investigate the death of a 49-year-old male. For information regarding the circumstances and timeline of events, please visit the Larimer County Sheriff's Office page for their press release:
(https://www.larimer.gov/spotlights/2023/11/25/cirt-activated-inmate-death)

The decedent is identified as Raul ORTIZ Jr. of Fort Collins, Colorado.

A full forensic autopsy was performed on November 27, 2023, at the Larimer County Forensic Sciences Center by Dr. J. White, D.O.

The results of the investigation concluded the following:

**Manner of Death:** Accident

**Cause of Death:** Mixed Drug Toxicity Involving Methamphetamine and Fentanyl

The CIRT (Critical Incident Response Team) was activated, and the Loveland Police Department is the lead investigating agency for this case with Fort Collins Police Services providing any public information updates.

No other information will be released by this office.

**LARIMER COUNTY, COLORADO**
200 W. Oak Street
Fort Collins, CO 80521
Map of Facilities

(970) 498-7000
Contact Us
Our Guiding Principles
Career Opportunities

**OTHER COUNTY SITES**
Blue FCU Arena
Camping Reservations
Community Development Portal
Emergency Alerts (LETA911)
Land Information Locator (GIS)
Larimer County Fair & Rodeo
Larimer County Records Search
Larimer Recovers
The Ranch

**CITY/TOWN SITES**
Berthoud
Estes Park
Fort Collins
Johnstown
Loveland
Timnath
Wellington
Windsor

**CONNECT WITH US**
Social Media | Email Subscriptions
Weather Forecast & Alerts
Translate this site

Transparency | Accessibility | Security
Legal Disclaimers | Website Feedback
Flag Status: Full Full



State of Connecticut
Department of Correction

---

**Contact**: Office of Public Information
**Acting Director of External Affairs:** Karen Martucci
**Public Information Officer:** Andrius Banevicius
**Telephone**: (860) 692-7780
**Fax**: (860) 692-7783
doc.pio@ct.gov

# For Immediate Release
# Inmate Death under Investigation

## January 25, 2016

The Connecticut Department of Correction is investigating the suicide of an inmate at the York Correctional Institution.

At approximately 7:14 a.m. on Monday, January 25, 2016, correctional staff conducting routine tours observed an inmate in her cell with a ligature tied to her neck.  She was the only inmate in the cell at the time.

Correctional and medical staff immediately initiated emergency and life saving measures.  The inmate was transported to L&M Hospital where she was pronounced dead at 7:49 a.m.

The inmate is identified as 27-year-old Cassandra Baker of Bantam, CT. She was a sentenced inmate serving a four year sentence for Burglary in the 3rd Degree.  She had entered the York Correctional Institution on May 12, 2014.

The exact manner and cause of death will be determined by the State Medical Examiner's Office.  The Department of Correction Security Division and the Connecticut State Police are investigating the death.

-30-

**Exhibit 7**



# NEWS RELEASE

## DELAWARE DEPARTMENT OF CORRECTION
### Acting Commissioner Terra Taylor

**Presented by Jason Miller, Office of the Commissioner, Chief of Communications and Community Relations**

245 McKee Road | Dover, DE 19904   |   Office: 302.857.5232   |   Jason.Miller@delaware.gov

## DOC announces inmate death

**Dover, DE --** The Delaware Department of Correction (DOC) today announced that **Richard Gutridge**, a 65-year-old inmate from James T. Vaughn Correctional Center (JTVCC), died on Sunday, January 21.

Gutridge had been housed in the prison infirmary where he was receiving monitoring and care for chronic medical conditions.  On Saturday, January 20, he was transported to Bayhealth Hospital, Kent Campus, for treatment.  His condition continued to deteriorate and he was pronounced dead at Bayhealth Hospital, Kent Campus at 11:15 p.m. on Sunday, January 21.

Delaware State Police was contacted to initiate an independent death investigation.  Gutridge's body was turned over to the Division of Forensic Science to determine cause of death.

Gutridge, of Edgemoor, DE, had been in DOC custody since 1985 and was serving a Life sentence for 1st Degree Rape.

If you are a crime victim in need of assistance, you are encouraged to call DOC Victim Services at 302-857-5440.

### ###

**Exhibit 8**



News Releases are to be used for informational purposes only. Information provided should not be relied upon for any type of legal action.

**Recent Press Releases**



# INMATE DEATH INVESTIGATION

For Immediate Release : Hillsborough County Sheriff's Office

📅 August 18, 2023  👤 Public Affairs Office | piocommandcenter@hcso-tampa.fl.us  📞 (813) 247-8060

| RELEASE NUMBER: 23-131 | |
|---|---|
| Date | Location |



The Hillsborough County Sheriff's Office is investigating the death of an inmate.

On August 16, 2023, HCSO detention staff at the Falkenburg Road Jail (FRJ) provided first aid to inmate Stephanie Petro, 46, after she was found unresponsive in her cell. Petro was transported to Brandon Regional Hospital, where she was pronounced deceased.

HCSO is conducting a death investigation and will follow up with the Medical Examiner's Office for an official cause of death.

The Hillsborough County Sheriff's Office remains committed to the safety and well-being of all inmates in our custody.


**Update: Arrest Made in Bank Fraud Case**
📅 Apr 05, 2024


**Violent Suspect Arrested After Inflicting Months of Torture**
📅 Apr 02, 2024


**UPDATE IN BANK FRAUD CASE**
📅 Apr 01, 2024


**Cameron Sutton Turns Himself In**
📅 Mar 31, 2024


**Update in Missing Woman's Disappearance**
📅 Mar 30, 2024


**Fatal Shooting Under Investigation in Ruskin**
📅 Mar 30, 2024


**Man Arrested Following Inappropriate Conduct with a Minor**
📅 Mar 29, 2024


**CARJACKING SUSPECT ARRESTED**
📅 Mar 26, 2024


**DUI Investigation Underway After Wrong-Way Crash**
📅 Mar 25, 2024


**Fatal Shooting Investigation in Tampa**
📅 Mar 24, 2024

---

**Follow Us**

Follow the latest news and updates on our social media platforms.

**Find Us**

**Sheriff's Operations Center**
📍 2008 E. 8th Ave, Tampa, FL 33605
📞 (813) 247-8000

**Orient Road Jail**
📍 1201 Orient Road, Tampa, FL 33619
📞 (813) 247-8300

**Contact Us**

📞 911  Emergencies
📞 (813) 247-8200  Non-Emergencies
📞 (800) 873-8477  Crime Stoppers

📁 Phone Directory

**MISSION**
The mission of the Hillsborough County Sheriff's Office is to serve, protect and defend the community while preserving the rights and dignity of all.

**CORE VALUES**
Integrity | Service | Fairness & Equality | Commitment to Quality

**VISION**
The vision of the Hillsborough County Sheriff's Office is to provide effective, efficient, and professional law enforcement, detention, and court services while maintaining the highest standards of integrity, accountability, and community service.

Copyright © 2024. Hillsborough County Sheriff's Office. All rights reserved.

Terms of Use    Privacy Policy

# Exhibit 9



**FULTON COUNTY SHERIFF'S OFFICE**

**PATRICK "PAT" LABAT**
FULTON COUNTY SHERIFF

185 CENTRAL AVENUE, S. W. 9TH FLOOR
ATLANTA, GEORGIA 30303
(404) 612-5100

WWW.FCSOGA.ORG

**FOR IMMEDIATE RELEASE**                    **September 1, 2023**

**Contact Information:**
Natalie L. Ammons, Director of Communications
FCSO.Communications@fultoncountyga.gov

## Fulton County Jail Stabbings Lead to One Inmate Death

**Atlanta, GA** – The Atlanta Police Department is investigating multiple stabbings that occurred at the Fulton County Jail on August 31, 2023, that resulted in one inmate's death. A dispute between a group of inmates led to the stabbings. Dayvion Blake, age 23, and three other inmates were taken to Grady Memorial Hospital, all with stab wounds. Blake was pronounced dead at 3:29 p.m. One additional inmate was stabbed and treated at the jail by medical staff.

On January 25, 2023, Blake was arrested for several charges including possession of cocaine and battery by the Atlanta Police Department and booked at the Fulton County Jail. He was also being held on previous charges due to his new arrest. Additionally, he had a warrant out of Sumter County for aggravated assault with no bond.

The Fulton County Medical Examiner's Office will conduct an autopsy on Blake. The Atlanta Police Department will release the names and criminal charges of the inmates involved in this incident.

Statement from Sheriff Patrick "Pat" Labat:

"The recent outbreak of violence at the Fulton County Jail is of grave concern but unfortunately is not surprising considering the long-standing, dangerous overcrowding and the crumbling walls of the facility that are literally being crafted into makeshift weapons that inmates use to attack each other and staff. We have had an unfortunate series of deaths this year that range from natural causes, to pre-existing health conditions, to homicide. To mitigate the violence and overcrowding, the Fulton County Sheriff's Office is in constant negotiations with other detention facilities, including facilities out of state, to outsource inmates. In addition, we have been coordinating with other agencies to secure additional resources to assist with mass shakedowns and increase the cadence of these shakedowns in order to seize contraband. Since taking office on January 1, 2021, I have been very transparent about the urgent need for a replacement jail that uses smart technology and other common-sense cost saving measures that will relieve the dangerous overcrowding, improve security, provide humane detainment and most importantly save lives."

**Exhibit 10**

**ABOUT THE FULTON COUNTY SHERIFF'S OFFICE**: The mission of the Fulton County Sheriff's Office is Service; through laser-focused efforts to protect the citizens of Fulton County with coordinated law enforcement operations, special strategic teams, and community outreach methods. The Sheriff's Office is constitutionally responsible for the security of all courtrooms, executing arrest warrants, and serving civil papers. In addition, the Sheriff's Office is responsible for the administration and operation of the Fulton County Jail.

*###*

☰  Live   News   Maui Wildfires                                          🔍

Honolulu, HI

4 Weather Alerts In Effect                                                    ✕

ADVERTISEMENT

# Corrections head: Screenings, x-rays failed to prevent fatal jail overdose



The head of the state prison system said security breakdowns apparently led to a fatal fentanyl overdose at Hilo Community Correctional Center.

By Daryl Huff

*Published: Jan. 8, 2024 at 9:54 PM CST | Updated: Jan. 8, 2024 at 10:36 PM CST*

✉ f 𝕏 📌 in

HONOLULU (HawaiiNewsNow) - The head of the state prison system said security breakdowns apparently led to a fatal fentanyl overdose at Hilo Community Correctional Center.

The state Department of Corrections has identified the inmate who died as 56-year old Steve Mario Delgado, who had recently been arrested for burglary and theft.

The fentanyl that killed Delgado appears to have been smuggled in by a man who apparently managed to hide the drugs inside his body — despite several searches, including with x-rays.

Izaiah Shields made his first court appearance from the jail Monday afternoon.

ADVERTISEMENT



**Exhibit 11**

Live   News   Maui Wildfires



His cellmates both overdosed on fentanyl and Delgado died.

Hawaii Corrections and Rehabilitation Director Tommy Johnson spoke to state senators about the incident in a briefing Monday. "I think there were a couple of breakdowns," Johnson said.

Court records say Shields was identified as a possible drug suspect by police Dec. 29 at Kona airport. Police got a warrant and an x-ray at Kona Hospital spotted a condom of drugs in his anus.

That was removed, but six days later at Hilo jail, authorities say he still had enough of the drug to give his cellmates some of the drugs.

ADVERTISEMENT



Shields' girlfriend, 37-year-old Moriah Goulette, also had a condom of fentanyl in her mouth at the jail that had escaped detection by police or prison staff, Johnson said.

"The cellblock should have been searched at the courthouse before they came," he said. "When they came to us after the first incident, then we discovered a white powdery substance in the van. The van was supposed to be searched before every transport and immediately after the transport."

Johnson said after the overdose, Shields was x-rayed again at Hilo Hospital.

"The hospital was supposed to conduct the x-rays, they conducted x-rays, they brought the person back to the facility. Unfortunately, they didn't detect it," Johnson said.

ADVERTISEMENT



Johnson said Shields finally got sick and threw up the contraband.

He and Goulette face multiple drug charge and prison contraband charges and are being held without bail pending preliminary hearings.

The prisons director said he'd like to have x-ray machines at all the correctional facility intake areas but probably couldn't afford it — let alone afford the professionals needed to read the scans.

*Copyright 2024 Hawaii News Now. All rights reserved.*

**Once A Hollywood Legend, Now Living Off Residuals**

**investing.com** | Sponsored

**Harry Potter Actress Stuns Fans With Grown-up Pics.**

**Sweet Penny Stocks** | Sponsored

**Iceberg Floats Close To Small Village. When Residents See What's On It, They Turn Pale**

sportsspotter.com | Sponsored

**KTVB would like to send you push notifications about the latest news and weather.**

Notifications can be turned off anytime in the browser settings.

**No Thanks**      ALLOW

**7 INVESTIGATES**

# Family of Idaho inmate killed in prison demands answers, reform

Family of Milo Warnock wants answers after he was beaten to death by another inmate at an Idaho prison in December.



Author: **Morgan Romero**
Published: **10:47 PM MST February 21, 2024**
Updated: **10:47 PM MST February 21, 2024**



KUNA, Idaho — The family of Milo Warnock wants answers after he was beaten to death by another inmate at an Idaho prison in December.

Idaho State Police (ISP) is investigating Warnock's death -- an ISP spokesman told 7 Investigates earlier this month that their investigation was wrapping up and would be forwarded to the Ada County Prosecutor's Office "shortly" for review.

**Exhibit 12**

ADVERTISEMENT

KTVB would like to send you push
notifications about the latest news and
weather.

Notifications can be turned off anytime in the
browser settings.

SCROLL TO CONTINUE WITH THE CONTENT

As of Wednesday, ISP had not returned calls and emails from 7 Investigates inquiring about the
status of the investigation, and the prosecutor's office said it still doesn't have the reports from
ISP.

As Warnock's family awaits information they not only blame the man who took his life, but the
systems that led to his death.

"Milo was a complicated person. But he was highly intelligent," Warnock's sister Hallie Johnson
said, "He was known to be a hard worker. He was a kind, compassionate, sensitive person.  But
Milo struggled with mental illness for most of his adult life. And that's kind of the crux of the
story."

A story Johnson never expected to end so horrifically.

"There's not a day we don't talk about Milo and what has happened. And what what could have
been different, what should have been different, what Milo's downfalls were. He is as much in
our lives now as he was when he was alive.  But it's left a hole," Johnson added.

The Idaho Department of Correction (IDOC) said an inmate beat Warnock to death at the Idaho
State Correctional Center (ISCC) on Dec. 10, 2023. She said he had fractures all over his skull
and no defensive wounds on him.

Johnson said it happened in his cell where he lived with one other man.

"It's a dangerous environment," Johnson said.

Warnock was sentenced to serve between two and ten years at ISCC in the summer of 2023
after getting his fourth DUI and missing mental health court.

Once in prison, Warnock was given medication for anxiety and bipolar disorder in the evenings
instead of the mornings -- he wrote in multiple grievances and messages to family that taking
his meds at night kept him awake.

To change that, prison records show he submitted a paper form in a drop box and had to take his medication in the meantime, storing it away.

KTVB would like to send you push notifications about the latest news and weather.

Notifications can be turned off anytime in the browser settings.



Microsoft's Role in China Detailed in US Cyber Report (Negligence)

FEATURED BY 

START NOW

**2 Easy Steps:**
1. Click **"Start Now"**
2. Add Safe News Guard Extension

"He later learned that the facility where F Block is at, they were no longer using the hardcopy forms or the drop box. They had announced previously that you could only make such a request through their online system. You would know that if you had requested a hard copy of the rules and regulations for that facility. You would know that you needed to request that document if you had access to those documents. So in that way it was a bit like he was set up to fail," Johnson said.

Warnock got caught "cheeking" his meds. Because possessing drugs or alcohol in the prison is against the rules, correctional officers gave him a disciplinary offense and sent him to high-security 'close custody'. There, he spent almost 23 hours a day with his cellmate.

An IDOC public information officer explained 'close custody' typically houses inmates who've escaped, have serious disciplinary history, or did something dangerous in prison.

Warnock complained about his cellmate in messages to family, saying the man got into fights with other inmates, was an addict and had mental illness.

"I see both individuals - Milo's cellmate and Milo - as people who needed help. It was a dangerous situation to put two people with mental health needs in a cell together for 23 hours a day," Johnson said.

As mentioned, ISP hasn't publicly said if his cellmate killed him, and the Ada County Prosecutor's Office hasn't filed charges.

"Inmates in max don't have access to education, mentorship or chapel. So you take the most troubled people of society, and you strip away anything that might make them better," Johnson told KTVB. "I'm upset that he was in the state's care at the prison where I should have felt like, yeah, it's not a resort, it's not a great place to be. But I, as a sister, should feel like he's gonna come out. And when he comes out, we are going to rally behind him and get him set back up on his feet."

KTVB would like to send you push notifications about the latest news and weather.

Notifications can be turned off anytime in the browser settings.

In the wake of Warnock's death - the second beating death at an IDOC facility last year - the Warnocks are not only seeking answers, they're calling for changes to Idaho's prison system.

"I don't know if these men needed to be housed in single cell situations - I know that there's overcrowding at the prison," Johnson told 7 Investigates, "I think there should be a distinction between offenders who have been violent either as the crime that got them to prison or if there's a history of violence within the prison walls."

Johnson and her parents would like to see resources like education for people in close custody, more subjectivity around disciplinary actions for inmates' violations and deeper consideration for who inmates are housed with.

"It's such an odd thing to have stronger feelings about the system that got my brother there than I have about the person who killed him," Johnson said.

But Warnock's family said the story doesn't end with IDOC. Accountability and justice for her brother can also come from the judicial system.

"I would like to know that our judges act with a bit more compassion and mercy. Perhaps we need to invest in training about mental illness and what it means and how to better address those issues. I don't know that there really is justice for Milo. There's not going to be anything that makes me feel better. But if if there's some change that comes about so that there's not another Milo, that could be enough."

In December, IDOC said they moved the suspect to administrative segregation, but wouldn't say who that suspect was.

In a statement sent to 7 Investigates last week, IDOC said:

"We appreciate that Mr. Warnock's family wants answers, and so do we. It would be inappropriate for us to comment before the facts are fully investigated and made known. It's equally wrong to attribute what appears to be the actions of one person to the culture of a prison. The investigation is essential to bring Mr. Warnock's killer to justice."



CONTACT US/ABOUT US    COURTROOM TRANSPARENCY FUND    MEMBERS ONLY SECTION    SUBSCRIBE TO SUPPORT CWBCHICAGO

## Another jail inmate dies, the second in two days, but cases are unrelated and 'no foul play' in latest death, officials say

⊘ March 3, 2023 7:40 PM   &#38; CWBChicago   ▷ Citywide

Chicago — Authorities are investigating the death of an inmate at the Cook County jail on Friday morning, the second in-custody death at the facility since Thursday evening. The cases are unrelated, and, unlike Thursday's case, the latest death does not appear to involve foul play, according to the sheriff's office.

A sheriff's office spokesperson said that correctional staff found the 35-year-old unresponsive in his bed in the jail's Residential Treatment Unit, 2700 South California, just before 9 a.m. on Friday.



**CTA passengers thwart robbery on Red Line train: prosecutors**



**Cops looking for crew that burglarized 7 businesses in 90 minutes (video)**



**4-year-old critically wounded as gunmen have a shootout on busy Humboldt Park street**



Cermak Health Services at Cook County Jail | Cook County Health

Staff members called 911, and personnel from the jail's medical facility, Cermak Health Services, administered life-saving measures until the Chicago Fire

Search CWB Chicago   [Search]

**CONTACT US**

Name *

Email *

**Exhibit 13**

Department arrived, the spokesperson said. Officials said the man, identified by the Cook County medical examiner's office as Melvin Turner, was pronounced dead at the scene at 9:19 a.m.

Turner arrived at the jail late Thursday night after an alternative housing provider withdrew its consent for him to reside in its facility while on electronic monitoring, according to a sheriff's office statement, which did not identify Turner by name.

In February, Turner was put on electronic monitoring while he awaited trial on a felony retail theft charge. The sheriff's office said he took up residence at a sober living facility, but the home withdrew permission after he was hospitalized for possible substance abuse. Sheriff's office workers transported Turner to the jail after he was discharged from the hospital, and Cermak medical staff evaluated him before he was placed in the dorm on Thursday, the sheriff's office said.

Turner is the seventh detainee to die at the jail this year, according to the medical examiner's online database. That's the same number of inmate deaths for all of 2022 and is consistent with full-year in-custody deaths for the years leading up to the COVID pandemic.

CWB Chicago **reported last month** that there are conflicting thoughts about what is driving the spike in jail deaths this year, with some suggesting an anomaly. Others believe illegal drugs smuggled into the facility are claiming more lives.

So far, the medical examiner has announced the cause of death for only one of this year's cases: the **fatal beating** of Marvell Reasonover, 28, in his maximum security cell on Thursday evening.

Correctional workers found Reasonover unresponsive at 5:10 p.m. Thursday and began life-saving measures until Chicago Fire Department personnel arrived, the sheriff's office said in a written statement.

