IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 22-cv-475 (BAH) |

## DECLARATION OF CYNTHIA TELFORD

1. My name is Cynthia Telford.

2. I am over the age of 18 and competent to provide this declaration.

3. The following statements are made on my personal knowledge, and, if sworn as a witness, I can testify competently thereto.

4. I am the mother of Jeremy Cunningham, who died in the Milwaukee Secure Detention Facility, operated by the Wisconsin Department of Corrections, in 2011. He died of drug and alcohol withdrawal, which exacerbated his heart condition, Wolf-Parkinson White syndrome.

5. Jeremy, who was 34 at the time of his death, had turned himself in on a parole violation. He told nurses he had used both alcohol and narcotics in the previous eight hours. Nurses at the facility decided he should be checked every four hours for three days to ensure that he did not show signs of drug or alcohol withdrawal. One of the nurse's instructions was for Jeremy to be taken to a hospital via ambulance if seizures or convulsions occurred.

6. No one checked on Jeremy, even after his cellmate felt the bunk bed shaking violently and pressed the emergency button, informing a guard he believed Jeremy was having a seizure.

7. After Jeremy's death, I was contacted by journalist Gina Barton. I was happy Gina contacted me, both because I wanted the information about my son's death to be made public and because I wanted the guard who ignored him and ignored his cellmate's calls to be held accountable.

8. Gina published an article in the *Milwaukee Journal Sentinel* about Jeremy's death, which is available online here: https://www.jsonline.com/story/archives/2021/08/23/deaths-detention-inadequate-treatment-leads-death-sick-prisoners-milwaukee/1291637001/. I supported Gina's decision to include the details surrounding Jeremy's death in the article, and gave her an on-the-record interview. I stand by those decisions.

9. I have never felt that Gina's reporting invaded my privacy. That is both because I wanted Jeremy's story to be told and because it led to positive outcomes.

10. After Gina's article was published, the guard left his employment with the Department of Corrections. Wisconsin lawmakers enacted a new statute that has prevented others from dying in the manner that Jeremy did. I received phone calls from parents all over the country who wanted to know how they could connect with journalists to get their children's stories out to the public.

11. Our family filed a lawsuit on behalf of Jeremy's minor son, which was settled for more than $1 million. No lawyers had agreed to take our case until after Gina's story was published.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2024.

*Cynthia Telford*
Cynthia Telford