IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GANNETT SATELLITE INFORMATION NETWORK,

    *Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE,

    *Defendant*.

Civil Action No. 22-cv-475-BAH

# [PROPOSED] ORDER

The Court, having considered Defendant's motion for extension of deadlines, hereby ORDERS that Defendant's motion be GRANTED. Defendant shall file a combined opposition to Plaintiff's cross-motion for summary judgment and reply in support of its motion for summary judgment on or before June 7, 2024, and Plaintiff shall file a reply in support of its cross-motion for summary judgment on or before June 28, 2024.

Dated: _____

_____
Beryl A. Howell
United States District Judge