UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>           Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>           Defendant. | Civil Action No. 1:22-cv-00475 |

## SECOND DECLARATION OF AMY LAUGER

I, Amy Lauger, declare the following to be true and correct:

1. I am a GS-15 senior statistician at the Bureau of Justice Statistics (BJS) with nearly 20 years of experience as a statistician within the federal government. I have worked at BJS since September 2019. In my current role as senior statistician, I am responsible for providing statistical advice and guidance on BJS's efforts to establish, maintain, and revise national justice statistical programs. I work with BJS's senior management to provide substantive and technical direction to nationwide statistical series and serve as an expert and consultant in areas of assigned responsibilities. As much of my career, including my years at the U.S. Census Bureau, has included work regarding data confidentiality and privacy, I routinely advice on such matters for BJS.

2. The statements I make in this declaration are based on my personal knowledge, information provided to me in the course of my official duties, and my review of documents and data kept by BJS in the ordinary course of business.

3. I am familiar with the Bureau of Justice Statistics' (BJS's) handling of the Freedom of Information Act (FOIA) request submitted by the Plaintiff, Gannett Satellite Information

1

Network. This declaration provides information concerning BJS's processing of records responsive to the Plaintiff's FOIA request and redaction of information to safeguard against the clearly unwarranted invasion of personal privacy and otherwise uphold FOIA requirements. This declaration supplements my first declaration submitted in this matter.

4. As described in my first declaration, BJS applied the k-anonymity method to the MCI data requested by the Plaintiff. On October 26, 2023, the Department produced to the Plaintiff MCI data submitted by states for deaths occurring on or after October 1, 2015. This MCI data did not include the notes column because, at that time, BJS was of the understanding that the Plaintiff did not request the notes column as part of its FOIA request.

5. In BJS's understanding, after the production on October 26, 2023, the Plaintiff and the Department were unable to reach an agreement about the scope of withheld information and the Plaintiff requested an additional production with the notes column included. Accordingly, BJS re-processed the data that was potentially responsive to the Plaintiff's FOIA request with the notes column included.

6. Because a subset of redacted data was previously produced to the Plaintiff without the notes column, BJS preserved the redactions in the previously produced data for the new production in January 2024. If the previously produced data was entirely re-processed (using the k-anonymity method) with the addition of the notes column, some previously redacted information could be revealed and the Plaintiff could compare and contrast the two sets of data and discover information that would constitute a clearly unwarranted invasion of personal privacy.

7. Accordingly, for the second production to the Plaintiff on January 31, 2024, the prior redactions were preserved and when the notes column was added, it was treated as a quasi-

identifier (which was mistakenly not noted in my previous declaration) and processed like the previously redacted quasi-identifiers. Narrative notes are by nature often unique, so it is to be expected that they would be heavily redacted using the methodology employed on this dataset. However, given that all previous redactions needed to be maintained, the likelihood was even higher than if the column was treated as a quasi-identifier from the start.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __5th__ day of June, 2024.

        AMY LAUGER
        Digitally signed by AMY LAUGER
        Date: 2024.06.05 17:03:53 -04'00'
_____
Amy Lauger