UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:22-cv-00475<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND DECLARATION OF ELIZABETH ANN CARSON

I, Elizabeth Ann Carson, declare the following to be true and correct:

1. I am currently the branch chief of preparedness statistics at the Office of Homeland Security Statistics, U.S Department of Homeland Security. From January 30, 2011, to October 7, 2023, I was employed as a statistician at the Bureau of Justice Statistics (BJS), Office of Justice Programs (OJP), U.S. Department of Justice. In this role, I managed multiple BJS corrections statistics collections, including the Mortality in Correctional Institutions (MCI) collection from 2019 to 2023.

2. The statements I make in this declaration are based on my personal knowledge, information provided to me in the course of my official duties, and my review of documents and data kept by BJS in the ordinary course of business.

3. I am familiar with BJS's handling of the Freedom of Information Act (FOIA) request submitted by the Plaintiff, Gannett Satellite Information Network. This second declaration provides additional information concerning BJS's searches in response to the FOIA request and supplements my prior declaration.

4.      As part of my search for records potentially responsive to this FOIA request, I did not search for records submitted by federal law enforcement agencies (including the Bureau of Prisons) because BJS never collected records from federal law enforcement agencies under the MCI program.

5.      The statement on the BJS webpage[1] referenced by the Plaintiff (describing the MCI program as collecting "inmate death records from each of the nation's 50 state prison systems, Federal Bureau of Prisons, and approximately 2,800 local jail jurisdictions") is a clerical error because BJS never collected MCI data from the Federal Bureau of Prisons. Until 2015, BJS collected annual aggregate counts of deaths (and not individual-level data) from federal prisons, but this collection of aggregate counts of deaths was not part of the MCI data collection (and therefore not responsive to the Plaintiff's FOIA request). BJS never collected from federal prisons the detailed types of information collected under the MCI program. RTI, the data collection agent for the MCI program, never collected federal deaths-in-custody data for the MCI program and federal data was not collected via the MCI data collection portal. The aggregate counts of deaths in federal prisons were published publicly. *See* https://bjs.ojp.gov/library/publications/mortality-state-and-federal-prisons-2001-2019-statistical-tables.

6.      In fiscal year 2016, BJS created the Federal Deaths in Custody Reporting Program (FDCRP) to collect deaths-in-custody data from federal law enforcement agencies. The FDCRP is distinct from the MCI program and, accordingly, data submitted under the FDCRP is not responsive to the Plaintiff's FOIA request and was not included as part of my search.

7.      BJS did not make non-public MCI data available to other DOJ offices and components for grant-making purposes. BJS's statutory authorities would prevent using non-

---

[1] https://bjs.ojp.gov/data-collection/mortality-correctional-institutions-mci-formerly-deaths-custody-reporting-program#0-0

public MCI data for grant-making purposes by non-BJS offices.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>sixth</u> day of June, 2024.

ELIZABETH A CARSON
Digitally signed by ELIZABETH A CARSON
Date: 2024.06.06 09:31:53 -04'00'

Elizabeth Ann Carson