IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 22-cv-475 (BAH) |

**SECOND DECLARATION OF JAMES DOUGLAS CARUSO**

1. My name is James Douglas Caruso.

2. I am over the age of 18 and competent to provide this declaration.

3. The following statements are made on my personal and professional knowledge, and, if sworn as a witness, I can testify competently thereto.

4. I am a data editor at USA TODAY, which is owned by Plaintiff Gannett Satellite Information Network. My background is described in my prior declaration in this case, ECF No. 37-4.

5. I have been working on USA TODAY's carceral deaths project since May of 2023. During that time, I understood that the Department of Justice's Mortality in Correctional Institutions Program collected data from the federal Bureau of Prisons. I formed that understanding after reading DOJ's website describing the MCI Program, which says that the program collects data from the "Federal Bureau of Prisons." https://bjs.ojp.gov/data-collection/mortality-correctional-institutions-mci-formerly-deaths-custody-reporting-program. A screenshot of this webpage that I took on June 26, 2024 is attached as Exhibit 1.

- 2 -

6.  Since joining the project, I have intended to report on DOJ's collection of BOP data. Had I believed that data was not responsive to the FOIA request at issue in this case, I would have filed a separate FOIA request for BOP data on USA TODAY's behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2024.

*James Douglas Caruso*

An official website of the United States government, Department of Justice. Here's how you know

**BJS** Bureau of Justice Statistics

Contact Us | Subscribe | Sign In |

Search

About BJS | Topics | Publications | Data | Funding & Awards | Programs | News | Resources

Home

# Mortality in Correctional Institutions (MCI) (Formerly Deaths in Custody Reporting Program (DCRP))

**Data Collection Status:** Inactive
**Frequency:**
Annually starting in 2000 for jails; 2001 for state prisons; deaths in the process of arrest from 2003 to 2014
**Latest Data Available:** 2019

**Data Experts:** E. Ann Carson, Ph.D., BJS statistician
**Collection Period:** From 2000 to 2019

Collects inmate death records from each of the nation's 50 state prison systems, Federal Bureau of Prisons, and approximately 2,800 local jail jurisdictions. Between 2003 and 2014, BJS also collected data on persons who died while in the process of arrest.

Death records include information on decedent personal characteristics (age, race or Hispanic origin, and sex), decedent criminal background (legal status, offense type, and time served), and the death itself (date, time, location, and cause of death, as well as information on the autopsy and medical treatment provided for any illness or disease).