IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>  *Plaintiff*,<br> v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>  *Defendant*. | Case No. 22-cv-475-BAH |

## NOTICE OF WITHDRAWAL

 Please take notice that Brian C. Rosen-Shaud hereby notices his withdrawal as counsel of record for the Defendant. Defendant will continue to be represented by Cormac Early, who first appeared in this case on or about April 8, 2022.

Dated: August 5, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-7667
brian.c.rosen-shaud@usdoj.gov

*Counsel for Defendant*

1