## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, | |
| *Plaintiff*, | |
| v. | Case No. 1:22-cv-475-BAH |
| U.S. DEPARTMENT OF JUSTICE, | |
| *Defendant*. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that undersigned attorney Yuri S. Fuchs, of the United States.

Department of Justice, hereby enters his appearance as counsel for Defendant.


Dated: January 29, 2025                    BRETT A. SHUMATE
                                           Acting Assistant Attorney General
                                           Civil Division

                                           MARCIA BERMAN
                                           Branch Director

                                           *s/ Yuri S. Fuchs*
                                           YURI S. FUCHS
                                           Trial Attorney (CA Bar No. 300379)
                                           U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, NW
                                           Washington, DC 20005
                                           Phone: 202-598-3869
                                           Fax: 202-616-8460
                                           Email: yuri.s.fuchs@usdoj.gov

                                           *Counsel for Defendant*