UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>     Defendant. | Civil Action No. 22-475 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of defendant U.S. Department of Justice ("DOJ")'s Second Motion for Summary Judgment and for Partial Reconsideration, ECF No. 35; plaintiff Gannett Satellite Information Network, LLC's Second Cross-Motion for Summary Judgment, ECF No. 36; the memoranda, declarations, and exhibits submitted in support and opposition; and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendant's Motion for Summary Judgment, ECF No. 35, as to the adequacy of the search for records responsive to plaintiff's record request, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, and withholdings, pursuant to FOIA Exemptions 6 and 7(C), 5 U.S.C. §552(b)(6), 7(C), is **DENIED**; it is further

**ORDERED** that plaintiff's Cross Motion for Summary Judgment, ECF No. 36, is **GRANTED**; it is further

**ORDERED** that defendant's Motion for Partial Reconsideration, ECF No. 35, is **GRANTED IN PART** and **DENIED IN PART**; reconsideration of the Court's Order, ECF No. 20, as to defendant's invocation of FOIA Exemption 3, 5 U.S.C. §552(b)(3), to withhold records collected by DOJ's Bureau of Justice Statistics ("BJS") during the lapse in authorization of the

1

Death in Custody Reporting Act of 2000, Pub. L. No. 106-297, 114 Stat. 1045 (Oct. 13, 2000), until the effective date of the Death in Custody Reporting Act of 2013, Pub. L. No. 113-242, 128 Stat. 2860 (Dec. 18, 2014), is **GRANTED**, and this motion is otherwise **DENIED**; it is further

**ORDERED** that defendant may withhold, pursuant to FOIA Exemption 3, responsive records collected between 2010 and October 1, 2015; it is further

**ORDERED** that defendant must promptly produce to plaintiff the unredacted versions of responsive records collected from state and local authorities between October 1, 2015, and the end of 2019, as well as search for and produce federal Bureau of Prisons records collected by BJS during the same time period; and it is further

**ORDERED** that, by February 21, 2025, the parties submit jointly a status report proposing a schedule for any further proceedings in this case, including addressing an estimated timeline for defendant's prompt compliance with this order, unless such compliance has already been achieved, and whether any further judicial supervision of defendant's compliance with its obligations under the Freedom of Information Act, 5 U.S.C. §552, is necessary or this case may closed.

**SO ORDERED.**

Date:  February 6, 2025

_____
**BERYL A. HOWELL**
United States District Judge