UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Case No. 22-cv-475-BAH |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant respectfully moves for a brief extension of time to produce the already collected and processed data that the Court ordered it to produce on April 8, 2025. On February 21, 2025, following the parties' submission of a joint status report, the Court ordered that—unless the government appealed the Court's prior February 9, 2025 Order on the parties' cross-motions for summary judgment—the government was to produce unredacted versions of already collected and processed data by April 8, 2025, and to produce any remaining materials to be collected and processed by May 5, 2025. Defendant seeks a brief 15-day extension of the current April 8, 2025 deadline to produce unredacted versions of already collected and processed data so that the deadline to produce that data would be on April 23, 2025. Defendant seeks this extension because the data comes from state and local partners that provide this information to the Mortality in Correctional Institutions Program, and Defendant seeks additional time to notify these partners about the forthcoming production. Defendant's deadline for production of any remaining materials to be collected and processed, which is currently set for May 5, 2025,

however, would not be affected by this extension. Neither party has previously sought an extension of any deadline set in the Court's February 21, 2025 Minute Order. Defendant would have filed this motion four days prior to the deadline, as required by Rule 7.b of the Standing Order, ECF No. 4 at 4, but for recently becoming aware of the need to consult with state and local partners on the upcoming production. Counsel for Plaintiff has indicated that Plaintiff does not oppose this motion.

Dated: April 7, 2025                                   Respectfully submitted,

                                                       ERIC J. HAMILTON
                                                       Deputy Assistant Attorney General

                                                       MARCIA BERMAN
                                                       Assistant Branch Director

                                                       */s/ Yuri S. Fuchs*
                                                       YURI S. FUCHS, D.C. Bar. No. 1030090
                                                       EITAN SIRKOVICH
                                                       D.C. Bar No. 90030102
                                                       Trial Attorneys, U.S. Department of Justice
                                                       Civil Division, Federal Programs Branch
                                                       1100 L Street, N.W.
                                                       Washington, D.C. 20005
                                                       Tel.: (202) 598-3869
                                                       yuri.s.fuchs@usdoj.gov

                                                       *Counsel for Defendants*