UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>　　　*Plaintiff*,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　*Defendant*. | Case No. 22-cv-475-BAH |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 21, 2025, the parties, having conferred, jointly submit the following update on the status of this matter.

Since the parties last joint status report, Defendant has decided not to appeal the Court's February 9, 2025 Order on the parties' cross-motions for summary judgment. Defendant is preparing to produce already collected and processed data in unredacted form, but Defendant has sought an unopposed 15-day extension of time from the current deadline of April 8, 2025 to produce that data. This is because Defendant requires additional time to notify state and local partners that this production will occur as the relevant data in that production comes from these state and local partners who provide records under the Mortality in Correctional Institutions Program. Defendant does not expect any need to extend the deadline for the production of any remaining materials to be collected and processed, which is currently set for May 5, 2025.

Accordingly, the parties respectfully request that they be allowed to submit a further joint status report on or before May 12, 2025.

Dated: April 9, 2025                    Respectfully submitted,


                                        ERIC J. HAMILTON
                                        Deputy Assistant Attorney General

                                        MARCIA BERMAN
                                        Assistant Branch Director

                                        */s/ Yuri S. Fuchs*
                                        YURI S. FUCHS, D.C. Bar. No. 1030090
                                        EITAN SIRKOVICH
                                        D.C. Bar No. 90030102
                                        Trial Attorneys, U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, N.W.
                                        Washington, D.C. 20005
                                        Tel.: (202) 598-3869
                                        yuri.s.fuchs@usdoj.gov

                                        *Counsel for Defendants*

                                        */s/ Stephen Stich Match*
                                        Matt Topic, D.C. Bar No. IL0037
                                        Merrick Wayne, D.C. Bar No. IL0058
                                        Stephen Stich Match, D.C. Bar No. MA0044
                                        LOEVY & LOEVY
                                        311 N. Aberdeen, Third Floor
                                        Chicago, IL 60607
                                        (312) 243-5900
                                        foia@loevy.com

                                        *Counsel for Plaintiff*