# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Case No. 22-cv-475-BAH |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned attorney, Cormac A. Early, withdraws his appearance as counsel for Defendants in the above-captioned case. Defendant will continue to be represented by other attorneys at the Department of Justice who have entered appearances in this case.

Dated: May 8, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

 /s/ Cormac A. Early
CORMAC A. EARLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Phone: (202) 616-7420
Email: cormac.a.early@usdoj.gov

Counsel for Defendants