UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　*Defendant*. | Case No. 22-cv-475-BAH |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of April 9, 2025, the parties, having conferred, jointly submit the following update on the status of this matter.

Since the parties' last joint status report, Defendant produced the unredacted versions of responsive records collected from state and local authorities between October 1, 2015, and the end of 2019 to Plaintiff on April 23, 2025. On May 5, 2025, Defendant then produced to Plaintiff federal Bureau of Prison records collected by the DOJ's Bureau of Justice Statistics. Defendant reports that with these productions, Defendant has completed the productions ordered by this Court in its February 6, 2025 order on the parties' cross-motions for summary judgment. Plaintiff reports that it is not satisfied with the production, and on May 6, 2025, sent Defendant its issues with the production. Defendant is reviewing those issues, and the parties intend to confer further.

Dated: May 12, 2025　　　　　　　　　　　　　　　　Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Yuri S. Fuchs*
YURI S. FUCHS, D.C. Bar. No. 1030090
EITAN SIRKOVICH
D.C. Bar No. 90030102
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-3869
yuri.s.fuchs@usdoj.gov

*Counsel for Defendants*

*/s/ Stephen Stich Match*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*