UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>   *Plaintiff*,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>   *Defendant*. | Case No. 22-cv-475-BAH |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of May 12, 2025, the parties, having conferred, jointly submit the following update on the status of this matter.

**Defendant's Position**

Since the parties' last joint status report, Defendant responded to Plaintiff's outstanding questions regarding the prior production at the time of the last joint status report. Nonetheless, Plaintiff brought another issue it had with Defendant's production today, May 22, 2025, after Defendant sought Plaintiff's position on this joint status report. Plaintiff lists its newfound issue with the production below as its "fourth issue." Defendant is running down this fourth issue, having only learned of it today.

**Plaintiff's Position**

Plaintiff has identified four issues with the production: (1) data dictionary for the federal data is missing; (2) each year for the federal data is its own spreadsheet and each spreadsheet is organized in a different format; (3) the "forecespec" field is blank in the state/local data; (4) DOJ

produced more dozens more variable data fields to the University of Michigan than what it produced to Plaintiff. On May 9, 2025, Defendant provided the data dictionary, which resolved the first issue. On May 16, 2025, Defendant provided an explanation about the blank "forcespec" field, which resolved the second issue. On May 20, 2025, Defendant provided an explanation about the format for the federal data, which resolved the third issue. The parties continue to confer about the fourth issue.

In addition to the production issues described above, Plaintiff reports that the issues of attorneys' fees and costs continue to exists. *See* 5 U.S.C. § 552(a)(4)(E)(i). Plaintiff intends to confer with Defendant to resolve the issues of attorneys' fees and costs after the production issues are resolved. Thus, closing the case would be premature.

Plaintiff respectfully requests that the Court order the parties to file a further joint status report updating the Court on the status of the production issues and proposing a schedule for further proceedings by June 22, 2025 (i.e. 30 days).

Dated: May 22, 2025                                   Respectfully submitted,

                                                      YAAKOV M. ROTH
                                                      Acting Assistant Attorney General

                                                      MARCIA BERMAN
                                                      Assistant Branch Director

                                                      */s/ Yuri S. Fuchs*
                                                      YURI S. FUCHS, D.C. Bar. No. 1030090
                                                      EITAN SIRKOVICH
                                                      D.C. Bar No. 90030102
                                                      Trial Attorneys, U.S. Department of Justice
                                                      Civil Division, Federal Programs Branch
                                                      1100 L Street, N.W.
                                                      Washington, D.C. 20005
                                                      Tel.: (202) 598-3869
                                                      yuri.s.fuchs@usdoj.gov

*Counsel for Defendants*

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*