UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Case No. 22-cv-475-BAH |

## JOINT STATUS REPORT

Pursuant to the Court's Order of May 23, 2025, the parties, having conferred, jointly submit the following update on the status of this matter.

Since the parties' last joint status report, Defendant responded to Plaintiff's outstanding "fourth issue" relating to Plaintiff's question of why Defendant produced variable data fields to the University of Michigan that were not in the productions to Plaintiff, which resolves Plaintiff's concern with the fourth issue.

Plaintiff reports that it is preparing a fee demand to send to Defendant in an effort to resolve the issues of attorneys' fees and costs without further intervention from the Court.

The parties respectfully request that the Court order the parties to file a further joint status report updating the Court on the status of any remaining issues and proposing a schedule for further proceedings by July 23, 2025 (i.e. 30 days).

Dated: June 23, 2025                                                        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Yuri S. Fuchs*
YURI S. FUCHS, D.C. Bar. No. 1030090
EITAN SIRKOVICH
D.C. Bar No. 90030102
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-3869
yuri.s.fuchs@usdoj.gov

*Counsel for Defendant*

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

2