IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Case No. 1:22-cv-475-BAH |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned attorney, Yuri S. Fuchs, withdraws his appearance as counsel for Defendant in the above-captioned case. Mr. Fuchs is leaving the Department of Justice with his last in-person day being July 11, 2025. Defendant will continue to be represented by Eitan Sirkovich who has entered his appearance in this case.

Dated: July 9, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*s/ Yuri S. Fuchs*
YURI S. FUCHS
Trial Attorney (CA Bar No. 300379)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-3869
Fax: 202-616-8460
Email: yuri.s.fuchs@usdoj.gov

*Counsel for Defendant*