UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>   *Plaintiff*,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>   *Defendant*. | Case No. 22-cv-475-BAH |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of June 24, 2025, the parties, having conferred, jointly submit the following update on the status of this matter.

Plaintiff reports that it is preparing a fee demand[1] to send to Defendant in an effort to resolve the issues of attorneys' fees and costs without further intervention from the Court. Plaintiff anticipates sending Defendant its fee demand before the next status report.

The parties respectfully request that the Court order the parties to file a further joint status report updating the Court on the status of their settlement discussions and proposing a schedule for further proceedings by August 25, 2025 (i.e. 30 days).

Dated: July 23, 2025                 Respectfully submitted,

                                 BRETT A. SHUMATE
                                 Assistant Attorney General

---

[1] The undersigned counsel for Plaintiff reports that there was an internal miscommunication causing a delay in generating the fee spreadsheet for the fee demand and apologizes for the delay.

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Eitan R. Sirkovich
EITAN R.SIRKOVICH
D.C. Bar No. 90030102
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-3869
Eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

/s/ Merrick Wayne
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*