**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Case No. 22-cv-475-BAH |

## JOINT STATUS REPORT

Pursuant to the Court's Order of July 24, 2025, the parties, having conferred, jointly submit the following update on the status of this matter.

On August 28, 2025, the parties reached an agreement in principle to settle Plaintiff's fee demand. The parties are now working to finalize the details of that agreement.

The parties will continue to file biweekly joint status reports pursuant to the Court's Order of July 24, 2025.

Dated: August 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Eitan R. Sirkovich*
EITAN R.SIRKOVICH
D.C. Bar No. 90030102

Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-3869
Eitan.r.sirkovich@usdoj.gov

*Counsel for Defendant*

/s/ Merrick Wayne
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

2