The sheriff's office said Reasonover's cellmate was "secured and led out of the cell." The cellmate arrived at the jail in recent weeks after being charged in a high-profile murder case, according to the source. CWB Chicago is not identifying the cellmate because he has not been charged with wrongdoing in Reasonover's death.

The Illinois State Police Public Integrity Task Force and the sheriff's office are investigating the deaths of Reasonover and Turner.

**Our original reporting is 100% reader-funded. Please contribute to our operating fund or purchase a subscription today.**



**Message** *

 

I'm not a robot

Submit

**FOLLOW US**



Get new posts by email:

Enter your email

**Subscribe**



About CWBChicago 6539 Articles
CWBChicago was created in 2013 by five residents of Wrigleyville and Boystown who had grown disheartened with inaccurate information that was being provided at local Community Policing (CAPS) meetings. Our coverage area has expanded since then to cover Lincoln Park, River North, The Loop, Uptown, and other North Side Areas. But our mission remains unchanged: To provide original public safety reporting with better context and greater detail than mainstream media outlets. Our editorial email address is news@cwbchicago.com

**BECOME A SUBSCRIBER**

Our work is only possible because readers like you have chosen to invest in our efforts.

CWBChicago has no corporate sponsors and no backing by foundations or political groups.

Click here to become a subscriber today.

You will receive exclusive reports and member-only services throughout the year.

Your subscription will help offset reporting expenses and allow us to provide deeper, more meaningful coverage year-round.

Thank you.

**NEIGHBORHOOD NEWS**

Albany Park

Andersonville

Avondale

Boystown

Bucktown

Chinatown

Citywide

CTA

Edgewater

Gold Coast

Hermosa

Humboldt Park

Irving Park

Jefferson Park

Lakeview

Lincoln Park

Lincoln Square

Logan Square

Loop

Magnificent Mile

Near North

Near West Side

North Center

Old Town

Portage Park

Ravenswood

River North

Rogers Park

Roscoe Village

South Loop

Streeterville

Uptown

West Loop

West Ridge

West Town

Wicker Park

Wrigleyville

**ABOUT CWBCHICAGO**



CWBChicago was created in 2013 by five Chicagoans who had grown disheartened with inaccurate information that was being provided at local Community Policing (CAPS) meetings.

Our coverage area has expanded to cover other North Side neighborhoods. But our mission remains unchanged: To provide original public safety reporting with better context and greater detail than mainstream media outlets.

**OTHER PLACES OF INTEREST**

**Crime is Down**
CPD and CFD reference site

**HeyJackass!**
Independently compiled homicide and crime statistics for Chicago

**For What It's Worth**
Blog covering the Cook County Courts and judges

**Second City Cop**
Sarcasm and silliness from a Windy City cop

**Southport Corridor News**
Neighborhood news and activities

**Uptown Update**
Long-running neighborhood blog

Privacy Policy and Terms of Service

Contact us

© 2024 CWBChicago LLC. All rights reserved.

Information from your device can be used to personalize your ad experience.

Do not sell or share my personal information.

A RAPTIVE PARTNER SITE



## 21+ Dumbest Things People Overspend On

The average American overpays for things constantly. Here are the worst culprits...

Learn More »

**NEWS**

# Police investigating Marion County inmate's death

by: Austin Hanson
Posted: Mar 2, 2024 / 08:36 PM EST
Updated: Mar 2, 2024 / 10:48 PM EST

SHARE



SPONSORED BY ADVERTISING PARTNER

Sponsored Video
Watch to learn more
LEARN MORE

INDIANAPOLIS — Police in Marion County are investigating the death of an inmate.

According to a press release, 29-year-old Richard Goode was found unresponsive at the Adult Detention Center in Indianapolis during a headcount conducted at approximately 3:21 p.m. Saturday.

The Marion County Sheriff's Office reported that on-site medical staff rendered aid to Goode until medics arrived at the scene. Despite life-saving efforts, Goode was pronounced dead at 3:40 p.m.

The Indianapolis Metropolitan Police Department, Marion County Forensic Services Agency and Marion County Sheriff's Office Internal Affairs Unit will all investigate Goode's death. MCSO reported that multiple agencies will look into the incident to "ensure transparency and accountability."

Per a release, Goode was booked into jail on numerous felony charges, including armed robbery, unlawful carrying of a handgun and possession of a narcotic drug. The charges Goode faced were tied to multiple incidents.

ADVERTISING



Suggest a Correction

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SPONSORED CONTENT**

Powered by Taboola
Privacy Policy





**MOST POPULAR**

1. Greenfield daycare owner charged in molestation case

2. Fire chief, wife funneled thousands from department

3. Mother forced daughter, 5, to live in feces covered …

4. FPD: Driver hit 104 MPH while standing on motorcycle …

5. Docs: Zionsville woman feared son would kill her

6. Winning $100,000 Powerball ticket sold in Indiana

7. Richard Allen reportedly made 'confessions' to inmates



| Current | Tonight | Tomorrow |
|---|---|---|
| 57° | 40° | 68° |
| Cloudy/Wind | Mostly Clear Precip: 0% | Mostly Sunny Precip: 0% |

**BESTREVIEWS.COM - TOP PICKS TO MAKE EVERYONE HAPPY ›**

**Exhibit 14**

The Gazette
doapp, inc.
FREE - On the App Store

<u>View</u>



**IOWA SUPREME COURT WEIGHS REINSTATING 'FETAL HEARTBEAT' ABORTION BAN**

## Cedar Rapids woman who died at Linn County Jail identified by sheriff's office

 **Kat Russell**

Oct. 19, 2020 1:56 pm, Updated: Oct. 19, 2020 3:52 pm



Jacqueline Bridges

<u>Jacqueline M. Bridges</u>

Buy Photo

Authorities have identified the female inmate who died over the weekend while in custody at the Linn County Jail as Jacqueline M. Bridges, 59, of Cedar Rapids.

Bridges had been arrested by Cedar Rapids police early Saturday on charges of first-degree theft, money laundering and financial exploitation of a dependent adult, and was being held on total bond of $20,000, according to the Linn County Sheriff's Office.

The initial investigation - according to the sheriff's office - shows that Bridges appeared to have suffered from some type of medical episode, which led to her death. The final determination as to the exact cause of death will be made by the State Medical Examiner after an autopsy.

<u>Bridges was booked into the Linn County Jail</u> at about 10:20 a.m. Saturday, according to the sheriff's office. She was found unresponsive in her cell five hours later.

The sheriff's office said an officer in the Linn County Correctional Center found Bridges in a third-floor female arraignment cellblock lying on the bunk of her cell, unconscious and unresponsive. Other jail staff, including two deputy sheriff-paramedics and a jail nurse, responded to the cellblock.

They determined Bridges was not breathing and had no pulse. Staff began CPR and connected her to an automated external defibrillator.

Bridges was taken to Mercy Medical Center in Cedar Rapids, where she was pronounced dead shortly after her arrival.

**Exhibit 15**

1/2

ADVERTISING



The sheriff's office said jail staff had last checked on Bridges at 2:35 p.m.

Less than an hour later, the sheriff's office said, Bridges' family had posted bail and a deputy had gone to Bridges' cell to prepare her for release, but instead found her unresponsive.

Investigators with the sheriff's office say they have found no apparent cause for Bridges' medical emergency.

The death has been reported to the State Jail Inspector, and the incident remains under investigation.

Comments: (319) 398-8238; kat.russell@thegazette.com



## Sign up for Crime and Courts News

Subscribe now and receive top stories from Crime and Courts delivered to your inbox each evening.

| Enter Email Address | Sign Up |



# **Kansas Bureau of Investigation**

Tony Mattivi
*Director*

Kris W. Kobach
*Attorney General*

**FOR IMMEDIATE RELEASE**
**December 13, 2023**

**Contact: Melissa Underwood**
**(785) 296-8283**
**melissa.underwood@kbi.ks.gov**

### **Inmate death at Lansing Correctional Facility ruled homicide**

LANSING, Kan. — The death of an inmate at the Lansing Correctional Facility has been ruled a homicide.

On Saturday, Nov. 25, at around 10:45 p.m., the Kansas Bureau of Investigation (KBI) was notified by personnel at the Lansing Correctional facility that 29-year-old Darionce Terrell Charles-Lott had died after being found unresponsive in his cell.

Despite life-saving measures that were attempted at the facility's clinic, Charles-Lott was pronounced deceased.

Charles-Lott had been serving a 172-month sentence for a conviction in Wyandotte County for one count of aggravated battery with intent for bodily harm. He was admitted to Lansing on Nov. 1, 2011.

KBI agents responded to the facility to investigate, as is required by state statute. Investigators with the Kansas Department of Corrections assisted in the investigation. An autopsy was conducted. While the final autopsy report is pending, preliminary autopsy results indicated Charles-Lott's manner of death was homicide, and cause of death was strangulation.

A male suspect who is incarcerated at the facility has been identified. At this time, the suspect has not yet been arrested or charged for this crime.

The investigation is ongoing. Once it is completed, findings will be presented to the Leavenworth County Attorney's Office for determination of charges.

### ###

**Exhibit 16**

🅰 46°



Thursday, April 4, 2024 · E-PAPER                                              Search...

Planning your travel around your heavy periods?   ✔ Mirena   IMPORTANT SAFETY INFORMATION ...

⚠ **Weather Alert**   Freeze Watch from SAT 12:00 AM EDT until SAT 10:00 AM EDT

# WCDC inmate's death under investigation

By Christen Gibson Staff Writer   Oct.3, 2023



f  in  𝒫  @

*[Editor's Note: This article has been updated to correct the name of the facility.]*

WILLIAMSBURG — Authorities are investigating the death of a Whitley County Detention Center inmate over the weekend.

On Saturday, 40-year-old Kyle Barton of Corbin was found unconscious with injuries that would result in his death.

Around 10 a.m. Saturday morning, the Barton family received a phone call from the Whitley County Detention Center advising that around 8 a.m. their son was found unconscious with injuries and taken to Baptist Health Corbin.

According to Lori Barton, Kyle's stepmother, the Corbin hospital sent Kyle to a Lexington hospital to hopefully receive surgery on his brain after what doctors told the family was blunt forced head trauma that could have happened intentionally or by accident.

Doctors could not perform any surgery due to Kyle being pronounced "brain dead," according to Mrs. Barton. Kyle Barton was pronounced dead at 2:30 a.m. Sunday morning.

Fayette County Coroner Gary Ginn confirmed Kyle Barton's body showed signs of blunt force head trauma but couldn't release any more details on the severity.

The Barton family wants answers due to their speculation the incident was not by accident due to the injuries described to them, according to Mrs. Barton.

Kyle Barton had been lodged at the Whitley County Detention Center for 17 days, according to Mrs. Barton.

"Kyle really struggled with drugs," she said. "We were glad he was in jail and felt as if he would be safe in there. Unfortunately, we were wrong."

Lori Barton stated that they looked to Jailer Jason Wilson for some answers about what the cameras might have shown. Mrs. Barton reported Jailer Wilson responded in an apology with news that the camera in that area was not working at the time that the incident occurred.

Wilson commented on the cameras that failed to capture the footage in the cell the incident occurred.

"The camera was not and is not working at this time," Jailer Wilson said. "The camera has been out for approximately two weeks. We had contacted our camera company. We actually put a camera in for temporary use but the IP [internet protocol] address or something messed up on it and caused issues and had not been fixed yet."

According to Mrs. Barton, her stepson was being held in cell number 151 with 17 other men.

"I am just hoping that out of 17 men that was in there, someone will tell what happened," she said.

"The other inmates in the cell heard it," Wilson told *The Times-Tribune.*

Lieutenant Wayne Bird of the Whitley County Sheriff's Office is leading the investigation and was conducting interviews on Monday.






NEWSPAPER ADS

Corbin Tourism and Convention Commission
Board of Commissioners
ELDER LAW GUIDANCE
Fells Beauty Salon
FEDERATED INSURANCE (2)
Oak Place Village I & II Apartments (2)
ROCKCASTLE HEMATOLOGY/ONCOLOGY-
COMIC OF KENTUCKY
SENIX

**Trending Recipes**

Chicken Cordon Bleu Casserole

Mary's Blue Ribbon Banana Bread

Lemon Berry Ricotta Pound Cake



**The best walking shoes suitable for men to wear all day**

**Obituaries**

BARTON, Phoebe
☐

DIZNEY, Lettie

DUFF, Fay

MORGAN, Wilda

 

**Exhibit 17**



"This is an ongoing death investigation and it's too early to tell anything," Lt. Bird said.

Mrs. Barton and the family have speculations on what could have happened but said she's trusting the local authorities to do their job and give their family some closure.

"We do not feel like this was a fall from his feet coming out of the bathrooms like we were originally told, especially from all the damage on the left side of his head," Lori Barton said. "We just want real answers from the investigation."

The Whitley County Sheriff's Department, Fayette County Coroner's office and Whitley County Detention Center is working together in the ongoing case.

Wilson reflected on what happened when Kyle Barton was found.

"As soon as we learn of the incident, they called for the ambulance and took him to Corbin and shortly thereafter he was flown to UK [Hospital]," Wilson said.

Mrs. Barton said she wants her son's story to be heard so someone might speak up with the missing piece of this tragic puzzle.

"We want this information out there," she said. "This is a small town. Maybe someone will know the smallest thing that can help us get answers on what happened to Kyle."

Jailer Wilson wants answers.

"We are working with the sheriff's department in any way we can. We want to know everything just the same as the family," Wilson said. "We want to help as much as we can and our thoughts and prayers are with the family."

The family invites the public to Kyle's visitation from 12 noon to 2 p.m. Wednesday at the O'Neil-Lawson Funeral Home in Corbin with his funeral scheduled to start at 2 p.m. on Wednesday.

Support local journalism.

Subscribe Today

React to this story:



Tags

Trending Video



STUFFED PORK CHOPS



The Best Men's Shoes for Walking and Standing All Day



Times-Tribune Events





4/13 3:00 PM
Cumberlands Baseball
Williamsburg, KY

Bibles & Basketball
Grace on the Hill

4/5 2:00 PM
Cumberlands Women's...
Williamsburg, KY

| THU | FRI | SAT | SUN | MON | TUE | WED | THU |
|---|---|---|---|---|---|---|---|
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |

Recommended for you



**NEWS**
Whitley County Tourism Commission approves funding for Impact Archery; Corbin Little League

**KENTUCKY**
Kentucky to receive $6.8 million as share of opioid settlement

**COMMUNITY**
Union's Master of Athletic Training (MAT) receives full CAATE accreditation

**COMMUNITY**
Businesses challenged to fundraise for young cancer patient

SETSER, Kenneth 

CARR, Darlene 

ROBINSON, Cheryl

More Obituaries

Most Popular

Articles

- Knox County Board of Education approves one-time payment to full-time employees
- Former McCreary County assistant principal indicted for sex crimes
- Long-time Corbin tourism director resigning to head Cumberland Falls State Resort Park
- Whitley County school board honors educator; students
- Truckers, Travelers Urged To Plan for Extra Traffic Before and After April 8 Solar Eclipse
- Redhounds remain red-hot, capture seventh win in a row
- Whitley County's Jaelyn Bracketts signs with University of the Cumberlands
- Whitley County's Megan Gibbs signs with University of the Cumberlands
- Corbin coach Cody Philpot captures win No. 200
- Whitley County's Deserae Haynes signs with Union Commonwealth University

Machine Operators!
Ad By
Hearthside Food Solutions

See More

Reframing Transthyretin Amyloid Cardiomyopathy
A Lens on Evolving Advancements
MONDAY APRIL 8, 2024 | 8:45 AM ET | HYBRID

*First Amendment:* Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Contact Information

thetimestribune.com
115 CVB Drive
London, KY 40741
**Phone:** 606-528-2464
**Email:** newsroom@thetimestribune.com

Services

About Us
Contact Us
Advertise with Us
Subscriber Services
Submission Forms
Rack Locations
California Privacy Policy
California Collection Notice
Do Not Sell My Info

Sections

🏠
News
Puzzles
Comics
Sports
Community
Opinion
Obituaries
Photos
Video Gallery
Weather



## Times-Tribune

https://www.theadvocate.com/baton_rouge/news/angola-inmate-dies-in-forklift-accident/article_88aa84a4-abf4-11ed-bb68-f37c9cc49e2d.html

# Angola inmate dies in forklift accident, state investigating

BY MATT BRUCE | Staff writer

Feb 13, 2023



Vehicles enter at the main security gate at the Louisiana State Penitentiary, the Angola Prison, the largest high-security prison in the country in Angola, La.

Judi Bottoni

Authorities are investigating the death of an inmate who fell off a forklift Monday morning at the Louisiana State Penitentiary at Angola.

Department of Corrections officials identified the prisoner as Clifton Bell, a 64-year old man who had been incarcerated at Angola.

**Exhibit 18**

Angola inmate dies in forklift accident | News | theadvocate.com

The state agency will jointly investigate Bell's fatal fall with the West Feliciana Sheriff's Office, DOC spokesman Ken Pastorick said in a news release Monday.

According to the release, Bell was driving the forklift when he fell off and died. An autopsy is scheduled to determine his cause of death.

Pastorick indicated Bell was serving a 90-year prison sentence stemming from 1980's convictions out of Jefferson and St. Tammany parishes for armed robbery, kidnapping, simple robbery and simple escape.



Maine

# UPDATE: Maine Inmate Death Ruled Suicide

Maine Public | By **Associated Press**
Published September 9, 2014 at 7:16 PM EDT

HOULTON, Maine - The Maine medical examiner's office has ruled the death of an Aroostook County Jail inmate a suicide.

Law enforcement officials said Tuesday that the victim was 48-year-old Robert Doody, who was jailed for importation of drugs and for a probation violation. State police say he was from Caribou and Washburn.



Police say Doody was found hanging from a bed sheet tied to a shower fixture on Thursday. Doody was taken to a local hospital and then transferred to Eastern Maine Medical Center, where he died Sunday.

State police investigated as it does all jail and prison deaths. The sheriff's department said it's working with the Maine Department of Corrections to conduct a review of jail procedures.

Tags   Maine   Aroostook County Jail

**Associated Press**
See stories by Associated Press







Sign up to get more content like this delivered to your inbox!

**First name** *

**Email address** *

☑ The Ten, Maine Public's weekly newsletter.

☑ I would like to receive email from Maine Public.

Submit

## Related Content

1   Official: Aroostook County Inmate Dies

**Exhibit 19**



Maryland.gov    State Directory    State Agencies    Online Services    Translate

# State Police

Search

HOME     ORGANIZATION     NEWS     ABOUT     CAREERS     FAQ'S     CONTACT US

## News Room

> News Releases



*NEWS RELEASE*

## MARYLAND STATE POLICE

Headquarters | 1201 Reisterstown Road | Pikesville, Maryland | 410.486.3101 / 800.525.5555 | TTY 410.486.0677

### State Prison Inmate Homicide Under Investigation

May 28, 2023

(JESSUP, MD) – Maryland State Police investigators are continuing an investigation into the death of a state prison inmate that has been ruled a homicide.

The inmate is identified as Nicholas Joseph Delfosse, 27.  Delfosse was a state prison inmate serving time for burglary at the Jessup Correctional Institution in Jessup, Md. Delfosse was pronounced deceased at the scene by Anne Arundel County Emergency Medical Service personnel.

A suspect, also an inmate, has been identified.  He is being held in another location within the Division of Correction.  He has not been charged at this time and is not being identified until charges are placed.

On May 27, 2023, the Maryland State Police Homicide Unit was contacted by investigators from the Department of Public Safety and Correctional Services Internal Investigative Unit (DPSCS IIU) about an inmate death.  Investigators told State Police Delfosse was found in his cell with multiple injuries shortly before 4:30 p.m. yesterday.

Crime scene technicians from the Maryland State Police Forensic Sciences Division responded to the scene and processed the cell for evidence. The preliminary investigation indicates Delfosse and the suspect were cellmates when the incident occurred. A specific cause of death is not known at this time. Investigators are awaiting autopsy results to determine cause and manner of death.

State Police Homicide Unit investigators continue the investigation with assistance provided by the DPSCS IIU.  Upon completion, the investigation will be presented to the Anne Arundel County State's Attorney's Office for review regarding charges.

###

CONTACT:   Office of Media Communications, msp.media@maryland.gov

---

Contact Us | Term of Use | Privacy | Disclaimer
| Report Fraud

1201 Reisterstown Road, Pikesville, MD 21208

(410) 653-4200 | (800) 525-5555 | (410) 486-0677 (TDD)

**Human Trafficking**
GET HELP
National Human Trafficking Hotline -- 24/7
Confidential



📞 1-888-373-7888

📱 233733

For more information on human trafficking in
Maryland click here.

**Exhibit 20**



Ads by Google
Send feedback    Why this ad? ▷

Latest   Local News   Live   Shows   ···        ● CBS NEWS        🔍

BOSTON │   News   Weather   Sports   Video   WBZ Features   ···

**LOCAL NEWS**

# Suffolk County House of Corrections inmate dies after "apparent fight"

 By WBZ News Staff
Updated on: December 28, 2023 / 4:47 PM EST / CBS Boston

f   X   🏳



## More from CBS News

 Chelsea mother charged in death of 3-year-old son

 Girl recovering after Derry, NH house explosion, family hopes to rebuild

 Rhode Island teen charged in Dighton hit-and-run that killed 87-year-old man

Driver crashes through Attleboro cannabis store, 3 hurt

 **Now Playing** ● CBS NEWS BOSTON
CBS News Boston: Local News, Weather & More

 Are 2024 Red Sox just as bad as last-place te...

 Massachusetts state senator says budget for f...

 Judge hears last-minute motions before Karen ...

BOSTON - Police are investigating after an inmate died early Wednesday morning at the Suffolk County House of Corrections.

The Suffolk County Sheriff's Department identified the inmate as 45-year-old Carl Taylor. He was being held as a safe-keep for Bristol County Superior Court for pending charges of assault and battery and intimidating a witness.

The sheriff's department Taylor got into a physical fight with the other inmate in his cell shortly after 3 a.m. Taylor was brought to the medical unit and was treated for a cut to his lip but refused further treatment.

While he was being held in the Medical Housing Unit, the sheriff's department said custody staff found him unresponsive and he was taken to Boston Medical Center, where he was pronounced dead shortly before 5 a.m.

Boston police are now investigating the incident.

## More from CBS News

 Chelsea mother charged in death of 3-year-old son

 Girl recovering after Derry, NH house explosion, family hopes to rebuild

 Rhode Island teen charged in Dighton hit-and-run that killed 87-year-old man

 Driver crashes through Attleboro cannabis store, 3 hurt

In:   Boston

**WBZ-News Staff**

WBZ NEWS   The WBZ News team is a group of experienced journalists who bring you the content on WBZ.com.

X Twitter   f Facebook   Instagram

First published on December 28, 2022 / 2:09 PM EST

© 2022 CBS Broadcasting Inc. All Rights Reserved.

**Exhibit 21**





FOX 2 DETROIT    Live    Weather    Things to Do    Sports    Email    Contests    Moneysaver



GARDNER WHITE    1000s of items in stock + FREE Same Day Delivery

# Family of man who died of dehydration in Michigan Prison say fight for justice not over

By Dave Spencer and David Komer | Published June 21, 2023 11:09pm EDT | Crime and Public Safety | FOX 2 Detroit |



Family of Michigan inmate who died in solitary confinement continue fight for justice

Family of Michigan inmate who died in solitary confinement continue fight for justice

Eight people have been charged in connection with the death of a Michigan prison inmate Jon Lancaster, who died in custody of dehydration

BREAKING NEWS

Breaking news delivered fast

E-mail Address

**Sign Up**

By clicking Sign Up, I confirm that I have read and agree to the Privacy Policy and Terms of Service.

FOX 2 (WJBK) - **Eight people have been charged in connection with the death of a Michigan prison inmate** Jon Lancaster, who died in custody of dehydration.

The state attorney general says what happened to Lancaster at the Alger Correctional Facility in the Upper Peninsula was a preventable tragedy. In the meantime, his family says they are not done fighting for justice.

Lancaster's sister and daughter were surprised to hear six people including the warden and deputy warden of the prison were charged with involuntary manslaughter, a 15-year felony. Two officers were also charged with felony misconduct in office.


WHERE Your Story BEGINS    START EXPLORING


VISIT BELOIT



Explore Trading Tools
Trade Station | Sponsored

But they say the fight now turns to changing the law in Lansing - before this can happen to someone else.

"Step by step, brick by brick, we are going to take the system apart and reform it," said Danielle Dunn, his sister.

In 2013 Lancaster was arrested and pleaded guilty to armed robbery of a 7-Eleven. He died serving that sentence.

"He was moved to the UP, to Alger, placed in solitary confinement since the week of Christmas, late Christmas week, and left there essentially," Dunn said.

Lancaster was denied mental and medical care, detailed in a successful lawsuit.

"He was placed in an observation cell where he was restrained and essentially left to die over the weekend," she said.

He was left to the point where he died of dehydration.

"They refer to it as a hunger strike, but he believed he was being poisoned. They document that over and over," she said.

His death was on March 11th, 2019 after he was first put in solitary confinement in December 2018.

**Top videos**


Bombshell Treat Bar opening in Berkley


Storm damage: Severe thunderstorm rips roofs off Ferndale buildings


Duggan highlights improvements in Detroit State of the City


Officer, driver hospitalized after crash in Detroit


Duggan delivers State of the City ahead of NFL Draft

**Trending**

1     What will RenCen be used for once GM moves headquarters to Hudson's site?

2     Home stealing ex-lawyer gets jail time for dirty deeds

3     Clinton Township police officer charged with misusing LEIN computer system

4     Michigan Football Spring Game: What to know about free Ann Arbor

**Exhibit 22**





'In Brad we trust': Will
Lions' audacious draft
strategy continue?



GARDNER WHITE
1000s of items in stock
+ FREE Same Day Delivery

Jon Lancaster

"Jonathan made his share of his mistakes - he was paying for those mistakes with the sentence he was serving," Dunn said. "He did not deserve to die in the manner that he did."

"It's still there, you can't forget about it," said his daughter Breanna Lancaster. "It's not easy. I don't have a dad. I will never have a dad."

Related: Former warden, 7 other Michigan prison employees charged in inmate's death

Breanna never got to say goodbye to her father. On Wednesday she went to his gravesite to tell him about the eight people charged in connection with his death.

"I had to bring flowers for the celebration of the charges being pressed," she said.

And to be reminded - there is still a fight to be had.

"Eventually to end solitary confinement," Lancaster said. "It's inhumane, disgusting. Nothing to be a human being in regardless if they are an inmate or not."

It is one her aunt has been fighting for years, trying to get a law on books to end solitary confinement in Michigan prisons.

"We'd like to see both sides work together on this it's a humanity issue," Dunn said. "It's not a party issue."

So far the Lancaster family is working with lawmakers to get a bill to the floor for a vote. If you want to help in this effort **you can visit justiceforjonny.com**



Breanna Lancaster, left, Danielle Dunn. Inset: Jon Lancaster

Tabla Ola Feed



Illinois Drivers With No DUI's Getting A Pay Day On Thursday
Comparisons.org | Sponsored                    Learn more



$188 Million Powerball Winner Hears a Knock at the Door. Sees Her Pastor




25 Celebrities Who Managed to Destroy Their Career

BRAINERD DISPATCH

Get a $20 VISA
SUBSCRIBE NOW

ADVERTISEMENT

NEWS · MINNESOTA

## Northwest Regional Correction Center inmate death determined to be suicide

The Polk County Sheriff's Office issued a press release Wednesday, April 3, with the autopsy results. The death occurred in February.



A cell at Northwest Regional Corrections Center in Crookston, Minn. (Grand Forks Herald file photo)

**By Staff reports**
April 03, 2024 at 3:41 PM

⟳ Share   ⊙ News reporting

POLK COUNTY, Minn. — The cause of a Northwest Regional Correction Center inmate's Feb. 14 death was suicide, according to an updated press release from the Polk County Sheriff's Office.

The update, issued Wednesday afternoon, April 3, says autopsy results showed Matthew Bagley's cause of death was suicide by hanging.

The sheriff's office has closed its case, however, an internal investigation is being conducted by the Minnesota Department of Corrections. This is standard procedure, according to the release.

Bagley, a 51-year-old from Lebanon, Tennessee, was in custody for driving while intoxicated.



**READ MORE**

**Boys Golf: Warriors hoping to ride team success deep into postseason**
16h ago

**Smoked salmon dip elevated by capers, green onion, lemon juice**
1d ago

**Warriors Athlete of Week: Warriors' Tautges on a tear to start season**
1d ago

⟳ Share   ⊙ News reporting   ⊙ Tags

**By Staff reports**
Our newsroom occasionally reports stories under a byline of "staff." Often, the "staff" byline is used when rewriting basic news briefs that originate from official sources, such as a city press release about a road closure, and which require little or no reporting. At times, this byline is used when a news story includes numerous authors or when the story is formed by aggregating previously reported news from various sources. If outside sources are used, it is noted within the story.

WHAT TO READ NEXT

**Exhibit 23**



# FOR IMMEDIATE RELEASE

**Date:**        **September 8, 2023**
**Contact:**    **Office of Communications**
**Phone:**      **(601) 359-5701, 359-5608**
**E-mail:**      **MDOCOfficeofCommunications@mdoc.state.ms.us**

## Update on Inmate Killed at Parchman

**JACKSON, MS** (Sep 8) – Mississippi Department of Corrections has identified the victim killed at Parchman Prison early Thursday morning as 23-year-old Raymond Coffey of Lafayette County. MDOC initially withheld Coffey's identity out of respect for the family and to ensure next of kin was notified.

"Based on the information we have thus far, the killing appears to be gang related," said Commissioner Burl Cain. "We've been working diligently over the last three years to eradicate gangs from our prisons. We are making significant progress as we have reduced gang membership by hundreds and their numbers continue to dwindle. MDOC will continue to use every available tool at our disposal to clamp down on illicit and gang activity inside of Mississippi's prisons."

Coffey had been incarcerated twice over four years on felony burglary charges.

MDOC Corrections Investigative Division Director, Steven Chambers, a former FBI investigator for 20 years is conducting an investigation. At the conclusion of MDOC's investigation, CID investigators will turn their evidence over to the Sunflower County District Attorney for criminal prosecution.

The assailants and others involved in the incident are in lockdown and under investigation.

**Media note:**
https://www.facebook.com/MississippiDepartmentOfCorrections/
https://twitter.com/MS_MDOC

**Exhibit 24**

Start Now

1. Click "Start Now"
2. Add Web Results for Chrome™

**Exhibit 25**

## Department of Corrections said Algoa inmate died Thursday morning

by Jennifer Wieser | Thu, January 11th 2024 at 11:14 AM



Photo of Antonio Hamilton from 2018. (Photo from Missouri Department of Corrections.)

The Missouri Department of Corrections announced that an inmate died at Algoa Correctional Center.

A press release from the DOC states that Antonio Hamilton, 32, was pronounced dead at the prison at 4:22 a.m. on Thursday.

Hamilton entered the DOC on April 25, 2012. He was serving a 12-year sentence for attempted first-degree robbery out of St. Louis County.

Promoted Links



**Warning: The Startling Truth About K-Cups That Could Change Your Coffee Game!**
Coffee Magazine

The department said that an autopsy would be conducted.

**MORE TO EXPLORE**



**'Hoover Killer' Michael Dewayne Smith executed Thursday morning**



**Jefferson City Correctional Center inmate pronounced dead**



**Jefferson City man indicted on child molestation charges, booked into Cole County Jail**

**SPONSORED CONTENT**



YOU COULD SAVE ON

Vyepti®
(eptinezumab-jjmr)
100 mg/mL  Injection for IV

Explore copay assistance →





**TRENDING**



**Boone County woman arrested for kidnapping and other charges**



Remains found in Illinois identified as woman missing since 2008, authorities says



Contractors begin work on $2.8 billion I-70 expansion project near Columbia connector

U.S.S Columbia crew tours their namesake city, strengthening a 30-year bond



Callaway County deputies release video in hopes of finding suspected thief

9 out of 10 people who work with an agent would recommend or use their same agent again.

Learn why

**STAY CONNECTED**



Like Us     Follow Us

NEWSLETTER SIGN UP >



© 2024 Sinclair, Inc.

Terms   EEO   FCC   FCC



Cookie Preferences



**Must-Play in 2024: No download required**
Forge Of Empires - Free Online Game | SPONSORED   Play Now

**The Surprising Truth: Why Shoppers Are Quitting Prime for This Clever Hack**
Online Shopping Tools | SPONSORED

**Outrageously Effective Whole Body Deodorant**
Mando | SPONSORED   Shop Now



AdChoices ▷                          Sponsored

## Conversation

Commenting on this article has ended

Powered by ⊙ OpenWeb                    Terms | Privacy | Feedback

ADVERTISEMENT

ULTA   Find a new favorite          COLOR WOW
                                    Travel Size Dream Coat
                                    Supernatural Spray
                                    $7.00

**NEWS IN PHOTOS:** "Local"



U.S.S Columbia crew tours their namesake city, strengthening a 30-year bond

Contractors begin work on $2.8 billion I-70 expansion project near Columbia connector

Trial rescheduled for former Pulaski County teacher accused of sexually abusing a student

Callaway County deputies release video in hopes of finding suspected thief

https://helenair.com/news/state-regional/crime-courts/montana-state-prison-inmate-death-undetermined/article_42bd3640-42c5-11ee-b268-874623e28187.html

ALERT    EDITOR'S PICK    TOPICAL

# MT state inmate's manner of death 'undetermined,' jury finds

**Seaborn Larson**

Aug 24, 2023

**Exhibit 26**

A Montana State Prison inmate's death has been deemed "undetermined" by a jury following a coroner's inquest.

A gap in health records appeared to vex investigators ahead of the Aug. 23 jury decision, according to a press release from the Powell County Attorney's Office. The Department of Corrections said it is common for inmate health records to be incomplete when they enter the system.

Powell County officials on Aug. 23 held two coroner's inquests into the deaths of two state inmates. Inquests are required when a person dies in a custodial setting like the Montana State Prison outside of Deer Lodge, and the death is not caused by a diagnosed disease or medical condition.

Powell County Attorney Kathryn McEnery and Mikayla Stone, a third-year law student at the University of Montana, presented evidence in both inquests to Heather Gregory, the presiding county coroner.

## People are also reading…

1  **Potential Pyramid buyers meet with officials, seek to keep mill open**

2  **Donald Trump Jr. to speak in Missoula**

3  **Sheriff seeks help in finding missing East Helena teen**

4  **Total solar eclipses don't happen often. Why are they so rare?**



Powell County Attorney Kathryn McEnery during a coroner's inquest in 2021.

Meagan Thompson, The Montana Standard

Jason Pearson, 44, died Nov. 14, 2022, at Providence St. Patrick Hospital in Missoula. The cause of Pearson's death was determined to be an intracerebral hemorrhage of undetermined etiology, a brain bleed with an unknown cause, according to his death certificate filed 14 days after his death.

Manner of death, by contrast, categorizes a person's death as natural, suicide, homicide, accidental or other.

The inquest included testimony from Department of Corrections investigator Jennifer Dale, Medical Examiner Dr. Sunil Prashar, Correctional Officer Shawn Odden and Melissa Scharff, director of nursing at Montana State Prison. State records show Dale has been a criminal investigator for DOC since at least 2014.

Dale explained to the jury some initial reports were "confusing" regarding whether Pearson had accidentally fallen and hit his head, according to a press release from the Powell County Attorney's Office. A thorough records review likewise found no direct link between his death and any medical condition or intervening incident of trauma, McEnery's office said.



The Montana State Prison in Deer Lodge

THOM BRIDGE, Independent Record

The jury concluded the manner of death to be undetermined.

Department of Corrections spokesperson Carolynn Stocker said the department will now close its investigation into Pearson's death unless any new information comes to light.

Stocker also said the department does not believe a gap in internal records contributed to authorities' inability to determine Pearson's manner of death.

"It is not uncommon for individuals in prison to have incomplete health records related to care they received prior to entering prison," Stocker said.

The Powell County jury also heard evidence on the death of John Veilleux, 38, who died on March 21, also at Providence St. Patrick Hospital in Missoula. Scharff and Prashar testified on the evidence, as did DOC investigator Lorna Kuchinsky and retired corrections officer Steven Kremer. Following testimony, the jury concluded the death was the result of a suicide by a deliberate overdose of acetaminophen.

Veilleux's death certificate, filed March 24, states he ingested 210 pills.

Seven people have died in state custody so far this year.



Seaborn Larson has worked for the Montana State News Bureau since 2020. His past work includes local crime and courts reporting at the Missoulian and Great Falls Tribune, and daily news reporting at the Daily Inter Lake in Kalispell.

## ▍ Around The Web



**Who Normally Has the Cheapest Car Insurance?**



**A Game Where Everything is Allowed**



**US Doctor Discovered Natural Solution for Macular Degeneration (Watch)**



**How To: Move Your Ira/401k out of Stocks- Tax Free**



**The Drugstore Dark Spot Cream Experts Swear by**



**This Household Item is Like Bleach for Dark Spots**



**Easy Trick Removes Oven Stains (No Scrubbing Needed)**



**This Will Be a Pair of Shoes Every Man Must Have in 2024!**



**This "1" Knee Sleeve Has Surgeons Speechless (Spring Sale)**

By Seaborn Larson

State Bureau Reporter

4/12/24, 2:28 PM
Case 1:22-cv-00475-BAH  Document 36-4  Filed 04/10/24  Page 68 of 121
RTC inmate death | Nebraska Department of Correctional Services

# RTC inmate death

FEBRUARY 28, 2024

FOR IMMEDIATE RELEASE (24-10)

CONTACT Dayne Urbanovsky, Director of Strategic Communications

OFFICE 402-479-5799 | dayne.urbanovsky@nebraska.gov

February 28, 2024 (Lincoln, Neb.) – Jose Cabrera-Lomeli #217364, age 52, died February 26, 2024, at the Reception and Treatment Center (RTC).

Cabrera-Lomeli's sentence began on October 2, 2023. He was serving 160-220 years for multiple counts of first degree sexual assault of a child out of Sarpy County.

While the cause of death has not yet been determined, Cabrera-Lomeli was being treated for a medical condition. As is the case whenever an inmate dies in the custody of the Nebraska Department of Correctional Services (NDCS), a grand jury will conduct an investigation.

###

**Exhibit 27**



## STATE OF NEVADA
### Department of Corrections

Acting PIO W.C. "Bill" Quenga: wquenga@doc.nv.gov

# Press Release

For Immediate Release:
February 5, 2024

The Nevada Department of Corrections (NDOC) reports that on Feb. 4, 2024, Offender Andrew Jacobson, 14241, was pronounced dead at Northern Nevada Correctional Center. Jacobson, 76, was two life sentences for first-degree murder and kidnapping. He came to the NDOC on June 1, 1992, from Washoe County. An autopsy was requested per NRS 209.3815. Next-of-kin was notified.



Andrew Jacobson

**Exhibit 28**

A A A  Change Text Size   |   Change Site Language   |   Search The Site


**New Hampshire**
**Department of Corrections**

Careers | Locations |

Policy & Procedure Directives



Home   Resident Locator   Resident Relations   Victim Services   Resources   About Us

Home  >  Update To Untimely Death At NH State Prison For Men

## News Release

For Immediate Release
**Posted:**  July 26, 2022

**Contact**
Public Information Office
(603) 271-5602 | pio@doc.nh.gov

### Update To Untimely Death At NH State Prison For Men

Concord, NH – The New Hampshire Department of Corrections provides the following update on the untimely death previously announced on July 23, 2022. The resident is identified as Edward Hudson, age 66.

Mr. Hudson had recently returned from an area hospital. He was being monitored and receiving treatment in the health services center by facility medical staff. Staff witnessed Mr. Hudson become unresponsive and immediately initiated life-saving efforts, including cardiopulmonary resuscitation (CPR), using an automated external defibrillator (AED), and calling for an ambulance. Mr. Hudson was transported to an area hospital where he died.

The Office of the Chief Medical Examiner determined the cause of Mr. Hudson's death to be PEA cardiac arrest and GI bleed (blood loss), and the manner of death as normal.

Mr. Hudson was incarcerated on June 8, 2004, for one count of first-degree murder attempt and one count of second-degree murder attempt. Mr. Hudson had a sentence 28 years to life.

###


**New Hampshire**
**Department of Corrections**

64 South Street | Concord, NH | 03301
Telephone: (603) 271-5600 | Email: feedback@doc.nh.gov

Driving Directions

About Us
Contact Us
Internships
News & Public Information
Prison Rape Elimination Act
Volunteers

COVID-19 Resources
NH Government Careers
NH Travel & Tourism
NH Web Portal - NH.gov
ReadyNH.gov
Transparent NH

**Exhibit 29**


JUMPSTART YOUR FITNESS ROUTINE
WITH OUR DAILY NEWSLETTER
start TODAY
SIGN UP NOW

☰ 🔍 ⚫10 PHILADELPHIA

TRENDING | Paris Olympics | 76ers playoffs | Independence Blue Cross Broad Street Run | Somebody Knows Something | Battleground Politics with Lauren Mayk | Stream NBC10 24/7

**NEW JERSEY**

# Prisoner beats another inmate to death inside NJ jail, officials say

Aahznier Haynes, 22, of Westhampton, N.J. is charged with the murder of Kenneth Raymond, 52, of Ventnor, NJ

By David Chang • Published August 30, 2023 • Updated on August 30, 2023 at 3:58 pm

Getty Images

**Trending Stories**

**NEW YORK CITY**
'Super commuter' takes bus, train and plane to get to NYC job

**PENNSYLVANIA**
Middle schooler hurt in fight during lunch, school placed on temporary lockdown

**PHILADELPHIA**
Philly teen who went missing with friend found dead in Wissahickon Creek, police say

**SOCIAL MEDIA**
Student hospitalized after 'blackout challenges' at NJ middle school

**CRIME AND COURTS**
Suspected DUI driver faces homicide by vehicle charges in I-95 wrong way wreck

**SPONSORED**
The Fortune Left by Monica Lewinsky Surprises Her Family
*Investment Guru*

An investigation is underway after an inmate beat another inmate to death inside a New Jersey jail, officials said.

On Wednesday, shortly after midnight, the Atlantic County Prosecutor's Office Major Crimes Unit responded to the Atlantic County Justice Facility in Mays Landing, N.J, for a report of a murder.

Investigators learned one of the facility's inmates, 22-year-old Aahznier Hayes of Westhampton, NJ, attacked another inmate, 52-year-old Kenneth Raymond of Ventnor, NJ, officials said. Raymond died from his injuries.

Hayes was later charged with first-degree murder. Investigators have not yet revealed what led to the attack or a possible motive.

Both the Atlantic County Prosecutor's Office and the Atlantic County Justice Facility are investigating the incident.

This article tagged under:

**NEW JERSEY**

Tabŏŏla Feed

GUNDRY MD | SPONSORED                                    Watch Now
**If You Have Stubborn Dark Spots, Try This At-Home Solution (It's Genius!)**

POPULAR SEARCHES | SPONSORED                             Learn More
**All New Electric SUVs For Almost Nothing (Must See)**

The RoomPlace
Financing Options Available
We Look Forward To Seeing You In Our Showroom Today!

Store Info      Directions

**Weather Forecast**
PHILADELPHIA, PA

51° Cloudy 0.13% Precip

TONIGHT 46°
TOMORROW 64°

FUELED BY FREEDOM.
PROTECTED BY PROGRESSIVE.
America's #1 motorcycle


**Exhibit 30**

63°                                                                        SIGN UP


Inmate who died at Southern NM priso...

**...hern NM prison has been identified**

EL PASO, Texas ([KTSM](#)) — The New Mexico Department of Corrections has identified the inmate who died on Tuesday, Dec. 5 at the Southern New Mexico Correctional Facility outside of Las Cruces. His death is being treated as a possible homicide, officials said.

**[Inmate death at Southern NM jail being investigated as homicide](#) ❯**

Richard M. Cresap, 22, was the inmate who died, according to the Corrections Department. According to court documents, Cresap was serving a sentence for second degree murder out of Rio Rancho, N.M. He received a plea deal in the March 2021 murder of 15-year-old Alex Jackson. He was sentenced to 15 years in prison last July.

New Mexico State Police are treating the death as a possible homicide and are leading the investigation.

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

Privacy Policy

**Warning: The Startling Truth About K-Cups That Could Change Your Coffee Game!**
Coffee Magazine

**Discover Almost Anyone's Background with Just Their Name!**
TruthFinder                                                                 Search Now

✕

**Exhibit 31**

Exhibit 32

*METRO*   ***EXCLUSIVE***

# Inmate dies by suicide on Rikers Island, fourth death at embattled jail this year

By Gabrielle Fonrouge

Published May 8, 2022
Updated May 8, 2022, 1:47 p.m. ET







LOG IN

**RECOMMENDED**



Nigerian brothers plead guilty to sexual extortion after suicide…



Texas woman dies in Belize after being hit with conch shell duri…



NY pre Trump trial wi




## *EXPLORE MORE*

**Two NYC correction officers left bloodied, battered by inmates in one violent day on Rikers Island**

---

**NYC paying record $28M settlement to family of Rikers inmate left severely brain damaged after suicide attempt: report**

---

**Squatters terrorized NYC block for months before burning house down, fed-up neighbors say**

A 25-year-old Rikers Island inmate who suffered from mental health issues hung himself in his cell Saturday afternoon, marking the fourth in-custody death at the embattled jail complex so far this year, The Post has learned.

Dashawn Carter, who arrived on Rikers Thursday on burglary and robbery charges, was discovered by a correction officer hanging from a sheet attached to a window in his cell at the Anne M. Kross Center around 5 p.m., internal records obtained by The Post show.

The jail guard cut down the sheet and placed Carter on the bed. He was pronounced dead by an on-site doctor eight minutes later, the records show.

Correction officers are required to do tours of regular housing areas every thirty minutes, but many posts at the lockup continue to go unmanned amid a staffing crisis, jailhouse sources said. It was not immediately clear how long Carter had been hanging before he was noticed.



Phone Scam Targets Families of Incarcerated Persons
The North Carolina Department of Adult Correction has learned of a phone scam targeting family members of incarcerated individuals. **LEARN MORE**

An official website of the State of North Carolina *How you know* ⌄      NC.GOV   AGENCIES   🌐 Select Language

NC Department of Adult Correction

Divisions and Sections ▾   Information and Services ▾   About Us ▾   Careers ▾   News ▾   Contacts ▾   🔍

Home › News › Press Releases

TUESDAY, JANUARY 16, 2024

# Investigation Underway after Offender Death at Bertie Correctional

An offender at Bertie Correctional Institution has died from injuries sustained as the result of an alleged assault by another offender on Jan. 12, 2024 and law enforcement is investigating.

RALEIGH

An offender at Bertie Correctional Institution has died from injuries sustained as the result of an alleged assault by another offender on Jan. 12, 2024.

Rasheen Younger (0577765) died Sunday morning, Jan. 14, at an outside medical facility with family at his side. The Windsor Police Department is investigating. The Department of Adult Correction is fully cooperating with the investigation and has launched an internal investigation.



Around 4:45 p.m. on Jan. 12, correctional officers discovered Younger unconscious. The prison's medical team performed advanced lifesaving measures and EMS continued lifesaving measures as he was transported to a local hospital. Preliminary information indicates that Younger was struck by another offender and fell backwards, hitting his head.

Younger, 44, was serving a 76-year sentence for a 1997 first-degree rape conviction in Pitt County. His projected release date was May 2, 2065. He was housed in medium custody at the prison in Windsor.

**Related Topics:**

- Adult Correction
- Prisons

**CONTACT**

**John M.R. Bull**

✉ john.bull@dac.nc.gov

📞 (984) 255-6021





**CONTACT**

Street Address:
214 West Jones St. Raleigh

Mailing Address:
5201 Mail Service Center
Raleigh, NC 27699-5201

**919-733-2126**

**FOLLOW US**

f  X  📷  ••  ▶  in  🔗

.gov  |  Website Feedback  |  Accessibility  |  Disclaimer & Terms of Use  |  Privacy Policy  |  Open Budget                Hosted on Digital Commons

**Exhibit 33**

f 𝕏 in    REGISTER  MY ACCOUNT  ⬛LEXIPOL MEDIA GROUP

**CORRECTIONS1**)

NEWS & ANALYSIS ⌄   PRODUCT GUIDE ⌄   CAREERS & TRAINING ⌄   OFF-DUTY ⌄   GRANTS ⌄   DEEP DIVE ⌄

TRENDING TOPICS | SOLAR ECLIPSE AFFECTING VISITATION | LEGAL CASE REVIEW | PRISONER TRANSPORT

 Safe custody transitions
Filer Terminidan
Click Here

 Report finds 184 law enforcement, corrections officers die by suicide per year on average

Case law: Jail staff liability for inmate suicide

 Former jail deputy takes stand in trial over death of inmate

 DOJ OIG releases report on issues surrounding inmate deaths in federal prisons ❯

In-Custody Death

# Officials: North Dakota murderer kills himself in prison

Chad Isaak, 48, was serving life sentences for killing four people at a North Dakota business in what authorities say was one of the state's most gruesome crimes

August 01, 2022 12:19 PM



By JAMES MacPHERSON
Associated Press

BISMARCK, N.D. — A man who was serving life sentences for killing four people at a North Dakota business in what authorities say was one of the state's most gruesome crimes has killed himself in prison, authorities said.

The North Dakota Highway Patrol said a trooper was called to the state prison in Bismarck at around 5:45 p.m. on Sunday "regarding a resident who had caused self-harm." The trooper was told that Chad Isaak, had been taken by ambulance to a Bismarck hospital, where he was pronounced dead at 6:24 p.m.

Authorities did not immediately give a cause of death.

Prison spokeswoman Kayli Richards said Monday that she didn't know if Isaak had been considered a suicide risk or whether he was held under any special conditions at the prison.

 8 most effective de-escalation techniques
Corrections1
Click Here

"All of that is under investigation," she said.

Learn more: *4 innovative approaches to inmate suicide prevention*

Isaak was serving four life sentences without the possibility of parole for the April 2019 killings of RJR Maintenance and Management co-owner Robert Fakler, 52; and employees Adam Fuehrer, 42; Bill Cobb, 50; and Lois Cobb, 45. The Cobbs were married. No motive was given at the trial.

The four were shot and stabbed inside the property management company's building in Mandan.

      L

Isaak, a chiropractor and Navy veteran, lived at a Washburn property that the company managed, but authorities never established a motive for the killings.

Isaak was appealing his convictions.

Jesse Walstad, one of Isaak's trial attorneys, said Monday that he didn't know any details about his

 Buying Body Scanners? Start Here
GET THE GUIDE
BODY SCANNERS



**CORRECTIONS1**)
*NEWSLETTERS*

What every CO needs to know. Anytime. Anywhere.

✉ Email

✓ Corrections1 Roll Call
Corrections1 Leadership
Corrections1 Product Alerts
Corrections1 Product Bulletin
Stay logged in

**SUBSCRIBE**

By signing up, you will be creating an account and accepting the terms to receive a weekly newsletter to the email address submitted above.

## MOST POPULAR



1  Photos: 150 people arrested for using drones to transport contraband into Ga. prisons

2  24 wellness tips for corrections officers in 2024

3  Calif. governor resists calls to close more prisons amid budget and safety concerns

4  N.Y. inmates file suit to watch the solar eclipse after state orders prisons locked down

5  Colo. inmate fills cell with smoke after tampering with batteries from tablet

## WHAT TO WATCH

Corrections Training
How not to fall prey to inmate con games


Correctional Management
Identifying, classifying and segregating special management inmates


Corrections Policies
Women in jail: How to secure successful outcomes


Corrections Training
What does it mean when an


**Exhibit 34**

"We concluded our representation after trial and sentencing," he said. "We are very sympathetic to his family, of course. We have no comment beyond that."



During the trial, defense attorneys argued that investigators didn't seriously consider other possible suspects, including people who had either been evicted, sued or fired by RJR.

Prosecutors showed security camera footage from numerous businesses that authorities said tracked Isaak's white pickup truck from Mandan to Washburn on the day of the killings, along with footage from a week earlier that they said indicated the killer had planned the attack in advance.

Forensic experts testified that fibers on the clothing of the slain workers matched fibers taken from Isaak's clothing, and that DNA evidence found in Isaak's truck was linked to Fakler and possibly Lois Cobb.

Prosecutors presented the case as a puzzle in which all of the pieces pointed to Isaak, including a knife found in his washing machine and gun parts found in his freezer.



At Isaak's sentencing in December, Jamie Binstock, a daughter of Robert Fakler, told the court that Isaak is a "heinous individual" who should spend the rest of his life in prison and experience a "lifetime of suffering" and nightmares.

"I do not want your life to end. Your family does not need to suffer the same way we did," Binstock told Isaak in court.

In a statement to The Associated Press on Monday, Binstock said, "My thoughts and prayers are with his family."

**Correctional Suicide**   **In-Custody Death**

---

## RECOMMENDED FOR YOU


VADOC K-9 killed by inmates while protecting corrections officer


On-demand webinar: Hidden in plain sight: See smuggled drugs and contraband in inmate legal mail, without opening it



Your master guide: How to buy corrections products


The 8 most effective de-escalation techniques in corrections


Photos: 150 people arrested for using drones to transport contraband into Ga. prisons


24 wellness tips for corrections officers in 2024


Colo. inmate fills cell with smoke after tampering with batteries from tablet


Prisoner transport: Tech and training to improve safety (eBook)


NYC settles Rikers Island wrongful death suit for $2.6M

  



Please submit applications ASAP for Deputy and Corrections Office

About ∨   Operations ∨   Jail ∨   Reports ∨   WebCheck   CCW ∨   Community ∨   News ∨   Contact ∨   Q ∨

## Inmate Death at the Clermont County Jail



Robert S. Leahy
*Sheriff*

Christopher E. Stratton
*Chief Deputy*

**CLERMONT COUNTY SHERIFF'S OFFICE**
*Committed to Excellence*
*4470 State Route 222 • Batavia, Ohio 45103-9777*
*Phone: (513) 732-7500 • Fax: (513) 732-7515 • Website: www.clermontsheriff.org*

FOR IMMEDIATE RELEASE

CONTACT: Chief Deputy Chris Stratton

Wednesday, July 5, 2023

(513)732-7648

On July 5, 2023, at 3:19 pm, correctional staff at the Clermont County Jail discovered a male inmate unresponsive inside of his cell (**NOTE**- the inmate was housed alone in the cell). Correctional Officers and medical staff within the facility began immediate lifesaving efforts.

At 3:21pm, the Clermont County Communications Center was contacted and additional assistance was requested from EMS personnel.

Central Joint EMS responded to the jail at 3:30pm and continued lifesaving measures. At 3:59pm the inmate, **Joseph Lisath, age 59,** was pronounced deceased.

Detectives from the Clermont County Sheriff's Office respond to the Clermont County Jail to conduct the investigation and process the scene.

There were no visible injuries detected on the deceased and there is no foul play suspected at this time.

The Clermont County Coroner's Office responded to the Jail and requested that the body of the deceased be transported to the Hamilton County Coroner's Office for an autopsy.

Lisath was booked into the Clermont County Jail on July 3, 2023 for a probation violation through Clermont County Common Pleas Court. His original charges were OVI, possession of fentanyl, possession of cocaine and heroin.

This investigation remains ongoing at this time and additional details will be made available as they develop.



« Upcom-Laurel Livtask- Shooting :

2023 National Night Out » :

## Menu

Home
County Home Page
Corrections
Public Records, Criminal Offense, and Arrest Reports
Clermont County Sheriff's Sales
Employment Opportunities
Jail Inmate Search
Most Wanted
CCW Application Information
Underage Alcohol FAQ
Sex Offenders

## Contact Us

Clermont County Sheriff's Office
4470 State Route 222
Batavia, OH 45103

Phone 513.732.7500

## Connect With Us!

# Exhibit 35

© 2024, Clermont County Sheriff. All Rights Reserved.



## LOCAL

# Medical Examiner: Oklahoma County inmate died of fentanyl overdose

by: K. Querry-Thompson/KFOR
Posted: Feb 20, 2023 / 07:09 AM CST
Updated: Feb 20, 2023 / 07:09 AM CST

SHARE   

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

OKLAHOMA CITY (KFOR) — A plaintiff in a lawsuit against the Oklahoma County Jail died of an overdose, according to a recent autopsy.

John Basco and several other inmates sued over alleged torture at the jail involving the children's song "Baby Shark."

Basco was arrested in September and was pronounced just days later. Now his family and his attorney are demanding answers.

> **Federal lawsuit filed after alleged 'Baby Shark torture' at Oklahoma County Jail** ›

"Imagine this, you call the jail and find out that your only brother, who's only 48 years old, in good health — you can see from the booking photos is clear-eyed, in good health, clear-eyed — is mysteriously dead," said Cameron Spradling, John Basco's attorney.

According to jail officials, Basco was arrested on drug trafficking charges as well as carrying or possessing a firearm as a convicted felon.

"I wasn't aware that John was even at the Oklahoma County Jail until the late afternoon of the 9th, Friday, the 9th," Spradling said.


Ad removed. Details

Last year, Basco and other former inmates filed a lawsuit claiming that in 2019, they were pulled out of their cells in the middle of the night, handcuffed and forced to listen to the song "Baby Shark" — in some cases for hours at a time.

> **State law puts wrong name on birth certificate** ›

"It's a known torture device that's used by CIA," Spradling said. "In other words, to play it on a loop for hours on end, and they just did it for sport."

Two former detention officers and their supervisor were charged. Before the end of the year, all three had either quit or resigned.

Spradling said he wanted to know what happened to Basco.


Ad removed. Details


2023 Ford F-150® Truck
1.9% APR for 72 MONTHS
VIEW OFFERS    BUILD & PRICE

### 4WARN FORECAST

| Current | Tonight | Tomorrow |
|---|---|---|
| 73° | 46° | 62° |
| Cloudy | Partly Cloudy | Partly Cloudy |

### CONTACT THE IN YOUR CORNER TEAM



### TRENDING

1. Audience brings Walters speaking event to abrupt …
2. Cold front sweeping across OK, risk for severe thunderstorms …
3. Perkins man charged in pipe bombing at Satanic Temple
4. "I'm gonna blow this block," threats from a next-door …
5. Enid teacher on paid leave pending investigation
6. Kay County family frustrated by wind turbine leak
7. Mysterious man steals woman's doorbell camera
8. Two cars, semi involved in crash in NW Oklahoma City

NEW CW43 PROGRAM GUIDE

**Exhibit 36**

"It's calm, he's clear-eyed, he knows what's up," Spradling said. "He's not going to any trouble. He was a quiet man. He was an intelligent man. That's John Basco. And John Basco was the best witness the district attorney had on the 'Baby Shark' torture case, and now he's gone."

| Police investigate shooting in northwest Oklahoma City >

The Oklahoma County Jail sent KFOR the following statement in September:

> MORE

### OKLAHOMA NEWS

- ▶ Two cars, semi involved in crash in NW Oklahoma City
- ▶ Firefighters battles house fire in NW Oklahoma City
- ▶ Mysterious man steals woman's doorbell camera

"

*Our sympathies are with Mr. Basco's family and loved ones. The State Medical Examiner's Office will determine the cause of death and the Oklahoma State Bureau of Investigations is assisting in the investigation, but we can confirm there were no obvious signs of foul play. Additionally, we would like to note Mr. Basco's lawsuit was against the previous jail administration, not against the Oklahoma County Criminal Justice Authority or the current leadership. We remain committed to providing the safest environment possible for detainees and staff.*"

- OKLAHOMA COUNTY DETENTION CENTER DIRECTOR OF COMMUNICATIONS MARK OPGRANDE

Last week, Basco's autopsy was released from the Oklahoma State Medical Examiner's Office.

Officials determined that Basco died from an accidental fentanyl overdose.

> Suggest a Correction

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT                              Powered by Taboola

Privacy Policy



Warning: The Startling Truth About K-Cups That Could Change Your Coffee Game!
Coffee Magazine



Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack
Coupon Code Finder



Discover Almost Anyone's Background with Just Their Name!
TruthFinder                    Search Now



Here's What A New Gutter System Should Cost You In 2024
Leaf Filter USA          Learn More



Grinding Or Swollen Knees? Discover the 'Bionic' Sleeve That's Changing Everything
Vitalidex               Learn More



The Truth About 24 Hour Dental Implants:
Home Dental Implant Center



How Long Does $1 Million Last After 60?
Fisher Investments       Learn More



Look For Any High School Yearbook, It's Free
Classmates



Embark on a New Adventure with D&D Beyond
D&D Beyond               Learn More



The real reason they're called flappers.
Ancestry                 Learn more

Your One-Stop Grad Shop
Snatcherly               Click here!

Top Farm Game: Easy, Relaxing, Free to Play (Try Now!)
Taonga: The Island Farm      Play Now

SUBSCRIBE NOW

### KFOR Morning Headlines

[ Enter Your Email ]          SIGN UP NOW >

Local Videos



CW 43

NOMINATE SOMEONE FOR PAY IT 4WARD!



4WARD NOMINATIONS

LATEST NEWS >



Two cars, semi involved in crash in NW Oklahoma City
Local · 31 mins ago

- ▶ Firefighters battles house fire in NW Oklahoma City
  Local · 35 mins ago
- ▶ Mysterious man steals woman's doorbell camera
  Local · 2 hours ago
- ▶ Audience brings Walters speaking event to abrupt ...
  News · 2 hours ago
- ▶ Ballerinas set world record at New York City hotel
  News · 2 hours ago
- ▶ Turtles and toupees: Weirdest things left in Ubers
  News · 2 hours ago
- ▶ Science Museum OK announces future plans for Planetarium
  Local · 14 hours ago
- ▶ Perkins man charged in pipe bombing at Satanic Temple
  Local · 14 hours ago
- ▶ Kay County family frustrated by wind turbine leak
  News · 14 hours ago
- ▶ Enid teacher on paid leave pending investigation
  Local · 14 hours ago
- ▶ "I'm gonna blow this block," threats from a next-door ...
  News · 15 hours ago

> View All News >

ON A LAPTOP? SCAN THIS QR CODE TO GET THE KFOR APP!



DON'T MISS

From the Archives: 1955 Blackwell tornado

| From the Archives: Lucille Ball

Around the House NW   Outdoor GPS   Hunger Free Project   Surprise Squad   Well-Being Revolution



41°
Portland, OR

☰   First Alert Weather   Watch Live   News   FOX 12 Investigates   FOX 12 Now   Traffic   Sports   Good Day Oregon   Rip City Remix   TV Schedule

Freeze Warning Is In Effect                                                                                    ×

ADVERTISEMENT

Ad removed. Details

# Oregon jail faces federal lawsuit after 22-year-old inmate dies during opioid withdrawal

New York, Vermont, Maryland and Utah have passed laws requiring jails to provide medication for opioid use disorder

ADVERTISEMENT

Savings for day or night. Or now. Join Prime



In this undated image provided by Haylee Wendling, family members of Colin Conner pose for a photo as they hold an image of Colin. Conner, who struggled with opioid addiction for years, lost his life to a fentanyl overdose in June 2023, just days after being released from a Salt Lake City jail. (Haylee Wendling via AP)

By The Associated Press

*Published: Feb. 22, 2024 at 2:02 PM CST*

✉ 🅵 🆇 ⓧ Ⓞ 🅻

- An Oregon man has filed a federal lawsuit alleging wrongful death and negligence in the case of his daughter who took her own life while experiencing opioid withdrawal in the county jail.
- The lawsuit claims that the county failed to provide adequate treatment for his daughter's physical and mental health needs.
- Jails in other states have reported success with programs offering opioid addiction medication to inmates.

Kendra Sawyer spoke with her dad from the Deschutes County Jail and told him she loved him. Six hours later, in the throes of opioid withdrawal, the 22-year-old took her own life.

A year later, Sawyer's father, Kent, is left wondering whether his daughter, troubled as she was, might still be alive if the jail hadn't failed to provide her with medicine to ease the agony of her withdrawal, as he claimed in a recently filed lawsuit.

"Kendra was screaming in pain and crying for hours and hours, and nobody was doing anything," Sawyer said. "No one truly deserves to die in a painful way."

ADVERTISEMENT


Watch Me.   Shriners Children's   Learn More

Oregon jails could soon see a rise in the number of inmates struggling with opioid addiction like Kendra, if efforts are successful during this legislative session to roll back Measure 110, the state's first-in-the-nation drug decriminalization law that legalized the possession of "personal use" amounts of illicit drugs such as heroin. In response, state lawmakers from both parties are pushing for more funding for medications used to treat opioid addiction in jails.

The measure, passed by voters in 2020, has come under fire as Oregon struggles with a fentanyl crisis that's fueled one of the nation's biggest spikes in overdose deaths, and overhauling it is a top priority during this year's legislative session.

The latest proposal would allow jails seeking to create or expand medication treatment programs to apply for grants from a $10 million fund. It has bipartisan support and the backing of public health advocates and some in law enforcement.

**See Also:**

ADVERTISEMENT


Learn how you can help keep our streams and waterways clean.   Clean Water It's Our Future   Click Here

## Most Read


▶ Pregnant woman from Vernonia missing for two weeks


▶ University of Oregon football player arrested after deadly hit-and-run


▶ FAA cancels ground stop for Alaska Airlines


▶ In-N-Out Burger may be coming soon to Beaverton


Man shot, killed by officers in Clark County identified

ADVERTISEMENT

Stack up

**Exhibit 37**



## MURDERED CAB DRIVER HAD 'KIND HEART'

A 30-year-old woman was sentenced to more than two decades in prison for the deadly stabbing of a Radio Cab driver last year.

"This is a policy that sets politics aside and that really is about what jails need to take care of people," said Democratic state Rep. Pam Marsh, who drafted the measure. "If we are serious about providing treatment for people, it's an obvious gap to fill."

In Lincoln County, for example, the jail currently spends nearly $50,000 a month — or more than $1,600 a dose — on addiction medication for 30 inmates, Marle Galner, the corrections sergeant who oversees the program, said in an email. The jail program on Oregon's rural Pacific Coast, about 130 miles (210 kilometers) southwest of Portland, treated 91 inmates last year, she said.

Backers of jail-based treatment programs say they save lives by allowing people to continue or start recovery while incarcerated.

ADVERTISEMENT

Roughly 60% of people in American jails have substance use disorders, federal data shows, and overdose is a leading cause of death for people newly released, partly because their tolerance diminishes when they're not using behind bars.

Yet just under a quarter of jails provide opioid addiction medication to people who had prescriptions before incarceration, and even fewer — 19% — offer treatment for people without prior prescriptions, according to the most recent federal data from the 2019 Census of Jails.

Courts, however, have recently ruled that withholding addiction treatment medication from inmates with prior prescriptions violates federal law, and more states and local counties have taken steps to expand access.

In Washington state, for example, lawmakers want to dedicate an additional $7.4 million to the issue, on top of the $7.5 million already approved in the biennial budget last year. Part of the proposed boost would come from opioid settlement funds, a month after the state attorney general announced a nearly $150 million settlement with drugmaker Johnson & Johnson. If passed by the Legislature, the supplemental funding would double the number of jails providing medication, from 19 to 38. Gov. Jay Inslee's office said in an email.

ADVERTISEMENT

Other states — including New York, Vermont, Maryland and Utah — have passed laws requiring jails to provide medication for opioid use disorder to people who already had prescriptions when they were jailed.

When Utah's law took effect last May, Colin Conner, who struggled with opioid addiction for years, had been in a Salt Lake City jail for nearly two months. By that point the jail had already discontinued his methadone, which he had been prescribed before his arrest, his father said.

Cut off from his medication, Colin went through agonizing withdrawal, Jon Tyler Conner said. His cravings returned and his drug tolerance decreased. Just days after his release last June, he died of a fentanyl overdose at the age of 32.

"If they would have treated him as they should have by law, he would have been on his methadone. He wouldn't have died," said Conner, who lives in Seattle.

ADVERTISEMENT

The Salt Lake County Sheriff's Office said in an emailed statement that it couldn't comment "due to the potential threat of litigation."

In Oregon, Sawyer filed a federal lawsuit against Deschutes County alleging wrongful death and negligence in his daughter Kendra's death. It accused the county of failing to treat her physical and mental health needs. According to the complaint, records that included information about Kendra previously attempting suicide were available to intake officers during her booking.

**See Also:**



## TREES DAMAGED OUTSIDE COURTHOUSE

A man is facing both federal and state charges, after causing more than $7,000 in damage to property around the federal courthouse in downtown Portland.

your Easter
with Prime

Join Prime

### Latest News


Man stranded in boat after running aground in Ocean Park


Man stranded in boat after running aground in Ocean Park


False shooting report triggers 'swatting incident' at Lafayette house


Two separate lawsuits accuse Portland middle school of fostering a 'racially hostile' environment


Two separate lawsuits accuse Portland middle school of fostering a 'racially hostile' environment

ADVERTISEMENT

ADVERTISEMENT

Sawyer's lawyer, Ryan Dreveskracht, said he is still waiting for Kendra's medical records but has seen no evidence that she received withdrawal medication.

Deschutes County "does not agree with the allegations in the complaint and intends to vigorously defend the lawsuit," county counsel David Doyle said in an email.

Jails in other states have had success with offering opioid addiction medication behind bars.

Since 2018, New York's Saratoga County jail has provided such medication for inmates who had prescriptions at booking, and in 2020 it started administering it to people without prior prescriptions who were identified as having an opioid addiction during intake screening.

ADVERTISEMENT

Ben Deeb, who oversees the program, said participants have had a recidivism rate of 16% since it began.

"That proves that when you give people the medications they need, you provide the education, trauma therapy and peer support they need ... that they succeed," he said. "This needs to be what corrections looks like."

States have a key role to play in boosting funding for such treatment in jails that is often overlooked, said Jonathan Larsen, legal program manager for the Center for Public Health Research at Temple University in Philadelphia.

"At the end of the day, we already know how to treat this," he said.

ADVERTISEMENT

In Oregon, Sawyer knows his lawsuit won't bring Kendra back. But he hopes his daughter's story sparks change and raises awareness.

"A little more action can save a lot more lives," he said.

Copyright 2024 KPTV-KPDX. All rights reserved.

Taboola Feed



Taboola Feed



Paw Licking Driving You Crazy? Top Vet Says To Make One Small Change
Ultimate Pet Nutrition | Sponsored



Unsold Camper Vans Are Being Sold At Low Prices (See Prices)
Frequent Searches | Sponsored



Chicago: Unsold Laptops At A Major Discount
Best Searches | Sponsored



Chicago: Small Prefab Houses For Seniors At Lowest Prices Ever
GoSearches | Sponsored



All New Electric SUVs For Almost Nothing (Must See)
Popular Searches | Sponsored    Learn More







An Official **Pennsylvania** Government Website

⊕ Translate

Media > Corrections > Details

## SCI Dallas Reports Inmate Death

03/21/2024

**Dallas, PA** – Jasen Bohinski, acting superintendent of the State Correctional Institution at Dallas, reported that inmate Tuan Tran, 63, was found unresponsive in his cell on March 19, 2024. Prison staff immediately responded and provided life-saving measures until facility medical personnel arrived. Tran was transported by EMS to Wilkes-Barre General Hospital. Tran was pronounced deceased at 11:27 a.m. on March 19, 2024.

Tran was serving a life sentence for First Degree Murder CC2502a on a Philadelphia County conviction. He arrived at SCI Dallas on March 11, 1999.

In accordance with state policy, Pennsylvania State Police were notified and will conduct an investigation. The official cause of death will be determined by the Luzerne County Coroner's Office.

The deceased's next-of-kin has been notified.

###

**Exhibit 38**

RHODE ISLAND NEWS
PROVIDENCE NOW | SUBMIT NEWS

PROVIDENCE
NOW

NEWS    WEATHER    SPORTS    COMMUNITY    WATCH    ABOUT    PROVIDENCE NOW APP


PET SUPPLIES PLUS

# Vigil and rally to be held at State House for ACI inmate's death

March 14, 2024 8:45 am by Christopher Boardman



PROVIDENCE, R.I. (WLNE) — A vigil and rally will be held at the Rhode Island State House to raise awareness for the death of ACI inmate William Washington, Jr.

It's been two weeks since Washington passed away inside of the ACI in Cranston, and one other inmate has died in that time.

"We're going to protest the ACI deaths that keep happening that seem to be for medical malpractice or medical neglect or poor medical treatment," said organizer Melanie Perez.



The protest will be followed by a prayer and then a speaking session with state legislators.

"It's just poor medical treatment. They're not being taken seriously. The inmates they're crying for help constantly and repeatedly and they keep getting the most minimum of care," said Perez. "There's something that needs to be done about it, definitely."

Perez was asked what change she'd like to see in Rhode Island regarding the treatment of inmates.

"There definitely needs to be some medical oversight, some external medical oversight into the department of corrections," said Perez.

ABC6 reached out to the ACI for comment on the incidents:

> Statement on Mr. Washington:
>
> "Earlier in the afternoon of Wednesday, February 28th, at the John J. Moran Medium Security facility, nursing staff called for medical assistance for an inmate who suddenly became unresponsive. Cranston Rescue was called, and officers and nursing staff immediately began administering life-saving measures until the ambulance arrived. The inmate was rushed to RI Hospital where he was later pronounced dead. The matter is under investigation by the State Police and the RIDOC's Investigative Unit."
>
> Statement on the second inmate:
>
> "Around 2am in the morning of Saturday, March 9th, at the Intake Service Center, an inmate alerted security staff that his cell mate appeared to be in medical distress. Nursing staff responded immediately providing medical assistance and calling Cranston Rescue. The inmate was rushed to RI Hospital where he later died. The matter is under investigation by the State Police and the RIDOC's Investigative Unit."

Categories: News, Rhode Island

   

### RELATED

   


GET A FREE QUOTE TODAY!
WINDOWWORLD.COM    (401) 285-7766

## MOST VIEWED

1. Four Guatemalan men charged in retail theft, reselling scheme
2. Boyfriend charged in suspicious death of Rhode Island teen
3. North Providence woman sentenced to over 8 years for fentanyl trafficking
4. One arrested, two hurt after Coventry crash
5. South Coast Rail project faces series of major hurdles before completion

GET A FREE QUOTE TODAY!
WINDOWWORLD.COM    (401) 285-7766

## FEATURED

Pick of the Litter

The Preserve Club & Residences Live Cam

Live Weather Cams - Providence, Rhode Island

Share your Pics with ABC6!


GET A FREE QUOTE TODAY!
WINDOWWORLD.COM    (401) 285-7766

**Exhibit 39**


Providence City Council to vote on bike lane removal ordinance


Facebook Marketplace sale leads to carjacking


Providence man arrested for DUI, illegal firearms possession

Dogs from Pawtucket hoarding home ready for adoption



## Around the Web


Who Normally Has the Cheapest Car Insurance?
Otto Quotes


Who Has the Best Car Insurance Rates in Illinois?
Otto Quotes


New Data Reveals Cheapest Car Insurance in Illinois
Otto Quotes


Here's The Average Price Of Gutter Protection For Houses Over 2500 sq ft
LeafFilter Partner


New $99 Hearing Aids Better Than $5000 Ones?
Audien Hearing


Crepe and Age Spots? the #1 "Vitamin" You Should Use
Vitaliace


#1 WINDOW REPLACEMENT COMPANY
OVER 15+ MILLION WINDOWS SOLD
GET A FREE QUOTE TODAY!
WINDOWWORLD.COM        (401) 285-7706

This Will Be a Pair of Shoes Every Man Must Have in 2024!
redfindtX

Dark Spot Age Eraser: #1 Facial Cream You Need After 50
Vibriance

Illinois: New Windows Available if You Own a Home in These Zip Codes
Nuesnconklewwsc

| NEWS | LOCAL NEWS | WEATHER | TRAFFIC | COMMUNITY | ABOUT |
|---|---|---|---|---|---|
| News | Providence | Weather | Traffic | We Love New England | About |
| Local News | New Bedford | 7-Day Forecast | Traffic Map | ABC6 Contests | ABC6 News Team |
| Regional News | Fall River | Weather Radar | | Southern New England | Advertise With Us |
| US & World News | Woonsocket | Live Weather Cams | **SPORTS** | Gas Tracker | Careers |
| Entertainment News | Warwick | Closings & Delays | Sports | Pick of the Litter | Closed Captioning |
| Special Reports | Pawtucket | Flight Tracker | ABC6 Sports Team | | DMCA Agent |
| Submit Your News | Cranston | Power Outages | Play of the Week | **WATCH** | FCC Public File |
| ABC6 Back to School | Newport | Ski Reports | | Watch | FCC Applications |
| HUB | Attleboro | | | Live News | Children's TV Report |
| | | | | TV Schedule | EEO Report |
| **SPECIAL REPORTS** | **REGIONAL NEWS** | | | Video | Standard Media Group |
| The Opioid Crisis | Rhode Island | | | Live Weather Cams | Privacy Policy |
| Our Schools | Massachusetts | | | | Terms of Use |

© Copyright 2024 WLNE Providence Operations, LLC - A Standard Media Company - All Rights Reserved

☰ Watch Live   News   First Alert Weather

Augusta, GA

3 Weather Alerts In Effect                                                                                      ✕

ADVERTISEMENT



# I-TEAM: Dying for help | How a man's mental illness in a local jail was his death sentence



By Meredith Anderson, Saint Julian Cox and Estelle Parsley
Published: Jan. 25, 2024 at 5:01 PM CST | Updated: Jan. 25, 2024 at 5:51 PM CST

✉ 🅕 𝕏 📌 in

**WARNING: SOME OF THE IMAGES YOU ARE ABOUT TO SEE ARE HEART-BREAKING AND DISTURBING. THIS STORY ALSO DISCUSSES SUICIDE. PLEASE TAKE CARE WHEN WATCHING.**

BAMBERG, S.C. (WRDW/WAGT) - This is the story of a family whose relief turned to grief.

Alan Thibodeau was a son, brother, father, and friend.

He also had a history of mental illness, so when he turned up missing, his family feared the worst.

ADVERTISEMENT

Exhibit 40

Watch Live   News   First Alert Weather



This is a photo taken shortly after Bamberg County deputies arrested Alan Thibodeau on February 14, 2022.  (WRDW)

Five months later, this is what Alan looked like when someone at the Bamberg County Detention Center finally called for medical help. Alan died at the hospital.

ADVERTISEMENT

Watch Live   News   First Alert Weather



Alan Thibodeau was admitted to the hospital after being held in the Bamberg County Detention Center for almost 5 months.  (WRDW)

Alan wasn't supposed to be behind bars. He was supposed to be in a hospital bed. Turns out, the 51-year-old was dying for help. It seemed having a

When the FOA III traveled to Virginia to interview Alan's family and friends, they made it very clear Alan's that Alan's life. He could play other instruments, but Alan was first and foremost a drummer, keeping the beat for every band he was in. He was also the youngest of four boys who were also very musical.

ADVERTISEMENT



Old photos of the siblings throughout the years, arms around each others' shoulders, wide smiles, show the closeness of this band of brothers.

"I just miss him being around. Think about him every day," said Larry.

## ARRESTED 500 MILES AWAY IN BAMBERG

Bamberg County deputies arrested Alan on Valentine's Day in 2022 after responding to a call about a burglary. They found him lying on a bed. The police reports say he admitted he broke into a house on cold night for a "place to stay and keep warm."

**EARLIER COVERAGE:**

ADVERTISEMENT



- [Bamberg County sued after mental health patient wastes](#)
- [Family speaks for first time on Bamberg County negligence lawsuit](#)

Bodycam shows him calmly sitting in the back of a Bamberg County deputy's car with his hands behind his back. His life was now in the hands of law enforcement.

Deputies took him to the Bamberg County Detention Center, where records show he needed help – not handcuffs. Records also show he was a victim of a process that moved painfully slowly as he was quickly getting worse.

## ALAN THIBODEAU FOUND UNRESPONSIVE IN JULY

On July 10, 2022, jailers find Alan unresponsive in his cell. Staff finally call for medical help. The first to arrive are deputies. A jailer's first comment captured on the deputies' body camera seems to indicate it's beginning to sink in just how bad the situation looks ... and not just for Alan.

ADVERTISEMENT



Jailer: "Please don't judge us, y'all. We've been trying to deal with this man ... but he, he, he ... now, he's not responding real well. And I'm a little scared."

Deputies aren't there to help Alan, though. They're there to help protect the jailers and medical staff from Alan.

Even though he is unresponsive, they tell him to "put shackles on him" because they warn he's been combative, and he's needed to be tased almost every time he's brought out of his cell.

Alan is lying on the floor in his cell, naked and covered in his own feces. He never says a word, but you can hear a faint moan as deputies try to move him.



## TOO WEAK TO SIT UP

Alan can't even sit up on his own, so after cuffing his ankles and wrists, Deputies drag him across the floor and lift him into a chair.

For the first time, his emaciated body comes into view from the body camera. He doesn't move at all, even as deputies cover him up or when they begin to roll him through the halls of the detention center.

His feet are dragging behind him, much like the process that brought him to this point.

### 'HE DOESN'T LOOK NOTHING LIKE HE DID'

As deputies roll Alan Thibodeau to the front of the detention center, the body camera captures a conversation where deputies seem surprised Alan is in such bad shape.

ADVERTISEMENT



Deputy: "He doesn't look nothing like he did that night – the morning – we got him."

Alan is dying. His organs are failing.

The 51-year-old is essentially starving to death.

Deputy: "He doesn't look like he's eat since he's been here."

ADVERTISEMENT



## NO MEDICATION FOR ALMOST 5 MONTHS

For 146 days, documents show, Alan hasn't had any medication, despite Alan's family telling the detention center "he cannot go extended periods of time without his meds." In an email, just days after Alan's arrest, Ed Thibodeau warns "it's dangerous and potentially life-threatening if he doesn't take them."

His medications were not a secret.

When the judge ordered an evaluation, the South Carolina Department of Mental Health received a lengthy list from Alan's hospital in Virginia. It included everything from anti-psychotics to anti-depressants to a mood stabilizer. The South Carolina Department of Mental Health also requested info from the Bamberg Detention Center, but documents show the jail said they had no records – only notes – which, it appears, no one ever provided.

## NO MEDS – BUT NARCAN?

Alan does finally get some medication once he gets to the front of the jail. After going without the medicine he so desperately needed for months, paramedics gave him a dose of Narcan. Ironically, that's a drug administered when it is believed someone has had too many drugs.

ADVERTISEMENT



## ALAN ARRIVES AT THE HOSPITAL

Bamberg County Emergency Services transported Alan Thibodeau to the Bamberg-Barnwell Emergency Medical Center. He was admitted and began

And another.

ADVERTISEMENT



Records show he had a total of six doses that day. Drugs were not the problem.

## DOCTORS AND NURSES WORK TO SAVE ALAN'S LIFE

The deputy's body camera is still rolling when Alan arrives at Lexington Medical Center. Nurses do not seem concerned Alan is a threat to anyone's safety. Deputies insist he could be dangerous.

Nurse: "Does he have to be cuffed?"

Deputy: "Yeahhhhh. Because if he wakes up, I mean he is going …"

ADVERTISEMENT



Nurse/doc: "Well, I need to be able to get an IV, and it's kind of hard."

Alan is in bad shape, and it's increasingly obvious the hospital staff knows it. Still, deputies do not budge. They insist he be restrained.

Deputy: "I just don't want him hurting you guys. That's, that's …"

Nurse: "I'm not worried about that. I don't want him dying."

ADVERTISEMENT



Alan only lived for another 12 days.

He died July 23, 2022.

## 'HE REALLY WAS A GOOD PERSON'

"Nothing excuses how he was treated," said Alan's brother, Larry. "Nothing."

Brothers Larry and Ed Thibodeau live in Virginia. Alan did too, and even though he was the baby brother, he was the one to step up when their parents got sick.

ADVERTISEMENT



"When my dad was diagnosed with cancer, my mom had a stroke. Alan was living with them, and he cared for them," Larry said. Then came their mother's breast cancer and chemotherapy.

"He was the one making sure she ate, took her medicine, you know, really cared for her. Brought her to all of her doctor's appointments," said Tracey Thibodeau, Alan's sister-in-law.

- A look at the faces of ongoing opioid crisis in CSRA
- Families, child-care providers hang from a financial cliff
- 'I was literally stunned': Deputy hit with flashlight speaks out
- The beauty business – a lack of justice?

ADVERTISEMENT



"It's those kinds of things that were like, oh, man, we look back and we're like – on top of his medication and his illness and fighting the world, he had to deal with all that kind of stuff too," said Ed.

"I mean, just shows his character, you know, he was a good person," added Larry. "He really was a good person."

For years at a time, Alan would be stable. He has a son, and his childhood best friend remained his best friend into adulthood.

"Alan was so awesome," said Michael George. "He really was. You would have loved Alan."

ADVERTISEMENT



Michael met Alan in 1980, and they've been best friends ever since. Michael even calls himself "the fifth brother." His family has old home movies of the two of them together as teenagers.

## ALAN'S MENTAL ILLNESS

Alan is described as a light to so many, but his illness took him to a lot of dark places.

He was diagnosed with schizoaffective disorder. He was also bipolar.

When unmedicated, he was hospitalized with "delusions and bizarre behavior." He would see and hear things that weren't there. At times, he'd even be catatonic.

ADVERTISEMENT

Big Size Pizza

Enjoy Delicious Pizza's

Book Table Now



His family shared cell phone video with the I-TEAM when they had to call law enforcement in Virginia. He was involuntarily committed to a mental hospital that day.

Medical records show he'd threatened suicide, but his brothers say it was more than a threat. He tried to take his life several times, and when he went missing in July of 2022, they confess – deep down – that's what they feared he had done.

Still, they hoped he would be found, and they filed a missing-person report.

They never expected the phone would ring with word he had been arrested almost 500 miles away in Bamberg.

ADVERTISEMENT



Watch Live   News   First Alert Weather

Larry: "Yes. We did! And that's the thing I think people don't understand about this – is he had schizophrenia, OK. He was a grown man. He was 51 years old. OK, legally, we had no authority, and nobody has authority over him. He can go wherever he wants. Even in conditions in Virginia, when he was ordered to stay in the hospital, after one week, he was allowed to sign himself out if he wanted to, right there. The system is entirely broken."

However, this time was different. Alan had a criminal charge to answer to, so they thought he wouldn't be able to sign himself out. They hoped he would have to get well. Friends and family told the I-TEAM, they thought he was finally on track to get the help he so desperately needed.

His brothers said they called often to check on Alan.

ADVERTISEMENT



GET THE BEST
STREAMING BUNDLE
IN WIRELESS

Meredith: "They said he was fine?"

Ed/Larry (brothers in unison): "Yes, yes. There's no mistaking that."

Meredith Anderson: " Did you have any idea he wasn't eating?"

Tracey and Cat (sisters-in-law): "No. None. No – because his attorney kept saying, 'He's fine. Yes. So happy. You know, he's laughing. He's singing.'"

ADVERTISEMENT

A letter from the Bamberg County Detention Center to the coroner echoes that. It says Alan never refused food but, instead, occasionally asked for more.

It says he "sang, laughed, and danced."

It does indicate his behavior changed quickly, calling him "erratic and aggressive," but "up spirited." It describes other concerning behavior such as collecting his own feces and rubbing it into his skin, but never once does it mention weight loss.

"You can notice when someone loses 20 pounds. He lost almost 80 pounds," said Cat Thibodeau. "And you didn't notice that?"

ADVERTISEMENT



BUY 1
GET 1  50% OFF EVERYTHING   SHOP NOW

## ALAN'S DEATH SLIPS UNDER THE RADAR – ALMOST

Alan's death in the hospital almost went unnoticed, too, at the state level. The solicitor dropped the charges against Alan days after he was admitted into the hospital. It's not likely he did that out of sympathy for Alan, who was dying in a hospital bed. With Alan is no longer facing charges, he was also no longer the responsibility of the Bamberg County Detention Center.

That doesn't just mean not responsible for medical bills but not responsible to answer for his death

When an inmate dies in custody, it automatically triggers an investigation at the state level.

With Alan no longer an inmate, he was no longer in custody. The South Carolina Law Enforcement Division, or SLED, would have no reason to look into what happened.

ADVERTISEMENT

Watch Live    News    First Alert Weather

Alan's family drove to South Carolina as soon as they got word he was in the hospital. They never expected this would be goodbye.

"How do they sleep at night? I hope they close their eyes, and they see Alan every night. I hope for the rest of their lives. I hope they're haunted by what they did," said Tracey Thibodeau.

The family might have never known something was suspicious, either, if not for the doctors and nurses at the hospital.

Two days before Alan died, documents obtained by the I-TEAM show medical staff contacted the state to report "concerns of neglect" when Alan was in the Bamberg Detention Center.

ADVERTISEMENT

Big Size Pizza

Enjoy Delicious Pizza's

Book Table Now


CONTINUE >

The state suggested contacting the Bamberg County Sheriff's Office, which staff questioned. They asked, "if it was appropriate considering their involvement." The representative at the South Carolina Department of Corrections ombudsman's office assured them that was the "correct reporting method."

Bamberg County Sheriff Kenny Bamberg told the staff to "email him the report," and he would send it to SLED. But the hospital then called SLED and emailed concerns directly.

## ALAN'S FAMILY IS NOW ALAN'S VOICE

Alan was known for his talent on the drums, but his brothers said he wanted to start using his voice and be a singer. Now, his brothers will have to be his voice – and voice for other inmates and other families – who might also be victims of a process that leaves those with mental illness dying for help.

"Look what you're doing, you know, you're gonna' help a lot of people," Ed said, as if he could talk to Alan now. "I think he would say, 'All right,' you know. That would make him happy, I think."

## WHAT'S NEXT?

SLED has investigated, and the agency recently released the results of that investigation after the I-TEAM filed a Freedom of Information Act request.

While SLED determined nothing criminal happened, the family has filed two lawsuits. They are represented by the Evans Moore Law Firm. One of the lawsuits is now in federal court. The other is working its way through the courts in South Carolina.

## TRANSPARENCY AND THE S.C. FREEDOM OF INFORMATION ACT

Body camera is not subject to Freedom of Information Act in South Carolina. With the family's blessing, the Evans Moore Law firm shared the video with the I-TEAM. The family also authorized the law firm to release medical documents to us.

The I-TEAM is continuing to investigate the treatment and death of Alan Thibodeau at the Bamberg County Detention Center.



Return To SD.Gov

NEWS.**SD**gov

Archives    Press Contacts    Agency Listservs    Subscribe

Home  >  News (Knowledge Base)

# State Prison Inmate Dies

## State prison inmate James McVay has died as the result of a suicide.

Date published: 09/04/2014

Copy Permalink

September 4, 2014
FOR IMMEDIATE RELEASE
Contact: Michael Winder, Communications & Information Manager

State Prison Inmate Dies

Sioux Falls, S.D.- State prison inmate James McVay has died as the result of a suicide.

McVay, age 44, was found hanging in his cell in the Jameson Annex to the South Dakota State Penitentiary overnight. Penitentiary staff attempted cardiopulmonary resuscitation (CPR) and an ambulance was summoned. McVay was pronounced dead before he could be transported to a local hospital.

McVay was convicted of first-degree murder in Minnehaha County and sentenced to death earlier this year. McVay pled guilty but mentally ill to the July 2011 murder of Maybelle Schein of Sioux Falls.

An autopsy will be conducted. The Division of Criminal Investigation is investigating the death. The Department of Corrections will conduct a full review of circumstances surrounding his death.

-30-

Contact Us    Accessibility Policy    Disclaimer    Privacy Policy

# Exhibit 41

MARKETPLACE
Search For & Place Classifieds

**Daily News Journal**

SUBSCRIBE NOW
$1 for 6 months


PEDIATRIC CARE OPEN AT WESTLAWN • OFF I-840   Accepting New Patients



NEWS

## UPDATE from Sheriff: 'We are saddened by the loss of life in two unrelated incidents'

*Sheriff's Office also investigating overdoses*

 **Scott Broden**
Murfreesboro Daily News Journal

Published 12:08 p.m. CT Feb. 7, 2022 | Updated 7:29 p.m. CT Feb. 7, 2022



**Kevin Henderson emerges as new deputy chief over Rutherford County jail**
Kevin Henderson talks about new role as new deputy chief over Rutherford County jail. His goal is to build confidence in staff and inmates to succeed. Scott Broden, Murfreesboro Daily News Journal

**Key Points**

- Jail staff found inmate unresponsive
- Sheriff's office has had nine inmate deaths since 2016
- The Tennessee Bureau of Investigation is investigating one of the inmate deaths
- Another inmate also went to hospital to be treated after overdose

Two Rutherford County Adult Detention Center inmates died at Saint Thomas Rutherford Hospital this weekend, the sheriff's office confirmed.

- Gage Dalling, 28, of Smithville;
- and Charles Omotunde Taiwo, 39, of Murfreesboro.

In a third case, Ashley McKinzie, 37, of Murfreesboro, was brought into booking waiting to be processed when she suffered an apparent overdose. Deputies immediately administered Narcan, sheriff's spokesperson Lisa Marchesoni said.

Emergency Medical Service paramedics treated her before taking her to the hospital where she is undergoing medical treatment.

Inmate Lanea D. Moss, 29, of Crossville, who was also waiting with McKinzie to be processed in booking, is accused of giving McKinzie an unknown substance, resulting in the apparent overdose. Moss was charged with introduction of contraband into the jail, Marchesoni said.

### More Stories



**What Los Angeles Sparks said about Rickea Jackson after WNBA Draft**
SPORTS

**Chazan Page, TSU football player, dies in Nashville hit-and-run**
NEWS

**Big Change Leaves Illinois Drivers Furious**
Otto Quotes | Sponsored Links

*We're always working to improve your experience. Let us know what you think.*




Pamper yourself for less
COSTCO   SHOP NOW


MMC PEDIATRICS
PEDIATRIC CARE OPEN AT WESTLAWN OFF I-840

Prior to the afternoon press release about what happened at the jail, Rutherford County District Attorney General Jennings Jones confirmed Monday morning he asked the Tennessee Bureau of Investigation to investigate the two inmate deaths.

"That's standard procedure," Jones said, "because they were deaths that occurred in custody."

Jones also said it's appropriate that the outside agency should investigate what happened.

**Exhibit 42**



Skip The To-Do List &
Start Your Too-Fun List.

Harmony
at Victory Station
Family Dancing Studios

Click to make your heart
Chapter the Best Yet

The Rutherford County Sheriff's Office called Jones twice to notify him about each inmate death at the Adult Detention Center.

"The investigation itself will determine the cause and manner of death," Jones said.

**Heroine smuggled into jail:** Inmate treated for heroin overdose at Rutherford County Jail

Get the **Daily Briefing** newsletter in your inbox.

Start your day with the morning's top news

Delivery: Daily

Your Email →

PEDIATRIC CARE
OPEN AT WESTLAWN
OFF I-840

Accepting New Patients

MMC
PEDIATRICS
Your health is our mission.

### Jail staff found Dalling unresponsive

The jail is overseen by sheriff's Deputy Chief Kevin Henderson, who started his position Nov. 1 after a 30-year career in correctional services in Shelby County in the Memphis area.

Henderson, according to the press release, said a detention officer conducting routine checks of inmates found Dalling unresponsive in his cell Friday morning.

Detention officers began cardiopulmonary resuscitation until medical staff working at the detention center took over. Rutherford County Emergency Medical Services paramedics responded to treat Dalling and transported him to the hospital where he later died.

Sheriff Mike Fitzhugh also requested the TBI investigation pertaining to Dalling's death, according to the press release

"We are saddened by the loss of life in two unrelated incidents," Fitzhugh said in the press release. "Our hearts go out to their families and friends. Deputies and medical staff gave their best efforts to save their lives."

Dalling's death remains an active and ongoing investigation, TBI spokesperson Susan Nilund said.

The sheriff said his office takes drug smuggling into the jail seriously.

"Every new person coming into the jail undergoes searches and scans with state-of-the-art technology," the sheriff said. "We have seen a noticeable increase in people attempting to bring drugs into the jail here and in jails across the state of Tennessee."

Deputies, for example, also had to investigate the heroine overdose of an inmate in November 2021. Jail medical staff administered a Narcan medication to revive the

unidentified inmate.

"Despite our best efforts, people still find a way to smuggle in dangerous drugs," the sheriff said. "We take every death seriously and will continue our efforts to keep inmates safe and provide the best medical treatment available."

Fitzhugh said deputies work tirelessly to process thousands of people through the detention center annually without incident.

"The preservation of life remains our core mission," Fitzhugh said.

## Sheriff's office has had nine inmate deaths since 2016

**DIG DEEPER**
**Sheriff's issues**

→ Death of inmate unresolved: 'His momma needs to know what happened'

→ 'We are saddened by the loss of life' sheriff says after 2 inmates die

→ Inmate treated for heroin overdose at Rutherford County Jail

→ Sheriff hires Kevin Henderson to oversee Rutherford County jail

Dalling's death was two days before inmate Taiwo died.

A detention officer patrolling the cells found Taiwo lying on the floor in his cell and began CPR Sunday evening, according to the press release. Responding medical staff continued administering CPR until paramedics took over and transported him to the hospital where he later died.

*Advertisement*

The press release also stated that Detective Joseph Duncan, who is investigating, said it appeared Taiwo fell from his bed, causing an injury. An autopsy was requested to determine cause of death. TBI assisted and handed the case back to sheriff's detectives.

Nine inmates have died while in custody of the Adult Detention Center since 2016, and this includes deaths that occurred in hospitals, according to the press release.

Four of the deaths occurred in 2016 prior to Fitzhugh becoming sheriff January 2017. One death occurred in 2017 and involved the suicide of inmate Joseph Allen Bauer by hanging.

One inmate death happened in 2018 and another in 2021.

*Reach reporter Scott Broden with news tips and questions by emailing sbroden@dnj.com or calling 615-278-5158. Follow him on Twitter @ScottBroden.*



The Rutherford County Adult Detention Center in Murfreesboro on Wednesday, Dec. 7, 2016. The State recently decertified the Rutherford County jail. HELEN COMER/DNJ



Taboola Feed



These Barefoot Shoes are Leaving Neuropathy Experts Baffled

Barefoot Vitality | Ad



Illinois Drivers Enraged Over New Road Rule

Otto Quotes | Ad    Learn More



Unsold Ductless AC Units Cost Almost Nothing To Run (Take A Look)

GoSearches | Ad




# Man awaiting murder trial in Liberty County killed in prison

By Bluebonnet News - January 12, 2023















Luken, Daniel

A man facing a murder charge in Liberty County reportedly was bludgeoned to death by his cellmate at the Gib Lewis Unit in Woodville, Texas. According to a statement from the Texas Department of Criminal Justice, Daniel Luken, 56, was found by TDCJ staff in the early morning hours of Jan. 6 in his cell with "injuries consistent with a physical assault."

Life-saving measures were performed on Luken, and he was taken by ambulance to Tyler County Hospital in Woodville, where he succumbed to his injuries. He was pronounced dead at 3:43 a.m.

Luken's cellmate, Jason Mark Ryder, is being accused of causing Luken's death, though the motive for the assault is unclear at this time.



Both men were incarcerated for violent crimes. Luken first entered the TDCJ system in 1986 to serve a 45-year sentence for Burglary of a Habitation with Intent to Commit a Sexual Assault (Harris County) and a 30-year sentence for Aggravated Sexual Assault With a Deadly Weapon (Harris County). While incarcerated, he received three additional sentences: a 7-year sentence for Aggravated Assault of a Correctional Officer (Walker County), a 2-year sentence for Prohibited Substance in a Correctional Facility (Jefferson County) and a life sentence for Aggravated Assault of a Correctional Officer (Anderson County).

After his early release from prison, Luken was required to register as a sex offender. In May 2022, Luken became one of two suspects accused of the shooting death of Christopher Aaron Jorgensen off CR 126 in the Moss Bluff area of south Liberty County. The other suspect, Jorgensen's neighbor Edwin Thomas Baty, is still awaiting trial in Liberty County.



**Exhibit 43**

FOR LEASE INFORMATION, CALL 936-336-5782



The Law Office of
**LOGAN PICKETT**

■ Criminal ■ Probate ■ Real Estate

BOARD CERTIFIED IN CRIMINAL LAW BY
TEXAS BOARD OF LEGAL SPECIALIZATION

524 TRAVIS ST., LIBERTY · 936-336-5639

---

**Brazos Transit District**

Applications are available at www.btd.org. Resumes not accepted in lieu of application.

| | |
|---|---|
| Position Title: | Vehicle Operator - CDL Full-time |
| Location: | Liberty/Dayton/Annex |
| Hourly Rate: | $16.00 |
| Position Available: | Immediately |
| Qualifications: | Must be able to pass DOT physical and drug screen. Must have Class B CDL with Passenger Endorsement |
| Posting Date: | 2/2/2024 |
| Closing Date: | Until Filled |
| Posting #: | 629-2024 |

All applications must be sent to: Brazos Transit District, Attn: Human Resources 2117 Nuches Ln, Bryan, Texas 77803.

Brazos Transit District is an equal opportunity employer and will not discriminate against an employee or applicant for employment because of race, color, religion, gender, age, marital status, national origin, or physical disability unless based upon a bona fide occupational qualification. If you believe you have been discriminated against, you should notify the EEO Officer or the EEO Commission. Brazos Transit District is a Drug & Alcohol-Free Workplace.

---

**Brazos Transit District**

Applications are available at www.btd.org. Resumes not accepted in lieu of application.

| | |
|---|---|
| Position Title: | Vehicle Operator- Non-CDL Full-time |
| Location: | Liberty County |
| Hourly Rate: | $14.00 |
| Position Available: | Immediately |
| Qualifications: | Must be able to pass DOT physical and drug screen. Must have valid Cat C driver's license. |
| Posting Date: | 2/2/2024 |
| Closing Date: | Until Filled |
| Posting #: | 630-2024 |

All applications must be sent to: Brazos Transit District, Attn: Human Resources 2117 Nuches Ln, Bryan, Texas 77803.

Brazos Transit District is an equal opportunity employer and will not discriminate against an employee or applicant for employment because of race, color, religion, gender, age, marital status, national origin, or physical disability unless based upon a bona fide occupational qualification. If you believe you have been discriminated against, you should notify the EEO Officer or the EEO Commission. Brazos Transit District is a Drug & Alcohol-Free Workplace.

---

| Luken, Danny | Ryder, Jason Mark | Baty, Edwin Thomas |
|---|---|---|

Mark Ryder, the man now accused of Luken's murder, was first received at TDCJ on June 3, 2022, to serve a 50-year sentence for Injury to a Child (Brazoria County). While incarcerated, he received an additional 20-year sentence for Murder (Walker County).

Earlier this week, the Liberty County District Attorney's Office filed paperwork to end the murder charge against Luken as he is no longer able to stand trial. A trial date for Baty has not been set, though his case is up for a docket call in May 2023 before 253rd State District Judge The Honorable Chap Cain.

Baty also has a prior conviction from April 2008 for Aggravated Sexual Assault of a Child.

**SHARE THIS:**

 Twitter    Facebook

**LIKE THIS:**

☆ Like   Be the first to like this.

| PREVIOUS ARTICLE | NEXT ARTICLE |
|---|---|
| LIBERTY COUNTY JAIL ARREST REPORT, JAN. 9, 2023 | LIBERTY MAYOR, CITY MANAGER SHARE NEWS OF FUTURE DEVELOPMENTS AT STATE OF THE CITY ADDRESS |

**Bluebonnet News**

Before creating Bluebonnet News in 2018, Vanesa Brashier was a community editor for the Houston Chronicle/Houston Community Newspapers. During part of her 12 years at the newspapers, she was assigned as the digital editor and managing editor for the Humble Observer, Kingwood Observer, East Montgomery County Observer and the Lake Houston Observer, and the editor of the Dayton News, Cleveland Advocate and Eastex Advocate. Over the years, she has earned more than two dozen writing awards, including Journalist of the Year.

**Leave a Reply**

Write a comment...

Comment

This site uses Akismet to reduce spam. Learn how your comment data is processed.

---

Type your email...   **Subscribe**

**ABOUT US**

*Bluebonnet News is the only news source for all of Liberty County and the surrounding area. Our goals are:*

- to inform the community of breaking news and issues that impact residents' daily lives;
- promote local schools, churches and organizations;
- provide a free resource for citizens to discuss and share information;
- encourage people to shop local, eat local and drink local to promote businesses; and
- provide an effective advertising platform for employers, businesses and entities.

**BLUEBONNET NEWS**


Report this ad

☰ ⚲      *The Salt Lake Tribune*      SUBSCRIBE   LOG IN

# Utah prison officials investigate inmate death as homicide

Few details about the death have been released.




Help Partners In Health bring health care to Haiti!
Partners In Health — LEARN MORE
Report this ad
Forme

(Rick Bowmer | AP) In this Feb. 25, 2015 photo, a watch tower is pictured at the former Utah State Correctional Facility in Draper, Utah

By Scott D. Pierce | Aug. 29, 2022, 8:53 a.m. | Updated: 10:16 a.m.

💬 Comment

The death of a Utah prison inmate is being investigated as a homicide, according to the Utah Department of Corrections.

Ted Davey, 62, was found dead early Sunday at the Central Utah Correctional Facility in Gunnison's Henry facility, according to a news release. The Utah State Bureau of Investigation is investigating.

Officials provided no information about how Davey died, where his body was found, or if investigators have identified a suspect or suspects. Officials said Davey's family has been notified of his apparent killing.

Report this ad

## IN CASE YOU MISSED IT

 Pay disparities equal 2 months of free labor for this group of Utah tech workers

 Here's one solution to save water and generate clean power in Utah

 PREMIUM
Rent went up sharply along the Wasatch Front in 2022. The data tell different stories about 2023.

Davey had been serving a sentence for four third-degree felonies for driving under the influence of alcohol or drugs.

The Henry facility is one of three housing facilities at the Gunnison prison. Within the Henry Facility, there are four separate housing units, according to the corrections department.


Your Las Vegas 2024 Speakers Are Here— Meet Them Now!
Programmatic IG
Report this ad


Report this ad

More information about where Davey was housed within the Henry facility or the location of his apparent killing was not immediately available.

 spierce@sltrib.com  Donate to the newsroom now. The Salt
✗ Follow @ScottDPierce  Lake Tribune, Inc. is a 501(c)(3) public charity and contributions are tax deductible.

**FROM THE WEB**    Recommended by Outbrain ▷

**Exhibit 44**

Vermont Public

● Watch Now    ♥ DONATE

Vermont Public
BBC Newshour

NEXT UP: 10:00 AM 1A    ✈ All Streams

WATCH & LISTEN ▾   SHOWS ▾   NEWS ▾   MUSIC ▾   KIDS ▾   SUPPORT US ▾   ABOUT ▾   CONNECT ▾   HELP ▾   SEARCH

SCHEDULES

Local News

# Vermont State Police are investigating the 11th prison death this year

Vermont Public | By **Jenn Jarecki, Liam Elder-Connors**
Published November 6, 2023 at 2:07 PM EST

 



John Dillon / Vermont Public

Vermont State Police are investigating the death of an incarcerated person Sunday at Southern State Correctional Facility in Springfield.

Vermont State Police are investigating the death of an incarcerated person Sunday at Southern State Correctional Facility in Springfield.

The Department of Corrections informed VSP Sunday afternoon that 37-year-old Dennis Mayotte of North Springfield had died of an apparent suicide.

DOC staff tried life saving measures while awaiting the arrival of emergency medical personal, who later pronounced Mayotte deceased at the scene, that's according to VSP in a press release.

Police say Mayotte's death does not appear to be suspicious, but the investigation is ongoing. The chief medical examiner's office will conduct an autopsy to determine the cause and manner of death. The Defender General's Prisoners' Rights Office will conduct its own review of the incident, which is a standard practice when someone dies in prison.

Mayotte was arrested on October 26 on charges of first degree arson, among others. He's been held alone in a cell since he was incarcerated, though he spent a few days in the hospital, said Interim DOC Commissioner Al Cormier during an interview on Monday.

Cormier declined to say why Mayotte had been hospitalized, but he said Mayotte was on suicide precautions when he died which means staff were suppose to check on him every 15 minutes. DOC will review the incident to see if that protocol was being followed, Cormier said.

"That's part of the fact finding that we will engage in with the documentation, the videos from from the camera system and so forth," Cormier said.

Mayotte is the 11th incarcerated person to die in Vermont this year.

**Have questions, comments or tips?** Send us a message.

Updated: November 6, 2023 at 4:51 PM EST

*This story has been updated with additional information from the Department of Corrections.*


34TH ANNUAL VBSR CONFERENCE
IN OUR HANDS
May 9th at Hula in Burlington

Enter your email to sign up for *The Frequency*

Vermont Public's daily news update, sent weekday mornings.

Email Address *

[                    ]

Submit

See more subscription options


GAL
Guardian ad Litem
FOR CHILDREN
Make a difference.
Give voice to a Vermont child in need.
VOLUNTEER NOW


Inspire a future of truth, curiosity and discovery.
The Vermont Public Legacy Society.
PLAN YOUR LEGACY

**Exhibit 45**

Corrected: November 8, 2023 at 4:08 PM EST

*A previous version of this article misidentified the number of prison deaths in Vermont this year. The mistake has been corrected.*

**Tags**  Local News   Local News   Vermont State Police

### Jenn Jarecki

See stories by Jenn Jarecki

### Liam Elder-Connors

Liam is Vermont Public's public safety reporter, focusing on law enforcement, courts and the prison system.
See stories by Liam Elder-Connors

## Latest Stories


Crews conduct controlled burns in Green Mountain National Forest
12 hours ago


Lawmakers advance property tax bill, with little relief for this year
13 hours ago


It's a high-risk time for fires in Vermont, says National Weather Service
15 hours ago



**Vermont Public**

**Stay Connected**

ABOUT
About Us
Announcements
Our Team
Board of Directors
Community Forum
Careers & Internships

POLICIES & REPORTS
Privacy Policy
Ethics, Editorial and Other Policies
EEO Reports & Statement
FCC Applications
Financial Information

SUPPORT US
Donate Now
Update Membership
Philanthropy
Legacy Giving
Business Sponsorship
Donate Your Car
Vermont Public Passport

Vermont Public is independent, community-supported media, serving Vermont with trusted, relevant and essential information. We share stories that bring people together, from every corner of our region. New to Vermont Public? Start here.

© 2024 Vermont Public | 365 Troy Ave. Colchester, VT 05446

**Public Files:**
WVTI · WDEM · WVBA · WVNK · WVTQ · WVTX
WVPR · WRVT · WOXR · WNCH · WVPA
WVPS · WVXR · WETK · WVTB · WVER
WVER-FM · WVLR-FM · WBTN-FM

For assistance accessing our public files, please contact hello@vermontpublic.org or call 802-655-

Email address



## INMATE DIES AFTER 'IN-CELL ATTACK' AT VIRGINIA PRISON, CELL MATE IS SUSPECT

HOME ▸ NEWS LIST ▸ NEWS POST

SUSSEX COUNTY, Va. -- Officials said an inmate has died after he was attacked in his cell inside Sussex I State Prison Wednesday morning.

Virginia Department of Corrections spokesperson Lisa Kinney said 45-year-old Pakastan Algier Gary suffered life-threatening injuries during "an apparent offender-on-offender fight" just after 10:30 a.m.

The suspect is Gary's cellmate, Frank Elmo Reid.

In 2015 - Richmond police say Reid abducted two city law firm workers at gunpoint, shooting one in the head before turning the gun on police.

Everyone survived the incident.

Reid was indicted on 10 charges in January of 2016.

There were 1,130 inmates at Sussex I State Prison as of July 2019, according to online data from the Virginia Department of Corrections.

Sussex I is located in rural Sussex County and is just over an hour away from the City of Richmond.

*This is a developing story, so anyone with more information can submit a news tip here.*

*BY WEB STAFF*
*WTVR-6*



© Copyright 2021 Prince George County, VA   |   Sitemap        All rights reserved. Powered by revize, Government Website Experts. Login

**Exhibit 46**



SHADY RAYS

The Seattle Times

**Law & Justice**

Newsletters | Log In | Subscribe

LOCAL   BIZ   NATION   SPORTS   ENTERTAINMENT   LIFE   HOMES   OPINION   |   THE TICKET   JOBS   EXPLORE   ✓ All Sections

Politics   Law & Justice   Watchdog   Mental Health   Project Homeless   Education   Traffic Lab   Eastside   Climate Lab   Obituaries



Health | Law & Justice | Local News | Local Politics | Northwest

## Investigation finds more deadly delays in cancer diagnosis and treatment at Washington state prisons

March 29, 2021 at 11:59 am | Updated March 30, 2021 at 10:27 am




You're One Step Closer to Reaching Your Goals. Break a Sweat and Rock Your Life at One of Our 7 Locations Today!

Learn More ›

1 of 2 | Michael Boswell with his mother, Rhonda Clemens, in February 2020. Boswell died of cancer at the Washington State Penitentiary in Walla Walla in July 2020. He was denied proper diagnosis and care by the Department of Corrections... (Courtesy of Rhonda Clemens) More ⌄

By Jim Brunner
*Seattle Times political reporter*

The cracked, bleeding lesion on Michael Boswell's back started out the size of the end of a Q-tip, his sister recalls, but rapidly grew to the size of a half dollar, and then a silver dollar coin.

Incarcerated at the Washington State Penitentiary in Walla Walla, Boswell filed grievances and pleaded for treatment back in May 2019, but was rebuffed for months by prison medical staff, who said the growth was benign.

When he finally got the lesion surgically removed in September 2019, a test showed it was a malignant melanoma. A surgeon recommended "urgent" action, including scans and another surgery, which the Department of Corrections delayed for several months.

By the time Boswell had his first chemotherapy session in June 2020, the aggressive skin cancer had spread too far. He died a month later at age 37.

"He told them we have family history of cancer. They ignored it," said Boswell's sister, Meagan Kineman, by phone from Georgia. "They literally turned a blind eye."

Boswell's story is detailed in a critical new investigative report by the Office of the Corrections Ombuds (OCO), which examined 11 cases of delayed cancer diagnosis and treatment for state prison inmates over the past few years.

RELATED

- As the Washington Department of Corrections struggles with health care, cancer patients say they suffer
- The head doctor at Monroe prison was fired over alleged negligent care. Now seven inmate deaths are under investigation

**Exhibit 47**

In addition to Boswell's death, several of the other men whose cases are recounted in the report have been told their cancers are now certainly or likely terminal, with at least two released to die at outside hospitals or other settings.

The men range in age from 35 to 68. They complained of symptoms including bloody urine and feces, recurring abdominal pain and shortness of breath, but were brushed off or not taken seriously enough, the OCO report indicates.

It took an average of 6.5 months for DOC medical staff or outside providers to diagnose the men's cancers after initial symptoms — far longer than the one-month target identified by the World Health Organization and other experts, according to the report. One man was not diagnosed for 17 months.

Such delays have been a recurring problem called out in previous OCO reports, which recounted failures leading to the cancer deaths of two inmates at Monroe Correctional Complex. The new report goes broader, examining cancer-care delays at prisons across the state.

"We obviously are concerned about what we are finding," said Joanna Carns, the OCO's director. "We keep doing these reports because the problem doesn't go away."

In a written response to the report, the DOC acknowledged the cases highlighted by the ombud's investigation "do not meet our goals" for health care.

"It is not acceptable for those under our care to experience waits for diagnostics and treatments that could potentially impact their well-being," the DOC response said.

A DOC spokesperson, Jacque Coe, said in an emailed statement Friday, that the agency has taken "numerous actions to improve the efficiency, accuracy and timeliness of diagnosis and treatment of cancer patients in our Department's care."

DOC also has asked the Legislature for more money to fund needed staffing increases as well as an electronic health records system, Coe said.

"The Department takes very seriously its responsibility to deliver quality health care to individuals in its custody, and will continue to seek ways to improve the reliability and quality of patient health care," Coe added.

The DOC has seen a shake-up in its top leadership ranks in recent months, including Secretary Stephen Sinclair, who announced his retirement Jan. 26 after more than three decades with the agency.

A draft of the OCO report was delivered to Gov. Jay Inslee's office on Jan. 14, according to Carns. The report was written by Dr. Patricia David, the DOC's former director of medical quality, who left to work for OCO, the prison watchdog agency that reports to the governor.

For Boswell's family, any improvements to cancer care at DOC will come too late.

Kineman has relentlessly probed her brother's death, poring over medical records and cooperating with the OCO investigation. (The new OCO report does not identify any of the 11 inmates whose treatment it examined by name due to medical privacy laws, but Kineman confirmed her brother was the "Patient A" described in the report.)

## Most Read Local Stories

1. Seattle studied dozens of sites for housing growth. These 25 got picked
2. Norway's crown prince visits Seattle to discuss sustainability
3. WA declares statewide drought emergency following poor snowpack
4. Seattle police shoot, kill person at DoubleTree hotel in Tukwila
5. WA governor candidate Semi Bird sues 'in essence' for financial crime

While some DOC medical staff appeared to have genuinely tried to help Boswell, Kineman said, "there were a select few that killed him," pointing to one DOC medical staffer she said downplayed her brother's symptoms for months.

By the time Boswell died, his cancer had spread throughout his body. His eyes bulged, his skin was yellow, and black spots covered him from head to toe, said Kineman, who visited her brother days before his death.

"He progressed so fast. It's ungodly," Kineman said. "Honest to God. If he would have had the treatment, he would have been with us today."

Sponsored

Kineman and Boswell's mother, Rhonda Clemens, have testified before the Legislature this year, asking for reforms to prevent other inmates and families from going through what they've endured.



They've backed a proposal, Senate Bill 5119, which would require expert reviews of "unexpected fatalities" at state prisons and county jails, with reports to be posted publicly. The bill has passed the state Senate and is advancing in the House.

### We need your support

*In depth journalism takes time and effort to produce, and it depends on paying subscribers. If you value these kinds of stories, consider subscribing.*

**Subscribe**

Boswell had been serving a sentence of more than 30 years for the 2011 attempted murder of his ex-girlfriend, whom he shot and poisoned in what he maintained was an attempt to kill himself gone awry, according to a report in The Columbian newspaper.

Despite his crime, Kineman said, her brother and other imprisoned people don't deserve to suffer because of incompetence or indifference. "Yes, they are in prison and yes, they have made mistakes but they deserve treatment," she said.

The state has a legal obligation to provide adequate medical care to prisoners under the Eighth Amendment to the U.S. Constitution, which forbids "cruel and unusual" punishment.

Kineman said her brother worked making wooden furniture while in prison, growing extremely skilled at the craft and developing respect among some

correctional officers could clearly have worked with the need.

Kineman said she and the rest of her family have not taken legal action against the DOC because they are focused on reforms to help other prisoners and their families.

"We are not doing this for the money, we are doing this for the change," she said.



Jim Brunner: 206-515-5628 or jbrunner@seattletimes.com; Seattle Times political reporter Jim Brunner covers state, local and regional politics.

The Seattle Times closes comments on particularly sensitive stories. If you would like to share your thoughts or experiences in relation to this story, please email the reporter or submit a letter to be considered for publication in our Opinion section. You can read more about our community policies here.

Recommended in *The Seattle Times*









Oldest living conjoined twins, Lori and George Schappell, die at 62

Amanda Knox faces a new slander trial in Italy that could remove the last legal stain...

Four people charged in the case of 2 women missing from Oklahoma

Why a WA cop group holding a MAGA member to account is a big deal

63° SIGN UP



LOCAL NEWS

# New allegations emerge on Quantez Burks' death at Southern Regional Jail

by: Jessica Farrish
Posted: Feb 21, 2024 / 11:15 PM EST
Updated: Feb 21, 2024 / 11:15 PM EST

SHARE    

BECKLEY, WV (WVNS) — Attorneys representing the family of Quantez Burks, who died while incarcerated for a pre-trial offense at Southern Regional Jail in March of 2022, allege that the company contracted to provide medical care to inmates failed to help Burks.

Later, while guards were allegedly beating him, one of the nurses is now accused of suggesting Burks' body be injected with insulin, to make the death appear natural.

In documents obtained by 59News, Beckley attorney Stephen New, civil rights attorney Benjamin Crump and attorneys Matt Harman and Eric Frederickson of Harman Law Firm in Atlanta, Ga., allege PrimeCare Medical staff ignored protocols for inmates to get immediate outside care.

Furthermore, the attorneys claim that medical staff allowed Southern Regional Jail staff to use private, unmonitored medical rooms to abuse inmates without fear of being recorded, and that PrimeCare medical staff falsified medical records to cover up inmates' injuries at the hand of Southern Regional Jail staff.

**Mother questions policies at Southern Regional Jail after son reportedly overdoses in jail ›**

**Exhibit 48**

The allegations regarding PrimeCare Medical Inc., the parent company of the now-bankrupt PrimeCare Medical of West Virginia, were shared exclusively with 59News on Wednesday, February 21, 2024.

**WV Division of Corrections and Rehabilitation agrees to pay $4 million in SRJ civil rights lawsuit  ›**

PrimeCare Medical staff provided care to Southern Regional Jail inmates, including Burks.

ADVERTISEMENT



Burks, 37, was arrested on charges of wanton endangerment and obstructing an officer on Feb. 28, 2022, after telling officers with Beckley Police Department that he had fired a gun at his tenant's cat.

**Daughter says complaint shines light on father's death at Southern Regional Jail  ›**

Beckley attorney Stephen New, civil rights attorney Benjamin Crump and attorneys Matt Harman and Eric Frederickson of Harman Law Firm in Atlanta, Ga., allege PrimeCare medical staff noted when Burks was admitted that he had a pre-existing condition of hypertension, or high blood pressure.

At 5 a.m. on March 1, attorneys told 59News, Burks was taken to the medical department while complaining of chest pain and a Prime Care nurse recorded his blood pressure reading at 160/110 mmHg and administered Clonodine, a blood pressure medicine.

**Mother of Quantez Burks asks Gov. Justice about her son's death during town hall  ›**

Nurse Tara Davis checked Burks' blood pressure at 7:30 a.m., attorneys alleged, and recorded it at 220/80 mmHg, a medical emergency, but failed to call 911 or make an effort to provide emergency care for Burks.

ADVERTISEMENT

READ NEXT >

Lewisburg man killed after car accident in Summers County



READ NEXT >

Next story in 5                                                Cancel

Attorneys alleged on Wednesday that Burks attempted to exit his pod, C-Pod, in an effort to get medical help, and multiple guards then beat and seriously injured him. Then, at 10:03 a.m., they allegedly handcuffed Burks and lifted him from the floor.

ADVERTISEMENT

The documents alleged that Burks, who had a life-threatening medical emergency, was then bleeding profusely as officers forced him down the hallway and into "Interview Room E," which did not have surveillance cameras.

The documents allege PrimeCare nurse Kayla Maynard, responded to guards' call for a nurse inside the room.

The attorneys allege guards pepper sprayed and "brutally" beat Burks while Nurse Maynard was present and that she did not intervene or try to provide appropriate medical care for Burks.

Guards allegedly moved Burks, who was bleeding and still having a medical emergency with his blood pressure, into the "A Pod," where, attorneys allege, Burks was unable to stand.

**Criminal investigation underway into the death of SRJ inmate** ❯

The documents allege that, instead of immediately providing medical care to Burks, Nurse Maynard suggested to the officers that "she could administer an overdose of insulin to Quantez to cover up his cause of death."

ADVERTISEMENT

Burks' family attorneys allege Burks died in the A Pod.

The West Virginia Medical Examiner's Office later ruled Burks died of natural causes related to heart disease, based on data provided to 59News by WVDCR officials under a Freedom of Information Act request.

**READ NEXT >**

Lewisburg man killed after car accident in Summers County



**READ NEXT >**

Next story in 5

ADVERTISEMENT

The attorneys alleged on Wednesday that Nurse Maynard falsely told investigators that Burks was combative and resisting in the interview room, and she told investigators she had not seen anyone strike Burks in the interview room.

**Family of Quantez Burks say they want change at Southern Regional Jail, after guards plead guilty to conspiracy** ›

Eight of the guards –Mark Holdren, 39, Cory Snyder, 29, Jonathan Walters, 35, Jacob Boothe, 25, Ashley Toney, 23, Steven Nicholas Wimmer, 24, and Andrew Fleshman, 21, were charged in U.S. District Court in relation to Burks' death.

Some were charged with providing false statements to investigating officers.

Fleshman and Wimmer have pleaded guilty.

ADVERTISEMENT

Ad removed. Details

A former lieutenant, Chad Lester, 33, is also charged in federal court in relation to Burks' death.

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Privacy Policy

**SPONSORED CONTENT**

**The Surprising Truth: Why Shoppers Are Quitting Prime for This Clever Hack**
Online Shopping Tools

**READ NEXT** ›

**Lewisburg man killed after car accident in Summers County**



**READ NEXT** ›

Next story in 5

MARKETPLACE
Search For & Place Classifieds

milwaukee **journal sentinel**

SUBSCRIBE NOW
$1 for 6 months

News   Sports   Packers   Business   Suburbs   Advertise   Obituaries   eNewspaper   Legals   ⌄   🔍   40°F ☁   Subscribe   Sign In ⌄

Advertisement - scroll for more content



ARCHIVES

## Deaths in Detention: Improper, inadequate treatment results in deaths of sick prisoners



**Gina Barton**
Milwaukee Journal Sentinel

Published 6:29 a.m. CT Aug. 23, 2021

f   X   ✉   ↗



Jeremy Cunningham hugs his son, Jaden Cunningham. Jeremy Cunningham's mother, Cynthia Telford, hoped that while her son was in custody he could get treatment for drug and alcohol addiction. Credit: family photo *Family Photo, Milwaukee Journal Sentinel*



*This story was originally published Feb. 4, 2014.*

In the middle of the night, locked in the Milwaukee Secure Detention Facility, Jeremy Cunningham started to shake. The violent tremors woke Ishmeil Washington, who was sleeping in the bunk below his.

Keith Bowman, lying on a mattress on the floor, saw the convulsions, too.

The two men also heard Cunningham gasping for air, gurgling and wheezing.

Here's what happened next, the two men later told investigators:

Washington pressed the emergency button to call a guard.

Advertisement



More Stories

Milwaukee police ask for help finding critically missing woman
NEWS

Man gets 30 years for killing Milwaukee basketball coach
NEWS

Here is the real cost of full mouth dental implants in 2023
Suggest-me | Sponsored Links

We're always working to improve your experience. *Let us know what you think.*

"What is your medical emergency?" Department of Corrections Sgt. Jay Suttle asked over the intercom.

Washington told Suttle his cellmate was having a seizure.

Instead of sending help, Suttle told Washington to go back to bed.

The next morning, Cunningham was dead.

Advertisement

**Exhibit 49**

Cunningham, 34, was one of 10 people over a five-year period to die in the custody of law enforcement throughout Milwaukee County after their medical or psychiatric conditions were improperly monitored or left untreated, a Milwaukee Journal Sentinel investigation found.

The 10 deaths — among 18 in custody between 2008 and 2012 — show that Milwaukee-area detention facilities run by the city, county and state all fall short when it comes to dealing with medical emergencies, sometimes with fatal consequences.



The city lockup, where prisoners may be held for up to three days, doesn't employ medical practitioners. At the county jail and House of Correction, inadequate staffing levels and substandard care have persisted for more than a decade despite a judge's order to solve the problems. And at the state-run Milwaukee Secure Detention Facility, corrections officers went years without rules for what to do when inmates reported medical emergencies over the intercom.

Jailers have a constitutional obligation to protect prisoners, which includes addressing medical and mental health conditions, said Ronald Shansky, a physician who has spent more than 12 years conducting court-ordered monitoring of conditions at the Milwaukee County Jail and House of Correction.

Advertisement

Meet the 2024 Honorees

"The inmate is completely dependent," he said. "Unless the system creates the opportunity for the medical tests to be done, the medications to be provided, it's not going to happen."

### Rules Called For Monitoring

Wanted for parole violations, Cunningham turned himself in on June 21, 2011, knowing he would likely be arrested because he had skipped several appointments with his parole officer. His mother, Cynthia Telford, gave him a ride to the parole office. From there, he was sent to the Milwaukee Secure Detention Facility, a holding site for people who have violated probation or parole. It is run by the Wisconsin Department of Corrections.

Telford hoped that while her son was in custody, he could get treatment for the drug and alcohol addiction that had plagued him since he was a teenager.

"He was crying in the car, saying, 'Mom, I'm so sorry,'" she recalled.

When Cunningham arrived at the secure detention facility, he told nurses he had used both alcohol and narcotics within the past eight hours, records show. Cunningham also suffered from a heart condition known as Wolff-Parkinson-White syndrome — something that should have been in his Department of Corrections medical file, considering that it was diagnosed while he served prison time for his underlying felony gun charge just a couple of years earlier.





convulsions/seizures occur.

But no one checked on Cunningham, even after his cellmate pressed the emergency button, according to records released by the Department of Corrections in response to an open recordsrequest.

The records, which focus on the actions of jailers, do not say whether Cunningham was evaluated by a doctor or nurse earlier in the night. The records also do not say whether nurses or jailers were aware of Cunningham's heart condition, which can cause irregular heartbeat.

Department of Corrections spokeswoman Joy Staab said medical records from past prison stays, which are stored at Dodge Correctional Institute in Waupun, generally are transferred to the secure detention facility within 24 to 48 hours.

Advertisement



Cunningham died within 20 hours of arriving at the institution.

Citing medical confidentiality laws, the department would not release Cunningham's medical records or documents that would show whether nurses checked his vital signs between his arrival at the secure detention facility and his death.

Staab would not say whether the checks were done.

Christopher Poulos, an assistant medical examiner who resigned in 2012 amid controversy in another custody death case, ruled Cunningham's death an accidental cocaine overdose, and the case was closed.

But an autopsy showed that all the drugs in Cunningham's system were "residual leftovers, almost in trace amounts," said Werner Spitz, a pathologist who reviewed it at the request of the Journal Sentinel.

Alcohol withdrawal is a much more likely cause, said Spitz, co-author of "Medicolegal Investigation of Death," considered the "medical examiners' bible."

Advertisement

There is a possibility Cunningham could have been saved if he would have gotten to the hospital quickly, Spitz said.

Cunningham's mother still can't comprehend what happened.

"I brought my son to his death, thinking they would help him, and they didn't. I have to live with that for the rest of my life," she said. "I can't wrap my brain around it that there's no accountability."

## Dementia And Repeated Falls

In the Milwaukee County Jail, 75-year-old Valentin Vazquez-Torres fell or was found on the floor eight times in less than four months, one of them following a confrontation with a guard. After the last fall, jail staff decided to restrain Vazquez-Torres, who suffered from dementia stemming from Parkinson's disease, for his own safety. They didn't know it, but by then, he already had sustained the brain injury that would later kill him.

Advertisement

After his arrest in late 2009, Vazquez-Torres was housed in the infirmary at Dodge Correctional Institution in Waupun for more than five months, according to court records.

He was transferred to the jail in February 2010. Between then and May 23, 2010, he fell five times.

Then, on May 26, Vazquez-Torres and correctional officer Theodore D. Robinson got into a tug-of-war with a linen cart. At first, Robinson pulled on the cart as Vazquez-Torres tried to drag it into his cell. When the prisoner made a fist, the officer backed off and the prisoner brought the cart into the cell, according to Robinson's report.

"After Vazquez-Torres was in his cell, I went to the cell to retrieve the container but Vazquez-Torres grabbed it and wouldn't let go, so I began backing out of the cell with the container," the officer's report says. "As I was backing out of the cell, I briefly looked behind me so I wouldn't trip over the chair Vazquez-Torres had put by the door and when I turned back to face Vazquez-Torres, he was laying on the floor moaning as if he was in pain."

Advertisement

No one questioned Robinson's account, records show, and his behavior was not the subject of an internal affairs investigation, he confirmed in a brief interview with the Journal Sentinel.

Medical staff at the jail thought the prisoner was fine, but an X-ray revealed he had a broken hip, so he was hospitalized for surgery.

Vazquez-Torres, on parole for a homicide in Puerto Rico and awaiting trial on charges of first-degree child sexual assault and kidnapping, was back in the jail infirmary within 10 days of his operation, records show.

His first day there, June 5, 2010, a corrections officer found him on the floor. Because of his mental condition and the fact that he was not fluent in English, Vazquez-Torres could not explain what had happened. Again, medical staffers concluded he was OK. Two days later, he fell again. This time, he hit his head on the wall. Officials put him back in his bunk, using soft restraints to keep him there.

Advertisement

The next morning, Vazquez-Torres was scheduled to appear in court, where prosecutors planned to dismiss the case because his dementia rendered him unable to understand the charges or assist in his defense. Before the hearing, a nurse checked Vazquez-Torres' vital signs. Instead of sending him to court, she called an ambulance.

Doctors found a subdural hematoma, a serious injury that occurred when his head struck the wall the day before. On June 10, his family removed him from life support, and Vazquez-Torres died.

"The question it raises is: Why do you have these people in prison in the first place?" asked Ronald H. Aday, author of "Aging Prisoners: Crisis in American Corrections."

"He needed to be in a more sheltered type of environment," Aday said of Vazquez-Torres. "What he needed to be in is a dementia unit somewhere."

His case could have been an opportunity to improve training or to change policies to better protect people suffering from dementia in the future, considering that there will be more of them in custody as baby boomers age, according to Aday, a

"Some of them have done things — they deserve to be there," he said. "But we still have to provide health care for them and keep them safe, because that's the law, too. There's a mandate to provide a safe environment."

The sheriff's office conducted an investigation and concluded Vazquez-Torres' death "does not appear to be criminal in nature."

After the medical examiner ruled the death an accident, Detective Todd A. Rosenstein ended his investigation. He sent his reports to an investigator in the district attorney's office "for review."

No charges were issued, and the prosecutor did not write a letter to Milwaukee County Sheriff David A. Clarke, Jr. explaining that decision, according to Deputy District Attorney James J. Martin.

Clarke's spokeswoman, Fran McLaughlin, said officials at the Sheriff's Department do not evaluate medical decision-making as part of their death investigations.

The state Department of Corrections, via the office of the state jail inspector, looks into every death at the jail and House of Correction, McLaughlin said. She did not provide a copy of the inspection completed after Vazquez-Torres' death.

### Chief Proposes New Procedures

Of the 10 people who died after their medical or psychiatric conditions were improperly monitored or left untreated, Vazquez-Torres and four others were held under the jurisdiction of the Milwaukee County sheriff's office. Another person, James Perry, died on the floor of the county jail as Milwaukee police attempted to transfer him to the sheriff's custody.

Perry, an epileptic, died six hours after suffering a seizure in the Milwaukee police lockup on Sept. 13, 2010. Police brought Perry to Aurora Sinai Medical Center. Doctors and nurses gave him medicine and told police to bring him back to the station even though he could not walk or sit up on his own. Officers disagreed with the medical staff, but a lieutenant said they had no choice but to comply.

After returning to the lockup, officers held Perry down for 15 minutes while they searched for paperwork, put a spit hood over his head and left him in a cell for more than an hour. They then escorted him to the county jail. His death was ruled a heart attack, and no one was disciplined.

The sheriff's office didn't do an investigation, saying Perry was never in their custody.

In response to a civil suit filed by Perry's family, attorneys for the sheriff's office said nurses at the jail did everything they were supposed to do, evaluating Perry's condition and calling for help because he was too sick to be taken to a cell, documents say.

Milwaukee Police Chief Edward Flynn, as a result of a Journal Sentinel investigation into Perry's death, proposed new procedures regarding medical care for prisoners. Under the new rules, if officers disagree with a doctor's decision to discharge a prisoner, a supervisor is required to go to the hospital and discuss the situation with medical staff. If the disagreement persists, higher ranking police officials join the conversation.

Also under the new rules, officers no longer bring sick prisoners back to the city lockup after a hospital visit, since the city facility is not required by state law to have medical personnel on staff. Instead, they go directly to the county jail, which employs doctors and nurses.

But medical staffing shortages and lack of supervision for inmate health care have plagued the jail for years.

### Medical Request System 'Broken'

In 2001, Milwaukee County settled a lawsuit with inmates who alleged that overcrowding and poor health care in the county jail violated their civil rights. As a result, the jail and House of Correction were placed under court supervision with the goal of complying with national standards.

More than a decade later, it hasn't happened.

In May, after years of bickering between Clarke and the County Board, Milwaukee County Circuit Judge William Brash III ordered the county to enter into an emergency $8.9 million contract with Armor Correctional Health Services. The agency has been given one year to try to fix long-term problems with virtually all areas of medical care and mental health care at the two facilities, as well as staffing shortages and poor record keeping.

An August report from Shansky, the court-appointed monitor for the facilities, said the system for inmates to request medical assistance was "by and large broken." Inmates who wanted to see a doctor were supposed to fill out a slip and drop it in a box, but the boxes were not labeled and no one regularly picked up all the slips.

clinics. The prisoners who did get there tended to have their teeth pulled rather than fixed.

Nurses performed exams that should have been done by doctors. Shansky's review also found numerous problems with managing chronic health problems. For example, an inmate with epilepsy went without monitoring for more than three months. He was finally seen by a medical practitioner after he had a seizure in custody.

Health care providers at the jail and House of Correction did not have access to medical records from other facilities — a problem that came to the county's attention almost 15 years ago after attorney Paul Schilling died in the jail after being transferred from Dane County without his medical records or prescription medication.

In his report, Shansky noted that Armor already had filled many key positions that had been vacant for months or years, including medical director and chief psychiatrist. The county finally seems to be on the right track, Shansky wrote, but still has "a long way to go."

Wade Daley, the health services administrator hired by Armor to oversee the two facilities, would not answer questions about whether conditions have improved in the months since Shansky's report was issued. A representative from the Miami-based public relations firm Everett Clay Associates, which represents Armor, also did not answer questions.

In a high-profile case that was settled last year, Armor — which has contracts at jails and prisons in at least five other states — paid $800,000 to the family of a dead Florida inmate whose family claimed its employees missed the signs of a fatal stroke.

## Appearance Of Bias

Both the sheriff's office and the Police Department investigate their own employees when inmates die. That can pose a conflict of interest or create an appearance of bias in favor of the officers, experts said.

"There's no outside oversight of many police departments around the country," said Lindsay M. Hayes, a project director at the nonprofit National Center on Institutions and Alternatives. "If there's a death in police custody, there is nobody saying, 'We need to come in and investigate.'"

Some departments, which Hayes considers "very proactive," ask an outside agency to review custody deaths. At the state Department of Corrections, that's standard procedure, according to Staab.

In Cunningham's case, officials at the secure detention facility called in the Milwaukee police. But the Corrections Department also did its own review, and then deemed Cunningham's cellmate a liar because he didn't use the exact same words as he did with corrections officials.

Further, the Milwaukee police did not question Suttle, the sergeant who answered the emergency button, according to police reports. Only the Corrections Department did.

In his written reports, Suttle did not mention the exchange with Washington over the intercom. When internal investigators asked him about it, Suttle said Washington gave him no reason to summon help.

"One of the inmates in the cell called and said that something was wrong with his cellie. He said that his cellmate was snoring loud," Suttle told the investigators. "I said, 'He's snoring?' He said, 'Yeah, he's been snoring for a while.' I asked if he had woken him up. He said that he had been snoring for a while. Something to that effect."

He added that inmates at the Secure Detention Facility press the button for myriad reasons that have nothing to do with medical emergencies.

"To ask what time it is," he said. "To ask when the lights can be turned off. To ask if they are going to court the next day. To ask if they can get water. Every once in a while to say that something is wrong."

Washington, meanwhile, was questioned by both police and corrections. First, he spoke with police, telling them about Cunningham's seizure and Suttle's failure to send help, records say. By the time Suttle told Washington to go back to bed, Cunningham had stopped shaking "but continued to make a gurgling noise," which Washington thought was snoring, he told Milwaukee police detective Shannon Lewandowski.

After talking with Lewandowski, Washington was placed in "the hole," a solitary cell used to punish disruptive prisoners, and left there for two or three days, he told the Journal Sentinel.

"That really messed everything up. It was terrible," recalled Washington, who has since been released from custody and lives in Milwaukee. "That's somewhere you don't want to be, especially in circumstances like that: Being in a room with a man that died, then being in a room by yourself where you've got nothing to do but think about it."

After Washington was released from solitary, corrections officials questioned him, he said.

"They were trying to make it seem like I was lying about what I told the (Milwaukee police) detectives," Washington said.

anything. He was gasping for air. I was looking for the right words to use. I don't know the difference between gasping and wheezing. I am sorry."

Based on that, Miller concluded Washington had changed his story — despite the fact that Bowman, the third cellmate, backed him up.

"Washington is not a credible person and his statements involving the entire incident should be viewed as such," Miller concluded.

He deemed the personnel investigation "inconclusive."

Miller could not be reached directly and did not respond to a telephone message left with his mother. Suttle, who was not disciplined, did not respond to a certified letter sent to his home. He retired in July 2012, according to the Corrections Department.

### Policy On Emergency Button

At the time of Cunningham's death, the Department of Corrections did not have a policy regarding what to do when a prisoner pressed the emergency button, according to the district attorney's internal memo.

"That's a problem," said Hayes, who helps jail and prison administrators train staff and develop policies for preventing inmate deaths. "In most jails, inmates are instructed not to push those buttons unless there is a reason to do so. If an inmate calls on the button and says my cellmate is having a seizure, there should be a policy about what to do about that. They should go and respond to the emergency call button. Or they could simply make a call to the medical staff and say, 'There's a seizure, please investigate.'"

After Cunningham's death, Donna Goelz, supervisor of the health services unit, told the district attorney's office nurses would begin screening arriving prisoners with breathalyzers. In addition, she planned to post notices on the cell doors of inmates who needed extra medical attention, she said.

Department of Corrections officials said the breathalyzers are currently in use, but the plan for cell door postings was not implemented.

Staff at the detention facility also planned to institute a policy on how to properly respond to inmates who pressed the emergency button, Security Director Steven Johnson told the district attorney's office.

Asked for a copy of the new policy, corrections spokeswoman Staab provided a memo Johnson issued to his security staff six weeks after Cunningham's death.

"While many times inmates use the intercom buttons for non-emergencies we must answer each one like it is an emergency," Johnson wrote. "When it does appear there may be an emergency situation, remember time is critical."

According to the one-page memo, an officer must go to the cell every time an inmate presses the button. The officer then evaluates whether to call a health care worker or an emergency response team. The memo goes on to say that the initial officer should stay with the inmate until additional help arrives. Lastly, it reminds officers of the importance of documentation.

Not responding to a medical crisis is a clear violation of civil rights, according to Fred Cohen, a retired law professor who has served as a federal monitor in prisoner civil rights cases.

"They're helpless," he said of sick prisoners. "They can't get their own medical care. They can't fend for themselves. You're their guardian. You have to protect them from others and from themselves and provide medical care."



*Gina Barton is an investigative reporter who covered criminal justice issues for the Milwaukee Journal Sentinel for 19 years beginning in 2002. Her reporting on lax oversight of police officers and deaths in police custody helped prompt a first-of-its-kind state law that requires independent investigations of all officer-involved deaths. Gina is the reporter, producer and host of the national Edward R. Murrow Award-winning podcast Unsolved and the author of the true crime book "Fatal Identity." She has won numerous national journalism awards, including the George A. Polk award and a Casey Medal for journalism that improves the lives of children. A Chicago native, Gina holds a bachelor's degree from the Medill School of Journalism at Northwestern University and a master's degree in liberal studies with concentrations in criminal justice and creative writing from Indiana University-South Bend.*

*Email her at gbarton@gannett.com and follow her on Twitter: @writerbarton*

### Deaths in Detention

In the aftermath of in-custody deaths, authorities rely on each other's conclusions — even when those conclusions are flawed — ensuring no one is held accountable when prisoners die.

- **Part 1:** Unanswered questions surround deaths in detention in Milwaukee County
- **Part 2:** State's law on accountability goes unused
- **Part 3:** Medical monitoring falls short

Tabola Feed

  



sweetwaterNOW    News  Obituaries  Sports  Crime  Jobs  On-the-NOW  Pick 'ems

NEWS

## Inmate Dies in Torrington Correctional Facility




Wyoming Department of Corrections photo

PRESS RELEASE | November 27, 2020

**CHEYENNE** — John Christian Tygart, a Wyoming inmate, died Thursday November 26, 2020, from a suspected suicide at the Wyoming Medium Correctional Institution in Torrington, Wyoming.

Tygart was originally convicted of child abuse in Laramie County Wyoming on September 24, 2020, and sentenced to 2-4 years by District Court Judge Campbell.



Tygart was born on May 8, 1999, in Scottsbluff, Nebraska.

The matter is under investigation by the Torrington Police Department Corner's Office. As required by department policy an autopsy has been ordered.



Building Trust With Quality Work

The Window & Door Store
• Residential Remodel
• Universities & Schools
• Commercial Remodel

START YOUR PROJECT >

Inmate Death

### RELATED ARTICLES









Weather Forecast for Thursday, April 18, 2024

Assessor's Office Sends Notice of Value to Residents Noting Potential Exemptions

Community Members Recognized at 2024 GR Chamber Awards Luncheon

SCSD No. 2 Announces 2024 Young Authors Winners



DENTAL ANXIETY?
IV Sedation can help...

White Mountain DENTAL



JOBSBOARD

Dental Assistant
Birch Family Dentistry

Operations Clerk
Trona Valley Federal Credit Union Team

Mine Maintenance Supervisor
Genesis Alkali

Employee Relations Coordinator
Western Wyoming Community College

Lube Truck Technician
Searle Bros.

Heavy Equipment Operator
PacifiCorp

Registration & Records Process Assistant
Western Wyoming Community College

Children's Center- Lead Teacher
Western Wyoming Community College

Mine Production Supervisor
Genesis Alkali

Hospice Nurse – RN Or LPN
Hospice of Sweetwater County

Search For a Job          GO

POST JOB          VIEW ALL



RSHTK

ACCELERATING YOUR ADVENTURES.

Auto Dealership, Service Center • Motorcycles, ATV/SXS's, Honda Power Products

**Exhibit 50**